| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF GEORGIA |
| Case number *(if known)* _____  Chapter  11 |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  D & N Electric, A Carter Brothers Company

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  58-2662399

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 3015 R.N. Martin Street<br>Atlanta, GA 30344 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Fulton | **Location of principal assets, if different from principal place of business** |
| County | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor   D & N Electric, A Carter Brothers Company                    Case number (*if known*)
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____                               Relationship _____
District _____   When _____   Case number, if known _____

Debtor  D & N Electric, A Carter Brothers Company                            Case number (*if known*)
     Name

**11. Why is the case filed in *this district?***    *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard?  _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.    Insurance agency _____
             Contact name _____
             Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  D & N Electric, A Carter Brothers Company    Case number (*if known*)
      Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    December 11, 2016
                MM / DD / YYYY

**X** /s/ John F. Carter    John F. Carter
Signature of authorized representative of debtor    Printed name

Title    CEO

**18. Signature of attorney**

**X** /s/ Herbert C. Broadfoot II    Date  December 11, 2016
Signature of attorney for debtor          MM / DD / YYYY

Herbert C. Broadfoot II
Printed name

Herbert C. Broadfoot II, P.C.
Firm name

3343 Peachtree Road NE
Suite 200
Atlanta, GA 30326
Number, Street, City, State & ZIP Code

Contact phone  (404) 926-0058    Email address  bert@hcbroadfootlaw.com

083750
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | D & N Electric, A Carter Brothers Company |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 11, 2016    X /s/ John F. Carter
                                   Signature of individual signing on behalf of debtor

                                   John F. Carter
                                   Printed name

                                   CEO
                                   Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: D & N Electric, A Carter Brothers Company
United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Gordon & Rees LLP 1111 Broadway Suite 1700 Oakland, CA 94607 | | | | | | $409,391.21 |
| GEXPRO P.O. Box 100275 Atlanta, GA 30384 | | Electrical Materials | | | | $260,787.52 |
| Bank of America P.O. Box 15019 Wilmington, DE 19850-5019 | | Company Credit Cards | | | | $238,160.50 |
| Simplex Grinnell Dept. CH 10320 Palatine, IL 60055-0320 | | | | | | $119,207.70 |
| Amerisure Mutual Insurance Co. P.O. Box 78000, Dept. 78226 Detroit, MI 48278-0226 | | Insurance | | | | $103,399.40 |
| Consolidated Electrical Dist. P.O. Box 1510 Cary, NC 27512-1510 | | Electrical Materials | | | | $102,797.06 |
| Moore Colson 1640 Powers Ferry Road, Bldg. 11 Suite 300 Marietta, GA 30067 | | Auditor | | | | $102,560.00 |
| Thombley & Simmons, P.C. 78 Cole Street NE Suite 200 Marietta, GA 30060 | | | | | | $96,863.80 |

Debtor  D & N Electric, A Carter Brothers Company  Case number *(if known)*
 Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Weissmann Zucker Euster<br>3490 Piedmont Road, Suite 650<br>Atlanta, GA 30305 | | Legal Services | | | | $93,628.04 |
| Edmond, Lindsay & Hoffler LLC<br>344 Woodward Avenue, SE<br>Atlanta, GA 30312 | | Legal Services | | | | $84,682.14 |
| Vallen Distribution, Inc.<br>P.O. Box 404753<br>Atlanta, GA 30384-4753 | | | | | | $79,170.01 |
| United Rentals, Inc.<br>P.O. Box 100711<br>White, GA 30184 | | Lift and Equipment Rental | | | | $76,910.89 |
| PCI Scaffold Concepts<br>2505 South Main Street<br>Kennesaw, GA 30144 | | | | | | $53,541.78 |
| Paragon Legal Technology<br>1230 Peachtree Street, N.E.<br>Suite 200<br>Atlanta, GA 30309 | | Document Storage and Production | | | | $44,409.98 |
| Arrington/Owoo P.C.<br>Promenade Park<br>3915 Cascade Road, Ste.<br>Atlanta, GA 30331 | | Legal Services | | | | $37,800.00 |
| Sherman & Howard LLC<br>633 Seventeenth Street<br>Suite 3000<br>Denver, CO 80202 | | | | | | $37,132.80 |
| MMHB & Associates, LLC<br>P.O. Box 1029<br>Roswell, GA 30077 | | | | | | $36,095.99 |
| Mayer Electric Supply Co.<br>6500 Peachtree Industrial Blvd.<br>Norcross, GA 30071 | | | | | | $34,780.11 |

