IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| D & N Electric, A Carter Brothers Company | § § § | CASE NO. 16-72113-CRM |
| | § | |
| Debtor. | § § | |

## DECLARATION OF DR. ROCKNEY CARTER

Rockney Carter, under penalty of perjury, hereby declares as follows:

1. I am the Vice President of Human Resources and Legal Affairs of D & N Electric, a Carter Brothers Company, the Debtor in the above case (the "Debtor"). The Debtor filed its Voluntary Petition on December 11, 2016. This Declaration is submitted in support of (a) the Debtor's Motion for (A) Authority to Use Cash Collateral; (B) To Provide for Adequate Protection Therefor and (D) Request Emergency Preliminary Hearing and (b) the Debtor's Emergency Motion to Pay Pre-Petition Claim to Critical Vendor.

2. The Debtor is an Atlanta based electrical contractor serving owners, developers and general contractors in the Southeast with its principal place of business located at 3015 RN Martin Street, East Point, Georgia 30344. At present, the Debtor has approximately 170 employees. The Debtor was founded in 1970, and acquired by Carter Brothers in 2014. The Debtor is one of the largest minority-owned electrical installation providers in the Southeast.

3. Although the Debtor has a long and successful history of operations, two business problems have led to the filing of this Chapter 11 Case. First, as noted above, the Debtor was acquired by Carter Brothers in 2014. The Debtor has, or intends to, assert claims against the prior owners of the Debtor for fraud and breach of contract in connection with that

acquisition. In particular, the Debtor believes that there were material misstatements and omissions in the Debtor's financial records and that it is entitled to significant damages from the prior owners. Certain of these claims are already the subject of pending litigation. The Debtor believes that its damages arising from these claims are at least several millions of dollars (the "Litigation Claims").

4.     Second, the Debtor has certain contracts which have proven to be unprofitable. The Debtor is carefully reviewing all of its contracts to determine whether to accept or reject such contracts and has already decided to reject one contract with Waldbridge Aldinger Company which will be the subject of a separate Motion to Reject. The Debtor has a loan with Bank of America ("BofA"). The balance of the loan as of the Petition Date is approximately $2,000,000. BofA asserts a first lien against all business assets of D&N.

5.     As of the Petition Date, the outstanding balance of the Debtor's Accounts Receivable owed to the Debtor was approximately $2.5 Million. Of that sum, at least approximately $660,000 is owed by Walbridge pursuant to the contract being rejected by the Debtor and at least approximately $950,000 is owed by United Consolidated Group and is the subject of pending litigation. The Debtor believes that these are valid debts owed to it. The Account Receivable Balance is also subject to adjustments for change orders and other adjustments and is updated periodically by the Debtor.

6.     In addition to asserting liens against the business assets of the Debtor, I am advised that BofA also asserts a first priority security interest against the Debtor's headquarters building which is owned by MGA, Inc. (the "East Point Building"). MGA is partially owned by an individual which has an ownership interest in an affiliate of the Debtor.

7. I am advised and informed that a recent appraisal valued the East Point Building at approximately $1.5 Million.

8. The vast majority of the contracts in which the Debtor has entered, require that the Debtor use union labor. The Debtor has contracted with Local 613 of the International Brotherhood of Electrical Workers ("IBEW") to provide this labor. The IBEW is one the most important, if not the most important, vendor to the Debtor.

9. As part of its agreements with IBEW, the Debtor not only pays wages to the skilled laborers provided by the IBEW but also makes payments to the IBEW and several of its affiliates for union dues, defined pension plan contributions and health insurance funds. Further, the Debtor also makes payments to fund bonds to secure the payment of these obligations. These payments are made on a monthly basis to IBEW based on the usage of skilled laborers from the prior month.

10. The Debtor currently owes IBEW the sum of $428,501 due for the month of November and is due to be paid in December. The Debtor has advised IBEW that it intends to seek Court permission to pay this amount and to approve assumption of the IBEW agreements as part of its reorganization process. The Debtor has requested that IBEW provide the Debtor with a thirty-day period to file appropriate motions with the Bankruptcy Court and to seek this relief in the ordinary course of business.

11. I am advised and informed that IBEW, through counsel for several of the pension and health funds, has advised the Debtor that it will make claims on outstanding bonds commencttng January 2, 2017, if the Debtor does not pay the amounts due. IBEW has refused to provide any accommodation or grace period to the Debtor to address this issue in a more orderly manner with this Court.

