Fill in this information to identify the case:

Debtor name **D & N Electric, A Carter Brothers Company**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF GEORGIA**

Case number (if known) **16-72113**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

**Current value of debtor's interest**

| 3. | Checking, savings, money market, or financial brokerage accounts *(Identify all)* | | | |
| --- | --- | --- | --- | --- |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | Bank of America | Operating and Payroll checking accounts | | $37,048.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**          | $37,048.00 |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | 1,845,560.00 | - | 0.00 | = .... | $1,845,560.00 |
| --- | --- | --- | --- | --- | --- |
| | face amount | | doubtful or uncollectible accounts | | |

| Debtor | D & N Electric, A Carter Brothers Company | Case number *(if known)* 16-72113 |
|---|---|---|
| | Name | |

| 12. | **Total of Part 3.** | $1,845,560.00 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | |

**Part 4:    Investments**

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** Electrical components | 12/31/2016 | Unknown | | $975,266.00 |

| 20. | **Work in progress** | | | | |
|---|---|---|---|---|---|
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** | | | | |

| 23. | **Total of Part 5.** | $975,266.00 |
|---|---|---|
| | Add lines 19 through 22. Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____    Valuation method _____    Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **D & N Electric, A Carter Brothers Company**   Case number *(if known)* 16-72113
_____
Name

| | | | |
|---|---|---|---|
| 39. | **Office furniture** | | |
| | Office furniture and computer equipment | $0.00 | $11,587.00 |

40.   **Office fixtures**

41.   **Office equipment, including all computer equipment and communication systems equipment and software**

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**
      Add lines 39 through 42. Copy the total to line 86.

| $11,587.00 |
|---|

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ☑ No
      ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ☑ No
      ☐ Yes

**Part 8:   Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of**<br>debtor's interest<br>(Where available) | **Valuation method used**<br>for current value | **Current value of**<br>debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   Trucks, vans, SUVs | $0.00 | | $334,438.00 |

48.   **Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | |
| | Electrical contractor equipment | $0.00 | $55,327.00 |

51.   **Total of Part 8.**
      Add lines 47 through 50. Copy the total to line 87.

| $389,765.00 |
|---|

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ☑ No
      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ☑ No

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | D & N Electric, A Carter Brothers Company | Case number *(if known)* 16-72113 |
|---|---|---|
| | Name | |

☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** Patents, copyrights, trademarks, and trade secrets | | | |
| **61.** Internet domain names and websites | | | |
| **62.** Licenses, franchises, and royalties | | | |
| **63.** Customer lists, mailing lists, or other compilations<br>Customer list | $0.00 | | Unknown |
| **64.** Other intangibles, or intellectual property | | | |
| **65.** Goodwill | | | |

**66. Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$0.00

**67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?**
☑ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes Fill in the information below.

Current value of
debtor's interest

**71.** Notes receivable
Description (include name of obligor)

| Debtor | D & N Electric, A Carter Brothers Company | | Case number *(if known)* 16-72113 |
|---|---|---|---|
| | Name | | |

| Promissory Note from United Consolidated Group Inc. | 478,000.00 – | 0.00 = | $478,000.00 |
|---|---|---|---|
| | Total face amount | doubtful or uncollectible amount | |

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
Debtor has asserted counterclaims in pending litigation;
Debtor intends to pursue previously denied claims for
insurance coverage; Debtor claims an interest in the office
building titled in MGA Holdings                                              Unknown

**Nature of claim**
**Amount requested**                    $0.00

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**                                          $478,000.00

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor  **D & N Electric, A Carter Brothers Company**          Case number *(if known)*  16-72113
_____
Name

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $37,048.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,845,560.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $975,266.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $11,587.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $389,765.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $478,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,737,226.00  + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,737,226.00 |

**Fill in this information to identify the case:**

Debtor name  D & N Electric, A Carter Brothers Company

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF GEORGIA

Case number (if known)  16-72113

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** Bank of America, N.A.<br>Creditor's Name<br>100 North Tryon Street,<br>NC1-007-31-05<br>Charlotte, NC 28255<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>All Business Assets | $1,043,856.79 | $3,737,226.00 |

Describe the lien
Security interest
Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

Date debt was incurred
March 26, 2014

Last 4 digits of account number
Line of Credit

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

| **2.2** Bank of America, N.A.<br>Creditor's Name<br>100 North Tryon Street,<br>NC1-007-31-05<br>Charlotte, NC 28255<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>All Business Assets | $1,194,506.79 | $3,737,226.00 |

Describe the lien
Security interest
Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
Commercial Term Loan

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | D & N Electric, A Carter Brothers Company | | Case number (if known) | 16-72113 |
|---|---|---|---|---|
| | Name | | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.3 | **Ford Motor Credit Company, LLC** | | | $2,164.31 | $334,438.00 |
|---|---|---|---|---|---|

Creditor's Name

P.O. Box 62180
Colorado Springs, CO
80962-4400
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
5640

**Describe debtor's property that is subject to a lien**
2012 Ford Econoline Van

**Describe the lien**
Vehicle lien
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 | **Ford Motor Credit Company, LLC** | | | $16,544.40 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

c/o Ronald A. Levine, Esq.
P.O. Box 422148
Atlanta, GA 30342
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
9425

**Describe debtor's property that is subject to a lien**
2015 Ford F150

**Describe the lien**
Vehicle title lien
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.5 | **Ford Motor Credit Company, LLC** | | | $5,047.24 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

c/o Ronald A. Levine, Esq.
P.O. Box 422148
Atlanta, GA 30342
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
2013 Ford E250

**Describe the lien**
Vehicle title lien

---

| Debtor | D & N Electric, A Carter Brothers Company | Case number (if known) | 16-72113 |
|---|---|---|---|
| | Name | | |

---

Is the creditor an insider or related party?

