**IT IS ORDERED as set forth below:**

**Date: January 7, 2021**

                       **Jeffery W. Cavender**
                       **U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 16-72113-JWC |
| D & N ELECTRIC, A CARTER BROTHERS COMPANY, | ) ) | |
| | ) | CHAPTER 7 |
| Debtors. | ) ) | |
| IN RE | ) | CASE NO. 18-61490-JWC |
| | ) | |
| CARTER BROTHERS SECURITY, SERVICES, LLC. | ) ) | CHAPTER 7 |
| | ) | |
| Debtors. | ) ) | |

**ORDER GRANTING TRUSTEES' MOTIONS TO APPROVE SETTLEMENT
WITH BANK OF AMERICA, N.A. AND FIA CARD SERVICES, N.A.**

This matter came before the Court on January 7, 2021, upon the motions of Tamara Ogier, as Chapter 7 trustee for the estate of D&N Electric, A Carter Brothers Company, and of Robert Trauner, as Chapter 7 trustee of Carter Brothers Security Services, LLC

1

(collectively, "Trustees"), for approval of the settlement of the Trustees' claims against Bank of America, N.A. and FIA Card Services, N.A. in Adversary Proceeding No. 19-05356 in this Court, as provided in the Settlement and Release Agreement (the "Settlement Agreement") attached to the motions. In each of the above-styled cases, it appears that the *Trustees' Motions to Approve Settlement and Compromise* (collectively, the "Motions") were properly served with a Notice of Pleading, and no party filed an objection within 21 days of service of the Motions. No party appeared at the call of the calendar objecting to the requested relief.  The Court has considered the Motions and all other matters of record, including lack of objection thereto. Based on the foregoing, the Court finds that good cause exists to grant the relief as requested in the Motions, including, but not limited to, authorization of the Trustees to enter into the Settlement Agreement attached thereto, which Settlement Agreement is incorporated herein and hereby approved, and to disburse compensation to counsel for fees in the amount of 40% of the recovery, or $60,000.00, pursuant to the Court's Order authorizing engagement of counsel and 11 U.S.C. § 328(a).[1]  It is now therefore hereby

    ORDERED that the Motions are **GRANTED**.

[END OF DOCUMENT]

Prepared and presented by:
MACEY, WILENSKY & HENNINGS, LLP
*/s/ Todd E. Hennings*
Todd E. Hennings
Georgia Bar No. 347302
5500 Interstate North Parkway, Suite 435
Atlanta, GA 30328
THennings@maceywilensky.com

---

[1] Pursuant to the Motions, the estate of D&N Electric, A Carter Brothers Company, is the estate receiving payment of settlement monies and is therefore obligated to pay attorney fees awarded based on the contingency approved by the Court.

(404) 584-1234
Attorney for Chapter 7 Trustees

Distribution List:

Todd Hennings
Macey, Wilensky & Hennings, LLP
5500 Interstate Parkway North, Suite 435
Sandy Springs, GA 30328

Thomas W. Dworschak
United States Department of Justice
Office of the United States Trustee
Suite 362, Richard B. Russell Building
75 Ted Turner Drive SW
Atlanta, GA 30303

Paul M. Alexander
Miller & Martin PLLC
Suite 2100
1180 W. Peachtree Street, N.W.
Atlanta, GA 30309