Debtor  D & N Electric, A Carter Brothers Company  
     Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| The Summerville Firm LLC<br>400 Colony Square, Suite 2000<br>Atlanta, GA 30361 | | Legal Services | | | | $33,375.74 |
| NES Rentals<br>P.O. Box 205572<br>Dallas, TX 75320-3448 | | | | | | $27,438.42 |

**United States Bankruptcy Court**
**Northern District of Georgia**

In re   D & N Electric, A Carter Brothers Company                    Case No.
                                    Debtor(s)                        Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| John F. Carter<br>337 Broadmoor Way<br>McDonough, GA 30253 | common stock | 65% | |
| Larry Harper<br>13305 Hwy. 18 W<br>Zebulon, GA 30295 | common stock | 5% interest | |
| Matthew G. Armstrong<br>13656 Hwy. 18 W<br>Zebulon, GA 30295 | common stock | 30% | |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   December 11, 2016                     Signature   /s/ John F. Carter
                                                         John F. Carter

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Georgia

In re   D & N Electric, A Carter Brothers Company        Case No.
                                                  Debtor(s)        Chapter    11

## VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    December 11, 2016            /s/ John F. Carter
                                                       John F. Carter/CEO
                                                       Signer/Title

```
Accountemps                       American Fidelity Mutual Insur D & N Electric, A Carter
12400 Collections Center Drive    P.O. Box 78000 Dept. 78226      Long Tradea Associat
Chicago, IL 60693                 Detroit, MI 48278-0226          1050 Connecticut Ave., NW
                                                                  Washington, DC 20036


Action Tire Co.                   Applied Technical Services Inc  Buster Reprographics
410 Lee's Mill Road               1049 Triad Court                5064 Clark Howell Hwy.
Forest Park, GA 30297             Marietta, GA 30062              Atlanta, GA 30349


ADI                               Arrington/Owoo P.C.             C.T. Pugh Corporation
25429 Network Place               Promenade Park                  1677 Defoor Circle N.W.
Chicago, IL 60673-1254            3915 Cascade Road, Ste.         Atlanta, GA 30318
                                  Atlanta, GA 30331


AFA Protective Systems, Inc.      AT&T                            Cane Communications
805 Franklin Court, Ste. C        P.O. Box 105262                 960 Forest Overlook Drive
Marietta, GA 30067                Atlanta, GA 30348-5262          Atlanta, GA


AFLAC                             Atlanta Electrical Distributo   CDW Direct
Worldwide Headquarters            1770 Breckinridge Parkway, Suite 100  P.O. Box 75723
Columbus, GA 31999                Duluth, GA 30096                Chicago, IL 60675-5723


Air Comfort Solutions, Inc.       Bank of America                 Century Fire Protection,L
9296 South Main Street            P.O. Box 15019                  2450 Meadowbrook Parkway
Jonesboro, GA 30236               Wilmington, DE 19850-5019       Duluth, GA 30096


Airgas Safety, Inc.               Bank of America, N.A.           Christine Armstrong
P.O. Box 951884                   800 Market Street               13656 Hwy. 18 West
Dallas, TX 75395-1884             Saint Louis, MO 63101-2510      Zebulon, GA 30295


Alere Toxicology                  Benefield Automotive            Cintas First Aid & Safet
P.O. Box 536506                   3460 Lang Avenue                P.O. Box 631025