12. I am advised and informed that if IBEW makes and pursues claims against the outstanding bonds, existing bonds will be cancelled and the Debtor will be required to obtain new bonds. If the Debtor cannot obtain new bonds, the Debtor will not be able to employ skilled union labor and will have to cease operations. I am advised and informed that the IBEW has advised the Debtor, through counsel, that if it does not have bonds in place, it will not provide skilled labor for the Debtor. I am further advised that it will be difficult, if not impossible for the Debtor, to obtain new bonds both due the existence of these claims and the pendency of this Bankruptcy Case. The management of the Debtor has concluded that it must pay the pre-petition claims owed to the IBEW in order to maintain its access to skilled, union labor during this Chapter 11 Case, including the payment of pre-petition amounts owed to the IBEW.

13. I have attached hereto as Exhibit "A" an operating budget for the Debtor. This budget was prepared under my supervision and with the input of senior management of the Debtor. The numbers and estimates set forth therein are based upon my experience in serving as an employee of the Debtor and my current understanding of the Debtor's assets and liabilities. The budget provides for the payment of all pre- and post-petition amounts due to the IBEW.

This 11ʰ day of December, 2016.

_____
Dr. Rockney Carter

4

| 12/19/16 | | | 12/26/16 | | | 1/2/17 | | | 1/9/17 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Bank Balance | | | Beginning Bank Balance | | | Beginning Bank Balance | | | Beginning Bank Balance | | |
| Bank of America-Operating | $ | 48,842.02 | Bank of America-Operating | $ | 351,980.27 | Bank of America-Operating | $ | 3,374.23 | Bank of America-Operating | $ | 212,677.10 |
| Bank of America - Payroll | $ | 39,866.81 | Bank of America - Payroll | $ | 5,000.00 | Bank of America - Payroll | $ | 5,000.00 | Bank of America - Payroll | $ | 5,000.00 |
| Estimated Cash Receipts | | | Estimated Cash Receipts | | | Estimated Cash Receipts | | | Estimated Cash Receipts | | |
| CBS | $ | 575,335.31 | CBS | $ | 241,232.00 | CBS | $ | 296,232.00 | CBS | $ | 219,500.00 |
| Boral | $ | - | Duffy | $ | 11,397.00 | Duffy | $ | 35,154.90 | Main Street Academy | $ | 690.00 |
| Honeywell | $ | - | Atlanta Airport | $ | 7,500.00 | Wate | $ | 120,391.00 | Wate | $ | 1,174.40 |
| CBS | $ | - | | $ | - | | $ | - | | $ | - |
| Total Cash Receipts | $ | 664,044.14 | Total Cash Receipts | $ | 617,109.27 | Total Cash Receipts | $ | 460,152.13 | Total Cash Receipts | $ | 439,041.50 |
| | $ | 88,708.83 | | $ | 356,980.27 | | $ | 8,374.23 | | $ | 217,677.10 |
| Overhead | | | Overhead | | | Overhead | | | Overhead | | |
| Payroll | $ | 202,000.00 | Payroll | $ | 135,800.00 | Payroll | $ | 135,800.00 | Payroll | $ | 135,000.00 |
| 401 K | $ | 1,105.18 | 401 K | $ | 1,105.18 | 401 K | $ | 1,105.18 | 401 K | $ | 1,105.18 |
| Taxes/Unemployment | $ | 100,609.37 | City of East Point - Due 12/30/16 | $ | 2,230.18 | Aflac | $ | 661.32 | Aflac | $ | 820.83 |
| Enterprise FM - Fleet | $ | 1,763.33 | Whaley CPA | $ | 9,000.00 | Humana | $ | 827.22 | Humana | $ | 19,476.01 |
| Ford Credit | $ | 544.94 | Chapter 11 Professional Fees | $ | 5,000.00 | Fedex | $ | 633.94 | Fedex | $ | 400.87 |
| Ford Credit | $ | 741.05 | | $ | - | ATT | $ | 447.37 | ATT | $ | 233.09 |
| The Corbet Firm | $ | 300.00 | | | | Shred It | $ | - | Shred It | $ | 160.00 |
| | | | | | | Zurich - Insurance | $ | 103,000.00 | Toshiba Financial | $ | 2,193.33 |
| | | | | | | | | | Universal Premium | $ | 8,000.00 |
| | | | | | | | | | Whaley CPA | $ | 9,000.00 |
| | | | | | | | | | Chapter 11 Professional Fees | $ | 5,000.00 |
| Total Overhead | $ | 307,063.87 | Total Overhead | $ | 153,135.36 | Total Overhead | $ | 242,475.03 | Total Overhead | $ | 181,389.31 |
| Job Cost | | | Job Cost | | | Job Cost | | | Job Cost | | |
| | | | Georgia Receiving | $ | 10,061.42 | | | | Georgia Power | $ | 402.92 |
| | | | IBEW Local Union 760 | $ | 133.56 | | | | Southern Linc | $ | 600.00 |
| | | | IBEW Local Union 760 | $ | 1,074.51 | | | | | | |
| | | | LMCC | $ | 2.88 | | | | | | |
| | | | NEBF | $ | 889.94 | | | | | | |
| | | | NECA | $ | 7,431.79 | | | | | | |
| | | | NMAPC | $ | 1,124.50 | | | | | | |
| | | | NLMCC | $ | 1.44 | | | | | | |
| | | | SERF | $ | 6,377.92 | | | | | | |
| | | | Board 13 | $ | 428,501.72 | | | | | | |