■ No
☐ Yes

**Creditor's email address, if known**

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
2837

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.6 | Ford Motor Credit Company, LLC | Describe debtor's property that is subject to a lien | $5,049.82 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | 2013 Ford E250 | | |

c/o Ronald A. Levine, Esq.
P.O. Box 422148
Atlanta, GA 30342
**Creditor's mailing address**

Describe the lien
Vehicle title lien

Is the creditor an insider or related party?

■ No
☐ Yes

**Creditor's email address, if known**

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
2913

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.7 | Ford Motor Credit Company, LLC | Describe debtor's property that is subject to a lien | $3,673.70 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | 2013 Ford F150 | | |

c/o Ronald A. Levine, Esq.
P.O. Box 422148
Atlanta, GA 30342
**Creditor's mailing address**

Describe the lien
Vehicle title lien

Is the creditor an insider or related party?

■ No
☐ Yes

**Creditor's email address, if known**

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
8722

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:** Check all that apply

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | D & N Electric, A Carter Brothers Company | Case number (if known) | 16-72113 |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | Ford Motor Credit Company, LLC | Describe debtor's property that is subject to a lien | $3,960.23 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **2012 Ford E250** | | |
| | c/o Ronald A. Levine, Esq.
P.O. Box 422148
Atlanta, GA 30342 | | | |
| | Creditor's mailing address | | | |

**Describe the lien**
Vehicle title lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
4549

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $2,274,803.28 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Paul M. Alexander
Miller & Martin PLLC
1180 W. Peachtree St., N.W., Ste. 2100
Atlanta, GA 30309 | Line 2.1 | |
| William DuPre, IV
Miller & Martin PLLC
1180 W. Peachtree St., N.W., Ste. 2100
Atlanta, GA 30309 | Line 2.1 | |

---

Official Form 206D                Additional Page of Schedule D: Creditors Who Have Claims Secured by Property                page 4 of 4

Fill in this information to identify the case:

Debtor name  **D & N Electric, A Carter Brothers Company**

United States Bankruptcy Court for the:  **NORTHERN DISTRICT OF GEORGIA**

Case number (if known)  **16-72113**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:     List All Creditors with PRIORITY Unsecured Claims**

1.  Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|   |   | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**Georgia Department of Revenue**<br>Bankruptcy Section<br>1800 Century Blvd NE<br>Atlanta, GA 30345-3206 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed | $202,504.00 | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**Various** | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number **2399** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19114 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed | $835,898.25 | $740,522.91 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br><br>**Various** | Basis for the claim:<br>**WT-FICA 12/31/2015; 3/31/2016; 6/30/2016;<br>9/30/2016<br>CORP-INC 2014; 2015** | | |
| | Last 4 digits of account number **2399** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

**Part 2:     List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | D & N Electric, A Carter Brothers Company | Case number (if known) | 16-72113 |
|---|---|---|---|
| | Name | | |

---

**3.1** | Nonpriority creditor's name and mailing address | | $19,719.62

Accountemps dba Robert Half
12400 Collections Center Drive
Chicago, IL 60693

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | | $775.77

Action Tire Co.
410 Lee's Mill Road
Forest Park, GA 30297

Date(s) debt was incurred _

Last 4 digits of account number 0201

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | | $47.56

ADI
25429 Network Place
Chicago, IL 60673-1254

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | | $1,010.00

AFA Protective Systems, Inc.
805 Franklin Court, Ste. C
Marietta, GA 30067

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | | $820.24

AFLAC
Worldwide Headquarters
Columbus, GA 31999

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | | $6,723.00

Air Comfort Solutions, Inc.
9296 South Main Street
Jonesboro, GA 30236

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | | $22,256.95

Airgas Safety, Inc.
P.O. Box 951884
Dallas, TX 75395-1884

Date(s) debt was incurred _

Last 4 digits of account number 2007

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | D & N Electric, A Carter Brothers Company | | Case number (if known) | 16-72113 |
|---|---|---|---|---|
| | Name | | | |

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,459.82
Alere Toxicology
P.O. Box 536506
Pittsburgh, PA 15253-5907

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,683.20
Altuscio Networks
1080 Holcomb Bridge Road, Bldg. 100
Roswell, GA 30076

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Network Hosting

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,380.91
American Express
P.O. Box 650448
Dallas, TX 75265-0448

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $103,399.40
Amerisure Mutual Insurance Co.
P.O. Box 78000, Dept. 78226
Detroit, MI 48278-0226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Insurance

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $82.50
Applied Technical Services Inc.
1049 Triad Court
Marietta, GA 30062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  N300

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37,800.00
Arrington/Owoo P.C.
Promenade Park
3915 Cascade Road, Ste.
Atlanta, GA 30331

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Legal Services

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $233.09
AT&T
P.O. Box 105262
Atlanta, GA 30348-5262

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | D & N Electric, A Carter Brothers Company | Case number (if known) | 16-72113 |
|--------|-------------------------------------------|------------------------|----------|
| | Name | | |