Pittsburgh, PA 15253-5907         Atlanta, GA 30354               Cincinnati, OH 45263


Altuscio Networks                 Bizfilings Lockbox Payments     City of Atlanta
1080 Holcomb Bridge Road, Bldg 200 3910 Treasury Center           Dept. of Aviation
Roswell, GA 30076                 Chicago, IL 60694               P.O. Box 920500
                                                                  Duluth, GA 30096


American Express                  Brown & Brown Inc.              City of East Point
P.O. Box 650448                   3483 Satellite Blvd.            1526 E. Forrest Avenue
Dallas, TX 75265-0448             Suite 100                       Suite 100
                                  Duluth, GA 30096                Atlanta, GA 30344
```

```
City of Oak Ridge                 Duke Energy                       D & N Electric, A Carter
P.O. Box 1                        P.O. Box 75434                    16-24506re Dis
Oak Ridge, TN 37830               Chicago, IL 60675-5434             P.O. Box 650575
                                                                    Dallas, TX 75265-0575


Comcast Business                  East Tennessee Calibration        Ford Credit
P.O. Box 37601                    P.O. Box 1029                     P.O. Box 790093
Johnson City, PA 37601            Harriman, TN 37748                Saint Louis, MO 63179-00


Conney Safety                     Edmond, Lindsay & Hoffler LLC     FP Mailing Solutions
3202 Latham Drive                 344 Woodward Avenue, SE           140 N. Mitchell Ct., Ste.2
P.O. Box 44575                    Atlanta, GA 30312                 Addison, IL 60101
Madison, WI 53744-4575


Consolidated Electrical Dist.     Edwards Supply Co., Inc.          Galarrage Engineering P.
P.O. Box 1510                     P.O. Box 4758                     5090 Winding Rose Drive
Cary, NC 27512-1510               Oak Ridge, TN 37831-4758          Suwanee, GA 30024


Constellation                     eFax Corporate                    Gas South
P.O. Box 5472                     P.O. Box 51873                    P.O. Box 530552
Carol Stream, IL 60197-5472       Los Angeles, CA 90051-6173        Atlanta, GA 30353-0552


Corporate Creations               Enterprise FM Trust               Georgia Control Center
11380 Prosperity Farms Road #221E P.O. Box 800089                   4020 Tradeport Blvd.
Palm Beach Gardens, FL 33410      Kansas City, MO 64180-0089        Atlanta, GA 30354


Creative Financial Staffing LLC   Fastenal Company                  Georgia Power
P.O. Box 95111                    P.O. Box 1286                     96 Annex
Chicago, IL 60694-5111            Winona, MN 55987-1286             Atlanta, GA 30396-0001


Crystal Springs                   Federal Express                   GEXPRO
P.O. Box 660579                   P.O. Box 660481                   P.O. Box 100275
Dallas, TX 75266-0579             Dallas, TX 75266-0481             Atlanta, GA 30384


CSI Global Deposition Services    Floyd Primary Care                Gillman Services, Inc.
4950 N. O'Connor Road             P.O. Box 1882                     5720 Western Avenue
Suite 152                         Rome, GA 30162-3064               Knoxville, TN 37921
Irving, TX 75062-2778


Customer Service Electric Supply  Ford Credit                       Gordon & Rees LLP
P.O. Box 27006                    P.O. Box 790072                   1111 Broadway
Knoxville, TN 37927-7006          Saint Louis, MO 63179-0072        Suite 1700
                                                                    Oakland, CA 94607
```