| | Total Job Cost | $ | - | $ | 356,980.27 |
| --- | --- | --- | --- | --- | --- |
| | Total Job Cost | $ | 455,599.68 | $ | 8,374.23 |
| | Total Job Cost | $ | - | $ | 217,677.10 |
| | Total Job Cost | $ | 600.00 | $ | 257,052.19 |

| | 1/16/17 | | 1/23/17 | | 1/30/17 | | 2/5/17 | |
|---|---|---|---|---|---|---|---|---|
| Beginning Bank Balance | | | | | | | | |
| Bank of America-Operating | $ | 252,052.19 | $ | 46,400.75 | $ | 84,592.35 | $ | 115,367.32 |
| Bank of America - Payroll | $ | 5,000.00 | $ | 5,000.00 | $ | 5,000.00 | $ | 5,000.00 |
| | $ | 257,052.19 | $ | 51,400.75 | $ | 89,592.35 | $ | 120,367.32 |
| Estimated Cash Receipts | | | | | | | | |
| CBS | $ | 211,650.00 | $ | 185,000.00 | $ | 223,400.00 | $ | 175,000.00 |
| Atlanta Airport | $ | - | $ | - | $ | 44,000.00 | $ | - |
| | $ | - | $ | - | $ | - | $ | - |
| | $ | - | $ | - | $ | - | $ | - |
| Total Cash Receipts | $ | 468,702.19 | $ | 236,400.75 | $ | 356,992.35 | $ | 295,367.32 |
| Overhead | | | | | | | | |
| Payroll | $ | 128,000.00 | $ | 128,000.00 | $ | 128,000.00 | $ | 128,000.00 |
| 401 K | $ | 1,105.18 | $ | 1,105.18 | $ | 1,105.18 | $ | 1,105.18 |
| Republic Services | $ | 95.00 | $ | 195.00 | $ | 1,950.00 | | |
| Whaley CPA | | | | | | | $ | 9,000.00 |
| Chapter 11 Professional Fees | | | | | | | $ | 5,000.00 |
| City of East Point | $ | 738.83 | $ | 2,230.18 | $ | 661.32 | $ | 661.32 |
| Ford Credit | $ | 296.90 | $ | 639.02 | $ | 827.22 | $ | 827.22 |
| Ford Credit | | | $ | 639.02 | $ | 633.94 | $ | 633.94 |
| Constellation | $ | 10,104.00 | | | | | | |
| Comcast | | | | | | | | |
| Ford Credit | | | | | $ | 447.37 | $ | 447.37 |
| Enterprise | $ | 600.00 | $ | 9,000.00 | | | | |
| Ooba Business | | | | | | | | |
| Whaley CPA | $ | 4,603.48 | | | | | | |
| Verizon Wireless | $ | 544.94 | $ | 5,000.00 | $ | 103,000.00 | | |
| Ford Credit | $ | 741.05 | | | | | | |
| Humana | | | | | | | $ | 820.83 |
| Aflac | | | | | | | $ | 22,476.01 |
| Zurich - Ins | | | | | | | | |
| U.S. Trustee | | | | | | | | |
| Total Overhead | $ | 146,829.38 | $ | 146,808.40 | $ | 236,625.03 | $ | 168,971.87 |
| Job Cost | | | | | | | | |
| Atlanta Lightning | $ | 689.00 | | | | | | |
| Hagemeyer | $ | 32.52 | | | | | | |
| Johnny on the spot | $ | 75.00 | | | | | | |
| Mayer | $ | 889.02 | | | | | | |
| Metro Trailer | $ | 770.00 | | | | | | |
| Sunbelt Rentals | $ | 3,842.01 | | | | | | |
| United Rentals | $ | 1,273.30 | | | | | | |
| Williams Scotsman | $ | 599.81 | | | | | | |
| Union Dues December | $ | 262,301.40 | | | | | | |
| Total Cost | | | | | | | | |

| | Total Job Cost |
|---|---|
| $ 51,400.75 | $ 270,472.06 |

| | Total Job Cost |
|---|---|
| $ 89,592.35 | $ - |

| | Total Job Cost |
|---|---|
| $ 120,367.32 | $ - |

| | Total Job Cost |
|---|---|
| $ 126,395.45 | $ - |