---

**3.15**

Nonpriority creditor's name and mailing address
Atlanta Electrical Distributor
1770 Breckinridge Parkway, Suite 100
Duluth, GA 30096

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Electrical Materials

Is the claim subject to offset? ■ No ☐ Yes

$11,405.06

---

**3.16**

Nonpriority creditor's name and mailing address
Atlanta Lighting Protection, Inc.
5292 Oakdale Road, S.E.
Suite 9
Smyrna, GA 30082

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$4,123.00

---

**3.17**

Nonpriority creditor's name and mailing address
Bank of America
P.O. Box 15019
Wilmington, DE 19850-5019

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Company Credit Cards

Is the claim subject to offset? ■ No ☐ Yes

$238,160.50

---

**3.18**

Nonpriority creditor's name and mailing address
Benefield Automotive
3460 Lang Avenue
Atlanta, GA 30354

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$10,052.69

---

**3.19**

Nonpriority creditor's name and mailing address
Bizfilings Lockbox Payments
39922 Treasury Center
Chicago, IL 60694

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$567.00

---

**3.20**

Nonpriority creditor's name and mailing address
Board #13 Collection Account Trust
4221 North Peachtree Road
Atlanta, GA 30341-1207

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$273,377.98

---

**3.21**

Nonpriority creditor's name and mailing address
Brown & Brown Inc.
3483 Satellite Blvd.
Suite 100
Duluth, GA 30096

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,531.00

---

| Debtor | D & N Electric, A Carter Brothers Company | | Case number *(if known)* | 16-72113 |
|---|---|---|---|---|
| | Name | | | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $199.00 |
|---|---|---|---|
| | Building Trades Association | ☐ Contingent | |
| | 1050 Connecticut Ave., NW 10th Floor | ☐ Unliquidated | |
| | Washington, DC 20036 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number _7197_ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,727.72 |
|---|---|---|---|
| | Buster Reprographics | ☐ Contingent | |
| | 5064 Clark Howell Hwy. | ☐ Unliquidated | |
| | Atlanta, GA 30349 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $160.50 |
|---|---|---|---|
| | C.T. Pugh Corporation | ☐ Contingent | |
| | 1677 Defoor Circle N.W. | ☐ Unliquidated | |
| | Atlanta, GA 30318 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,200.00 |
|---|---|---|---|
| | Cane Communications | ☐ Contingent | |
| | 960 Forest Overlook Drive | ☐ Unliquidated | |
| | Atlanta, GA | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $233.76 |
|---|---|---|---|
| | CDW Direct | ☐ Contingent | |
| | P.O. Box 75723 | ☐ Unliquidated | |
| | Chicago, IL 60675-5723 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,110.00 |
|---|---|---|---|
| | Century Fire Protection, LLC | ☐ Contingent | |
| | 2450 Meadowbrook Parkway | ☐ Unliquidated | |
| | Duluth, GA 30096 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,082.54 |
|---|---|---|---|
| | Christine Armstrong | ☐ Contingent | |
| | 13656 Hwy. 18 West | ☐ Unliquidated | |
| | Zebulon, GA 30295 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | D & N Electric, A Carter Brothers Company | Case number (if known) | 16-72113 |
|--------|-------------------------------------------|------------------------|----------|
| | Name | | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $206.17 |
|------|-------------------------------------------------|---------------------------------------|---------|
| | Cintas First Aid & Safety<br>P.O. Box 631025<br>Cincinnati, OH 45263 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|------|-------------------------------------------------|---------------------------------------|---------|
| | City of Atlanta<br>Dept. of Aviation<br>P.O. Box 920500<br>Duluth, GA 30096 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,152.32 |
|------|-------------------------------------------------|---------------------------------------|-----------|
| | City of East Point<br>1526 E. Forrest Avenue<br>Suite 100<br>Atlanta, GA 30344 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $902.89 |
|------|-------------------------------------------------|---------------------------------------|---------|
| | City of Oak Ridge<br>P.O. Box 1<br>Oak Ridge, TN 37830 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: 940 24920 10<br>940 24925 07<br>940 24910 08 | |
| | Last 4 digits of account number 1510 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,604.56 |
|------|-------------------------------------------------|---------------------------------------|-----------|
| | Comcast Business<br>P.O. Box 37601<br>Johnson City, PA 37601 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number 5308 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,906.57 |
|------|-------------------------------------------------|---------------------------------------|-----------|
| | Conney Safety<br>3202 Latham Drive<br>P.O. Box 44575<br>Madison, WI 53744-4575 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $102,797.06 |
|------|-------------------------------------------------|---------------------------------------|-------------|
| | Consolidated Electrical Dist.<br>P.O. Box 1510<br>Cary, NC 27512-1510 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Electrical Materials | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | D & N Electric, A Carter Brothers Company | Case number (if known) | 16-72113 |
|---|---|---|---|
| | Name | | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $515.62 |
|---|---|---|---|
| | Constellation<br>P.O. Box 5472<br>Carol Stream, IL 60197-5472 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  0331 | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $114.00 |
|---|---|---|---|
| | Corporate Creations<br>11380 Prosperity Farms Road  #221E<br>Palm Beach Gardens, FL 33410 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,209.93 |
|---|---|---|---|
| | Creative Financial Staffing LLC<br>P.O. Box 95111<br>Chicago, IL 60694-5111 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $82.01 |
|---|---|---|---|
| | Crystal Springs<br>P.O. Box 660579<br>Dallas, TX 75266-0579 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  2382 | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $511.55 |
|---|---|---|---|
| | CSI Global Deposition Services<br>4950 N. O'Connor Road<br>Suite 152<br>Irving, TX 75062-2778 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,623.82 |
|---|---|---|---|
| | Customer Service Electric Supply<br>P.O. Box 27006<br>Knoxville, TN 37927-7006 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  5740 | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,158.15 |
|---|---|---|---|
| | Dun & Bradstreet<br>P.O. Box 75434<br>Chicago, IL 60675-5434 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | D & N Electric, A Carter Brothers Company | Case number (if known) | 16-72113 |
|---|---|---|---|
| | Name | | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $927.96 |
|---|---|---|---|