| | | |
|---|---|---|
| Grainger<br>Dept. 800297319<br>Palatine, IL 60038-0001 | Lewis Brisbois<br>633 W. 5th Street, Suite 4000<br>Los Angeles, CA 90071 | D & N Electric, A Carter<br>Mechanical Associates, LLC<br>P.O. Box 1029<br>Roswell, GA 30077 |
| Henning Mediation & Arbitration<br>3350 Riverwood Parkway, S.E.<br>Suite 75<br>Atlanta, GA 30339 | Liberty Technology, Inc.<br>120 East Taylor<br>Griffin, GA 30223 | Mobile Mini, Inc.<br>P.O. Box 740773<br>Cincinnati, OH 45274-077 |
| Humana<br>P.O. Box 524<br>Carol Stream, IL 60132-0524 | Light Bulb Depot 13 LLC<br>P.O. Box 410<br>Aurora, MO 65605-0410 | Modular Space Corp.<br>12603 Collections CenterD<br>Chicago, IL 60693-0216 |
| IAG Forensics & Valuation<br>501 Village Trace, NE, Bldg.<br>Suite 101<br>Marietta, GA 30067 | M E^3 Engineering, LLC<br>3781 Presidential Parkway<br>Suite 111A<br>Atlanta, GA 30340 | Moore Colson<br>1640 Powers Ferry Road, Bl<br>Suite 300<br>Marietta, GA 30067 |
| J & R Enterprises<br>7543 Fielder Road<br>Jonesboro, GA 30236 | Martino-White Printing<br>P.O. Box 162023<br>Atlanta, GA 30321 | MSC Industrial Supply Co<br>Dept. CH 0075<br>Palatine, IL 60055-0075 |
| John D. May Real Estate<br>774 Bedford Oaks Drive<br>Marietta, GA 30068 | Matthew G. Armstrong<br>13656 Hwy. 18 W.<br>Zebulon, GA 30295 | National Maintenance Ser<br>P.O. Box 1404<br>Findlay, OH 45840-1404 |
| Johnny On The Spot Inc.<br>4711 Joe Frank Harris Pkwy.<br>Adairsville, GA 30103 | Mayer Electric Supply Co.<br>6500 Peachtree Industrial Blvd.<br>Norcross, GA 30071 | Neff Rental, Inc.<br>P.O. Box 405138<br>Atlanta, GA 30384-5138 |
| JPA Reporting, LLC<br>1776 Peachtree Street, N.W.<br>Suite 390 - N<br>Atlanta, GA 30309 | MeetingBridge<br>15334 Collections Center Drive<br>Chicago, IL 60693 | NES Rentals<br>P.O. Box 205572<br>Dallas, TX 75320-3448 |
| Kellco Termite & Pest Control<br>P.O. Box 161416<br>Atlanta, GA 30321 | Metro Trailer<br>1255 S. River Industrial Blvd.<br>Atlanta, GA 30315 | New Image Towing & Recov<br>4780 Old Dixie Hwy.<br>Forest Park, GA 30297 |
| Kone Inc.<br>P.O. Box 7247<br>Philadelphia, PA 19170-6082 | Midsouth Mechanical, Inc.<br>P.O. Box 1283<br>LaGrange, GA 30241 | Nixon Power Services<br>P.O. Box 934345<br>Atlanta, GA 31193-4345 |