**3.43**
Nonpriority creditor's name and mailing address
**East Tennessee Calibration**
P.O. Box 1029
Harriman, TN 37748

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$927.96

**3.44**
Nonpriority creditor's name and mailing address
**Edmond, Lindsay & Hoffler LLC**
344 Woodward Avenue, SE
Atlanta, GA 30312

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Legal Services

Is the claim subject to offset? ■ No  ☐ Yes

$84,682.14

**3.45**
Nonpriority creditor's name and mailing address
**Edwards Supply Co., Inc.**
P.O. Box 4758
Oak Ridge, TN 37831-4758

Date(s) debt was incurred _

Last 4 digits of account number  NE00

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$5,960.19

**3.46**
Nonpriority creditor's name and mailing address
**eFax Corporate**
P.O. Box 51873
Los Angeles, CA 90051-6173

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$3,021.60

**3.47**
Nonpriority creditor's name and mailing address
**Enterprise FM Trust**
P.O. Box 800089
Kansas City, MO 64180-0089

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$1,763.33

**3.48**
Nonpriority creditor's name and mailing address
**Fastenal Company**
P.O.  Box 1286
Winona, MN 55987-1286

Date(s) debt was incurred _

Last 4 digits of account number  1014

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$6,096.52

**3.49**
Nonpriority creditor's name and mailing address
**Federal Express**
P.O. Box 660481
Dallas, TX 75266-0481

Date(s) debt was incurred _

Last 4 digits of account number  6165

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$1,090.30

| Debtor | D & N Electric, A Carter Brothers Company | | Case number (if known) | 16-72113 |
|---|---|---|---|---|
| | Name | | | |

**3.50** Nonpriority creditor's name and mailing address
Floyd Primary Care
P.O. Box 1882
Rome, GA 30162-3064

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$100.00

**3.51** Nonpriority creditor's name and mailing address
Ford Credit
P.O. Box 790072
Saint Louis, MO 63179-0072

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$661.36

**3.52** Nonpriority creditor's name and mailing address
Ford Credit
P.O. Box 650575
Dallas, TX 75265-0575

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$827.22

**3.53** Nonpriority creditor's name and mailing address
FP Mailing Solutions
140 N. Mitchell Ct., Ste. 200
Addison, IL 60101

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$319.77

**3.54** Nonpriority creditor's name and mailing address
Galarrage Engineering P.C.
5090 Winding Rose Drive
Suwanee, GA 30024

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1,000.00

**3.55** Nonpriority creditor's name and mailing address
Gas South
P.O. Box 530552
Atlanta, GA 30353-0552

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$47.83

**3.56** Nonpriority creditor's name and mailing address
Georgia Control Center
4020 Tradeport Blvd.
Atlanta, GA 30354

Date(s) debt was incurred __
Last 4 digits of account number  NE01

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$211.39

| Debtor | D & N Electric, A Carter Brothers Company | | Case number *(if known)* | 16-72113 |
|---|---|---|---|---|
| | Name | | | |

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $526.86
Georgia Power
96 Annex
Atlanta, GA 30396-0001
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $268,986.10
GEXPRO
P.O. Box 100275
Atlanta, GA 30384
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  7756

Basis for the claim:  Electrical Materials

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,779.06
Gillman Services, Inc.
5720 Western Avenue
Knoxville, TN 37921
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $409,391.21
Gordon & Rees LLP
1111 Broadway
Suite 1700
Oakland, CA 94607
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,040.26
Grainger
Dept. 800297319
Palatine, IL 60038-0001
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  7319

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,606.25
Henning Mediation & Arbitration
3350 Riverwood Parkway, S.E.
Suite 75
Atlanta, GA 30339
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,751.78
Humana
P.O. Box 524
Carol Stream, IL 60132-0524
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | D & N Electric, A Carter Brothers Company | Case number (if known) | 16-72113 |
|---|---|---|---|
| | Name | | |

---

**3.64** | Nonpriority creditor's name and mailing address
IAG Forensics & Valuation
501 Village Trace, NE, Bldg. 9
Suite 101
Marietta, GA 30067

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$8,687.50

---

**3.65** | Nonpriority creditor's name and mailing address
J & R Enterprises
7543 Fielder Road
Jonesboro, GA 30236

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$645.00

---

**3.66** | Nonpriority creditor's name and mailing address
John D. May Real Estate
774 Bedford Oaks Drive
Marietta, GA 30068

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$6,376.29

---

**3.67** | Nonpriority creditor's name and mailing address
John F. Carter

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Loans to Debtor

Is the claim subject to offset? ■ No ☐ Yes

$4,144,083.00

---

**3.68** | Nonpriority creditor's name and mailing address
Johnny On The Spot Inc.
4711 Joe Frank Harris Pkwy.
Adairsville, GA 30103