| | | |
|---|---|---|
| NMAPC<br>1501 Lee Highway<br>Suite 202<br>Arlington, VA 22209 | Potter Construction Co., Inc.<br>P.O. Box 310<br>Turin, GA 30289 | D & N Electric, A Carter<br>Brothers Electronics Supp<br>4722 Middlebrook Pike<br>Knoxville, TN 37921 |
| O2 Plus<br>4262-D Old Dixie Road<br>Atlanta, GA 30354 | Republic Services #800<br>P.O. Box 9001099<br>Louisville, KY 40290-1099 | Shred-it USA, LLC<br>P.O. Box 13574<br>Newark, NJ 07188-3574 |
| Oak Ridge Utility District<br>P.O. Box 4189<br>Oak Ridge, TN 37831-4189 | Retirement Plan Administrators<br>780 Johnson Ferry Road, Suite 275<br>Atlanta, GA 30342 | Sierra Construction Comp<br>2150 Cobb International B<br>Suite A<br>Kennesaw, GA 30152 |
| Office Depot<br>P.O. Box 1413<br>Charlotte, NC 28201-1413 | Robert Half Management Resources<br>12400 Collections Center Drive<br>Chicago, IL 60693 | Simplex Grinnell<br>Dept. CH 10320<br>Palatine, IL 60055-0320 |
| OneVision Utility Services<br>P.O. Box 1020<br>Adairsville, GA 30103 | Sam's Club<br>P.O. Box 530981<br>Atlanta, GA 30353-0981 | Smart Building Systems, I<br>1456 McLendon Drive, Ste C<br>Decatur, GA 30033 |
| Oracle America, Inc.<br>P.O. Box 203448<br>Dallas, TX 75320-3448 | Santek Waste Services<br>1387 Wisdom Street<br>Chattanooga, TN 37406-1749 | SouthernLINC Wireless<br>4601 Southlake Parkway<br>Suite 100<br>Birmingham, AL 35244 |
| PAETEC (Windstream)<br>P.O. Box 9001013<br>Louisville, KY 40290-1013 | Satellite Shelters, Inc. - ATL<br>2530 Xenium Lane N., Suite 150<br>Minneapolis, MN 55441 | Stuart C. Irby Company<br>P.O. Box 741001<br>Atlanta, GA 30384 |
| Paragon Legal Technology<br>1230 Peachtree Street, N.E.<br>Suite 200<br>Atlanta, GA 30309 | SERF<br>3928 Volunteer Drive<br>Chattanooga, TN 37416 | Sunbelt Rentals, Inc.<br>P.O. Box 409211<br>Atlanta, GA 30384-9211 |
| PCI Scaffold Concepts<br>2505 South Main Street<br>Kennesaw, GA 30144 | Seubert & Associates, Inc.<br>1010 Ohio River Blvd.<br>Pittsburgh, PA 15202 | SunTrust Bank<br>303 Peachtree Street, 10F<br>Atlanta, GA 30308 |
| Penhall Company<br>P.O. Box 842911<br>Los Angeles, CA 90084-2911 | Sherman & Howard LLC<br>633 Seventeenth Street<br>Suite 3000<br>Denver, CO 80202 | Taylor Services of Georgi<br>705 Millerfield Road S.<br>Macon, GA 31217 |

```
The Summerville Firm, LLC          D & N Electric, A Carter Brothers Company -
400 Colony Square, Suite 2000      1100 Satellite Blvd. NW
Atlanta, GA 30361                  Suwanee, GA 30024


Thombley & Simmons, P.C.           Universal Premium
78 Cole Street NE                  P.O. Box 70995
Suite 200                          Charlotte, NC 28272-0995
Marietta, GA 30060


TMC Immediate Care, Inc.           USH Medical Group of Georgia
101 Quartz Street, Suite 101       P.O. Box 404477
Villa Rica, GA 30180               Atlanta, GA 30384


Toshiba                            Vallen Distribution, Inc.
P.O. Box 740441                    P.O. Box 404753
Atlanta, GA 30374-0441             Atlanta, GA 30384-4753


Toshiba Business Solutions         Verizon Wireless
6025 The Corners Parkway, Ste. 207 P.O. Box 660108
Norcross, GA 30092                 Dallas, TX 75266-0108


Toshiba Financial Services         Weissmann Zucker Euster
P.O. Box 105710                    3490 Piedmont Road, Suite 650
Atlanta, GA 30348-5710             Atlanta, GA 30305


Trade Service                      Wells Fargo Bank, N.A.
13280 Evening Creek Drive South    P.O. Box 105710
Suite 200                          Atlanta, GA 30348-5710
San Diego, CA 92128-4344


Trinity Contracting Service LLC    Whalley Hammonds Tomasello, P.C.
P.O. Box 6528                      115 Westridge Industrial Blvd.
Oak Ridge, TN 37831                Suite 200
                                   McDonough, GA 30253


Uline                              Williams Scotsman
P.O. Box 88741                     P.O. Box 91975
Chicago, IL 60680-1741             Chicago, IL 60693-1975


United Rentals, Inc.               Workright, LLC
P.O. Box 100711                    P.O. Box 190
White, GA 30184                    Pendergrass, GA 30567
```

# United States Bankruptcy Court
## Northern District of Georgia

In re   D & N Electric, A Carter Brothers Company                              Case No.
                                    Debtor(s)                                  Chapter    11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   D & N Electric, A Carter Brothers Company   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| December 11, 2016 | /s/ Herbert C. Broadfoot II |
| Date | Herbert C. Broadfoot II 083750 |
| | Signature of Attorney or Litigant |
| | Counsel for   D & N Electric, A Carter Brothers Company |
| | Herbert C. Broadfoot II, P.C. |
| | 3343 Peachtree Road NE |
| | Suite 200 |
| | Atlanta, GA 30326 |
| | (404) 926-0058 Fax:(404) 926-0055 |
| | bert@hcbroadfootlaw.com |