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$15,133.97

---

**3.69** | Nonpriority creditor's name and mailing address
JPA Reporting, LLC
1776 Peachtree Street, N.W.
Suite 390 - N
Atlanta, GA 30309

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$3,196.55

---

**3.70** | Nonpriority creditor's name and mailing address
Kellco Termite & Pest Control
P.O. Box 161416
Atlanta, GA 30321

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$190.00

---

| Debtor | D & N Electric, A Carter Brothers Company | Case number (if known) | 16-72113 |
|---|---|---|---|
| | Name | | |

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,928.00 |
|---|---|---|---|

**3.71**
Nonpriority creditor's name and mailing address
Kone Inc.
P.O. Box 7247
Philadelphia, PA 19170-6082

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,928.00**

---

**3.72**
Nonpriority creditor's name and mailing address
Larry Harper
613 Shallowford Road
Chattanooga, TN 37411

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: Lawsuit pending

Is the claim subject to offset? ☐ No  ☐ Yes

**Unknown**

---

**3.73**
Nonpriority creditor's name and mailing address
Lewis Brisbois Bisgaard & Smit
633 W. 5th Street, Suite 4000
Los Angeles, CA 90071

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,183.00**

---

**3.74**
Nonpriority creditor's name and mailing address
Liberty Technology, Inc.
120 East Taylor
Griffin, GA 30223

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,150.00**

---

**3.75**
Nonpriority creditor's name and mailing address
Light Bulb Depot 13 LLC
P.O. Box 410
Aurora, MO 65605-0410

Date(s) debt was incurred _
Last 4 digits of account number  263C

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$404.80**

---

**3.76**
Nonpriority creditor's name and mailing address
M E^3 Engineering, LLC
3781 Presidential Parkway
Suite 111A
Atlanta, GA 30340

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$26,880.00**

---

**3.77**
Nonpriority creditor's name and mailing address
Martino-White Printing
P.O. Box 162023
Atlanta, GA 30321

Date(s) debt was incurred _
Last 4 digits of account number  3830

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$878.47**

| Debtor | D & N Electric, A Carter Brothers Company | Case number (if known) | 16-72113 |
|---|---|---|---|
| | Name | | |

**3.78**

Nonpriority creditor's name and mailing address
Matthew G. Armstrong
13656 Hwy. 18 W.
Zebulon, GA 30295

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Lawsuit pending__

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

**3.79**

Nonpriority creditor's name and mailing address
Mayer Electric Supply Co.
6500 Peachtree Industrial Blvd.
Norcross, GA 30071

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$37,668.95

---

**3.80**

Nonpriority creditor's name and mailing address
MeetingBridge
15334 Collections Center Drive
Chicago, IL 60693

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$116.64

---

**3.81**

Nonpriority creditor's name and mailing address
Metro Trailer
1255 S. River Industrial Blvd.
Atlanta, GA 30315

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$770.00

---

**3.82**

Nonpriority creditor's name and mailing address
MGA Holdings
3015 R.N. Martin Street
East Point, GA 30344

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Rent__

Is the claim subject to offset? ■ No ☐ Yes

$430,452.00

---

**3.83**

Nonpriority creditor's name and mailing address
Midsouth Mechanical, Inc.
P.O. Box 1283
LaGrange, GA 30241

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,141.42

---

**3.84**

Nonpriority creditor's name and mailing address
MMHB & Associates, LLC
P.O. Box 1029
Roswell, GA 30077

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$36,095.99

---

| Debtor | D & N Electric, A Carter Brothers Company | Case number (if known) | 16-72113 |
|---|---|---|---|
| | Name | | |

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,198.03 |
|---|---|---|---|

**Mobile Mini, Inc.**
P.O. Box 740773
Cincinnati, OH 45274-0773

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  1128

Is the claim subject to offset? ■ No  ☐ Yes

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,408.98 |
|---|---|---|---|

**Modular Space Corp.**
12603 Collections Center Drive
Chicago, IL 60693-0216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  2336

Is the claim subject to offset? ■ No  ☐ Yes

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $102,560.00 |
|---|---|---|---|

**Moore Colson**
1640 Powers Ferry Road, Bldg. 11
Suite 300
Marietta, GA 30067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Auditor

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $447.41 |
|---|---|---|---|

**MSC Industrial Supply Co.**
Dept. CH 0075
Palatine, IL 60055-0075

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $825.00 |
|---|---|---|---|

**National Maintenance Services**
P.O. Box 1404
Findlay, OH 45840-1404

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  S001

Is the claim subject to offset? ■ No  ☐ Yes

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,173.20 |
|---|---|---|---|

**Neff Rental, Inc.**
P.O. Box 405138
Atlanta, GA 30384-5138

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  0114

Is the claim subject to offset? ■ No  ☐ Yes

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,224.06 |
|---|---|---|---|

**NES Rentals**
P.O. Box 205572
Dallas, TX 75320-3448

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  8225

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | D & N Electric, A Carter Brothers Company | Case number (if known) | 16-72113 |
|---|---|---|---|
| | Name | | |

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**New Image Towing & Recovery**
4780 Old Dixie Hwy.
Forest Park, GA 30297

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  DNE

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,023.25 |
|---|---|---|---|

**Nixon Power Services**
P.O. Box 934345
Atlanta, GA 31193-4345

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  0318

Basis for the claim:  Generator Vendor

Is the claim subject to offset? ■ No  ☐ Yes

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,124.50 |
|---|---|---|---|

**NMAPC**
1501 Lee Highway
Suite 202
Arlington, VA 22209

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $103.68 |
|---|---|---|---|

**O2 Plus**
4262-D Old Dixie Road
Atlanta, GA 30354

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  227

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37.28 |
|---|---|---|---|

**Oak Ridge Utility District**
P.O. Box 4189
Oak Ridge, TN 37831-4189

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  9001

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,400.85 |
|---|---|---|---|

**Office Depot**
P.O. Box 1413
Charlotte, NC 28201-1413

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  1613

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $372.50 |
|---|---|---|---|

**OneVision Utility Services**
P.O. Box 1020
Adairsville, GA 30103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | D & N Electric, A Carter Brothers Company | Case number (if known) | 16-72113 |
|---|---|---|---|
| | Name | | |

---

**3.99** Nonpriority creditor's name and mailing address
Oracle America, Inc.
P.O. Box 203448
Dallas, TX 75320-3448

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,646.81

---

**3.100** Nonpriority creditor's name and mailing address
PAETEC (Windstream)
P.O. Box 9001013
Louisville, KY 40290-1013

Date(s) debt was incurred _
Last 4 digits of account number  7654

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,812.86

---

**3.101** Nonpriority creditor's name and mailing address
Paragon Legal Technology
1230 Peachtree Street, N.E.
Suite 200
Atlanta, GA 30309

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Document Storage and Production

Is the claim subject to offset? ■ No ☐ Yes

$44,409.98

---

**3.102** Nonpriority creditor's name and mailing address
PCI Scaffold Concepts
2505 South Main Street
Kennesaw, GA 30144

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$56,022.18

---

**3.103** Nonpriority creditor's name and mailing address
Penhall Company
P.O. Box 842911
Los Angeles, CA 90084-2911

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$525.00

---

**3.104** Nonpriority creditor's name and mailing address
Pollard Construction Disposal
P.O. Box 310
Turin, GA 30289

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,288.40

---

**3.105** Nonpriority creditor's name and mailing address
Republic Services #800
P.O. Box 9001099
Louisville, KY 40290-1099

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$387.72

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | D & N Electric, A Carter Brothers Company | Case number (if known) | 16-72113 |
|---|---|---|---|
| | Name | | |

---

**3.106** | Nonpriority creditor's name and mailing address
Retirement Plan Administrators
780 Johnson Ferry Road, Suite 375
Atlanta, GA 30342

Date(s) debt was incurred __

Last 4 digits of account number  1017

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$5,506.81

---

**3.107** | Nonpriority creditor's name and mailing address
Robert Half Management Resources
12400 Collections Center Drive
Chicago, IL 60693

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Temporary Staff

Is the claim subject to offset? ■ No  ☐ Yes

$24,732.04

---

**3.108** | Nonpriority creditor's name and mailing address
Sam's Club
P.O. Box 530981
Atlanta, GA 30353-0981

Date(s) debt was incurred __

Last 4 digits of account number  4804

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$100.00

---

**3.109** | Nonpriority creditor's name and mailing address
Santek Waste Services
1387 Wisdom Street
Chattanooga, TN 37406-1749

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$239.99

---

**3.110** | Nonpriority creditor's name and mailing address
Satellite Shelters, Inc. - ATL
2530 Xenium Lane N., Suite 150
Minneapolis, MN 55441

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$2,970.00

---

**3.111** | Nonpriority creditor's name and mailing address
Seubert & Associates, Inc.
1010 Ohio River Blvd.
Pittsburgh, PA 15202

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

**3.112** | Nonpriority creditor's name and mailing address
Sherman & Howard LLC
633 Seventeenth Street
Suite 3000
Denver, CO 80202

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$52,367.80

---

| Debtor | D & N Electric, A Carter Brothers Company | Case number (if known) | 16-72113 |
|---|---|---|---|
| | Name | | |

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $409.79 |
|---|---|---|---|

**Shields Electronics Supply**
4722 Middlebrook Pike
Knoxville, TN 37921

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  5458

Is the claim subject to offset? ■ No ☐ Yes

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $237.07 |
|---|---|---|---|

**Shred-it USA, LLC**
P.O. Box 13574
Newark, NJ 07188-3574

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,932.00 |
|---|---|---|---|

**Sierra Construction Company**
2010 Cobb International Blvd.
Suite A
Kennesaw, GA 30152

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119,207.70 |
|---|---|---|---|

**Simplex Grinnell**
Dept. CH 10320
Palatine, IL 60055-0320

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,341.27 |
|---|---|---|---|

**Smart Building Systems, Inc.**
1456 McLendon Drive, Ste. C
Decatur, GA 30033

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Subcontractor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,422.90 |
|---|---|---|---|

**Southern Electrical Retirement Fund**
3928 Volunteer Drive
Chattanooga, TN 37416

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,799.15 |
|---|---|---|---|

**SouthernLINC Wireless**
4601 Southlake Parkway
Suite 100
Birmingham, AL 35244

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | D & N Electric, A Carter Brothers Company | Case number (if known) | 16-72113 |
|---|---|---|---|
| | Name | | |

---

**3.120** | Nonpriority creditor's name and mailing address
Stuart C. Irby Company
P.O. Box 741001
Atlanta, GA 30384

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$8,189.13

---

**3.121** | Nonpriority creditor's name and mailing address
Sunbelt Rentals, Inc.
P.O. Box 409211
Atlanta, GA 30384-9211

Date(s) debt was incurred _

Last 4 digits of account number  2396

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$150,288.33

---

**3.122** | Nonpriority creditor's name and mailing address
Taylor Services of Georgia, LLC
705 Millerfield Road S.
Macon, GA 31217

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$1,092.00

---

**3.123** | Nonpriority creditor's name and mailing address
The Summerville Firm LLC
400 Colony Square, Suite 2000
Atlanta, GA 30361

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Legal Services

Is the claim subject to offset? ■ No  ☐ Yes

$33,375.74

---

**3.124** | Nonpriority creditor's name and mailing address
Thombley & Simmons, P.C.
78 Cole Street NE
Suite 200
Marietta, GA 30060

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$96,863.80

---

**3.125** | Nonpriority creditor's name and mailing address
TMC Immediate Care, Inc.
101 Quartz Street, Suite 101
Villa Rica, GA 30180

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$20.00

---

**3.126** | Nonpriority creditor's name and mailing address
Toshiba
P.O. Box 740441
Atlanta, GA 30374-0441

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$2,237.28

---

Debtor   **D & N Electric, A Carter Brothers Company**                    Case number *(if known)*   **16-72113**
          Name

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,621.51 |
|---|---|---|---|

**3.127** Nonpriority creditor's name and mailing address
Toshiba Business Solutions
6025 The Corners Parkway, Ste. 207
Norcross, GA 30092

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,621.51

---

**3.128** Nonpriority creditor's name and mailing address
Toshiba Financial Services
P.O. Box 105710
Atlanta, GA 30348-5710

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$4,669.92

---

**3.129** Nonpriority creditor's name and mailing address
Trade Service
13280 Evening Creek Drive South
Suite 200
San Diego, CA 92128-4344

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$438.66

---

**3.130** Nonpriority creditor's name and mailing address
Trinity Contracting Service LLC
P.O. Box 6528
Oak Ridge, TN 37831

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$21,680.00

---

**3.131** Nonpriority creditor's name and mailing address
Uline
P.O. Box 88741
Chicago, IL 60680-1741

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$418.70

---

**3.132** Nonpriority creditor's name and mailing address
United Consolidated Group Inc.
199-A Fairburn Industrial Blvd.
Fairburn, GA 30213

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Lawsuit pending

Is the claim subject to offset? ☐ No ■ Yes

Unknown

---

**3.133** Nonpriority creditor's name and mailing address
United Rentals, Inc.
P.O. Box 100711
White, GA 30184

Date(s) debt was incurred _
Last 4 digits of account number  5279

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Lift and Equipment Rental

Is the claim subject to offset? ■ No ☐ Yes

$79,216.74

| Debtor | D & N Electric, A Carter Brothers Company | Case number (if known) | 16-72113 |
|---|---|---|---|
| | Name | | |

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,093.75 |
|---|---|---|---|

**3.134**

Nonpriority creditor's name and mailing address
United Solutions Group
1100 Satellite Blvd. NW
Suwanee, GA 30024

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,093.75

---

**3.135**

Nonpriority creditor's name and mailing address
Universal Premium
P.O. Box 70995
Charlotte, NC 28272-0995

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$9,027.17

---

**3.136**

Nonpriority creditor's name and mailing address
USH Medical Group of Georgia
P.O. Box 404477
Atlanta, GA 30384

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$46.00

---

**3.137**

Nonpriority creditor's name and mailing address
Vallen Distribution, Inc.
P.O. Box 404753
Atlanta, GA 30384-4753

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$79,988.66

---

**3.138**

Nonpriority creditor's name and mailing address
Verizon
P.O. Box 660108
Dallas, TX 75266-0108

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$4,831.37

---

**3.139**

Nonpriority creditor's name and mailing address
Verizon Wireless
P.O. Box 660108
Dallas, TX 75266-0108

Date(s) debt was incurred _

Last 4 digits of account number  0002

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$3,754.96

---

**3.140**

Nonpriority creditor's name and mailing address
Victory Trophies
263 Hampton Street
McDonough, GA 30253

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,429.18

---

| Debtor | D & N Electric, A Carter Brothers Company | | Case number (if known) | 16-72113 |
|---|---|---|---|---|
| | Name | | | |

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $93,628.04 |
|---|---|---|---|
| | Weissmann Zucker Euster<br>3490 Piedmont Road, Suite 650<br>Atlanta, GA 30305 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Legal Services | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,277.77 |
|---|---|---|---|
| | Wells Fargo Bank, N.A.<br>P.O. Box 105710<br>Atlanta, GA 30348-5710 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,575.00 |
|---|---|---|---|
| | Whalley Hammonds Tomasello, P.C.<br>115 Westridge Industrial Blvd.<br>Suite 200<br>McDonough, GA 30253 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,240.46 |
|---|---|---|---|
| | Williams Scotsman<br>P.O. Box 91975<br>Chicago, IL 60693-1975 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|
| | Workright, LLC<br>P.O. Box 190<br>Pendergrass, GA 30567 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Antony L. Sanacory, Esq.<br>Hudson Parrott Walker, LLC<br>3575 Piedmont Road, Suite 850, Bldg. 15<br>Atlanta, GA 30305 | Line  3.132<br><br>☐   Not listed. Explain ____ | _ |
| 4.2 | Internal Revenue Service<br>401 W. Peachtree Street, N.W.<br>Room 1665, STOP 334-D<br>Atlanta, GA 30308 | Line  2.2<br><br>☐   Not listed. Explain ____ | _ |

| Debtor | D & N Electric, A Carter Brothers Company | Case number (if known) | 16-72113 |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | Jonathan E. Hawkins, Esq.<br>Krevolin & Horst<br>1201 West Peachtree Street<br>Atlanta, GA 30309 | Line  3.78 <br><br>☐  Not listed. Explain ____ | _ |
| 4.4 | Jonathan E. Hawkins, Esq.<br>Krevolin & Horst<br>1201 West Peachtree Street<br>Atlanta, GA 30309 | Line  3.72 <br><br>☐  Not listed. Explain ____ | _ |
| 4.5 | R. Jan Jennings<br>Branstetter, Stranch & Jennings, PLLC<br>223 Rosa L. Parks Avenue, Ste. 200<br>Nashville, TN 37203 | Line  3.118 <br><br>☐  Not listed. Explain ____ | _ |
| 4.6 | Timothy M. Rose, c/o Amerisure Legal Ops<br>26777 Halsted Road<br>Farmington, MI 48331 | Line  3.11 <br><br>☐  Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.   $ | 1,038,402.25 |
| 5b. Total claims from Part 2 | 5b.  +  $ | 7,620,942.55 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c.   $ | 8,659,344.80 |

**Fill in this information to identify the case:**

Debtor name  D & N Electric, A Carter Brothers Company

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF GEORGIA

Case number (if known)  16-72113

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**                    State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Hosted Computer Servers |
| | State the term remaining | 10 months |
| | List the contract number of any government contract | |

Altuscio Networks
1080 Holcomb Bridge Road, Bldg. 100
Suite 135
Roswell, GA 30076

| | | |
|---|---|---|
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Vehicle Leases |
| | State the term remaining | |
| | List the contract number of any government contract | |

Enterprise Fleet Management, Inc.
5909 Peachtree Dunwoody Rd.
Suite 500
Atlanta, GA 30328

| | | |
|---|---|---|
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Commercialease Master Lease Agreement (TRAC) dated 1/20/2015 with Supplements |
| | State the term remaining | |
| | List the contract number of any government contract | |

Ford Motor Credit Company, LLC
c/o Ronald A. Levine, Esq.
P.O. Box 422148
Atlanta, GA 30342

| | | |
|---|---|---|
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Office Lease |
| | State the term remaining | 7 years |
| | List the contract number of any government contract | |

MGA Holdings
3015 R.N. Martin Street
Atlanta, GA 30344

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **D & N Electric, A Carter Brothers Company** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF GEORGIA** |
| Case number (if known) | **16-72113** |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

**Column 1: Codebtor**

**Column 2: Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Carter Brothers Security Services LLC | 3015 R.N. Martin Drive Atlanta, GA 30344 | Bank of America, N.A. | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | Carter Brothers Security Services, LLC | | Matthew G. Armstrong | ☐ D _____<br>■ E/F ___3.78___<br>☐ G _____ |
| 2.3 | Carter Brothers Security Services, LLC | | Larry Harper | ☐ D _____<br>■ E/F ___3.72___<br>☐ G _____ |
| 2.4 | Cris Carter | | Matthew G. Armstrong | ☐ D _____<br>■ E/F ___3.78___<br>☐ G _____ |
| 2.5 | Cris Carter | | Larry Harper | ☐ D _____<br>■ E/F ___3.72___<br>☐ G _____ |

Official Form 206H

Schedule H: Your Codebtors

Page 1 of 2

Best Case Bankruptcy

| Debtor | D & N Electric, A Carter Brothers Company | | Case number *(if known)* | 16-72113 |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: Codebtor          Column 2: Creditor

| 2.6 | Cris D. Carter | 2845 NE 9th Street, #1602<br>Fort Lauderdale, FL 33304 | Bank of America, N.A. | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.7 | Joann Lowry | | Matthew G. Armstrong | ☐ D ____<br>■ E/F __3.78__<br>☐ G ____ |
| 2.8 | Joann Lowry | | Larry Harper | ☐ D ____<br>■ E/F __3.72__<br>☐ G ____ |
| 2.9 | John F. Carter | 3015 R.N. Martin Drive<br>Atlanta, GA 30344 | Bank of America, N.A. | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.10 | John F. Carter | | Matthew G. Armstrong | ☐ D ____<br>■ E/F __3.78__<br>☐ G ____ |
| 2.11 | John F. Carter | | Larry Harper | ☐ D ____<br>■ E/F __3.72__<br>☐ G ____ |
| 2.12 | MGA Holdings | 3015 R.N. Martin Street<br>East Point, GA 30344 | Bank of America, N.A. | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |

**Fill in this information to identify the case:**

Debtor name **D & N Electric, A Carter Brothers Company**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF GEORGIA**

Case number (if known) **16-72113**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................  $         0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...............................................................................  $    3,737,226.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................  $    3,737,226.00

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*...................................  $    2,274,803.28

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................  $    1,038,402.25

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................................  +$    7,620,942.55

4. **Total liabilities** ...................................................................................................
   Lines 2 + 3a + 3b                                                                    $    10,934,148.08

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name    D & N Electric, A Carter Brothers Company

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    16-72113

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING — Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January 18, 2017          X /s/ John F. Carter
                                         Signature of individual signing on behalf of debtor

                                         John F. Carter
                                         Printed name

                                         CEO
                                         Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy