FORM 1

Page No: 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| Case No.: | 16-72113 | | | Trustee Name: | Tamara Miles Ogier |
| Case Name: | D & N ELECTRIC, A CARTER BROTHERS COMPANY | | | Date Filed (f) or Converted (c): | 08/30/2018 (c) |
| For the Period Ending: | 06/30/2022 | | | §341(a) Meeting Date: | 10/23/2018 |
| | | | | Claims Bar Date: | 12/05/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  Bank of America (Operating and Payroll Checking Accounts | $37,048.00 | $0.00 | | $0.00 | FA |
| 2  Accounts Receivable (90 days old or less) | $1,845,560.00 | $0.00 | | $0.00 | FA |
| 3  Electrical Components (last physical inventory 12/31/2015) | $221,000.00 | $0.00 | | $0.00 | FA |
| 4  Office Furniture and computer equipment | $11,587.00 | $0.00 | | $0.00 | FA |
| 5  Trucks, vans, SUVs | $219,000.00 | $0.00 | | $0.00 | FA |
| 6  Electrical contractor equipment | $55,327.00 | $0.00 | | $240,166.09 | FA |
| 7  Customer List | Unknown | $0.00 | | $0.00 | FA |
| 8  Promissory Note from United Consolidated Group Inc. | $478,000.00 | $0.00 | | $0.00 | FA |
| 9  Debtor has asserted counterclaims in pending litigation; Debtor intends to pursue previously denied claims for insurance coverage; Debtor claims an interest in the office building titled in MGA Holdings | Unknown | $0.00 | | $0.00 | FA |
| 10  Bond refund (u) | $0.00 | $1,295.00 | | $1,295.00 | FA |
| 11  Tax refund - 2016 (u) | $0.00 | $387.95 | | $0.00 | FA |
| 12  Various unscheduled preference and fraudulent conveyance actions (u) | Unknown | $2,000,000.00 | | $741,037.90 | $1,258,962.10 |
| 13  unused retainer (u) | $0.00 | $4,700.00 | | $4,700.00 | FA |

TOTALS (Excluding unknown value)                                                                                               Gross Value of Remaining Asset

| | $2,867,522.00 | $2,006,382.95 | | $987,198.99 | $1,258,962.10 |

**Major Activities affecting case closing:**
Trustee has employed counsel and special counsel to pursue certain preference and fraudulent conveyance litigation.  There are only two adversaries remaining and there is a pending 9019 in one of them.

| Initial Projected Date Of Final Report (TFR): | 12/31/2020 | Current Projected Date Of Final Report (TFR): | 06/30/2023 | /s/ TAMARA MILES OGIER |
| | | | | TAMARA MILES OGIER |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| | | |
|---|---|---|
| Case No.: 16-72113 | Trustee Name: | Tamara Miles Ogier |
| Case Name: D & N ELECTRIC, A CARTER BROTHERS COMPANY | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: **-***2399 | Checking Acct #: | ******1301 |
| Co-Debtor Taxpayer ID #: | Account Title: | |
| For Period Beginning: 07/01/2021 | Blanket bond (per case limit): | $31,475,000.00 |
| For Period Ending: 06/30/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/29/2018 | (6) | Amy Martin Auction | unauthorized liquidation - proceeds turned over per order | 1129-000 | $240,166.09 | | $240,166.09 |
| 06/29/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $50.00 | $240,116.09 |
| 07/05/2018 | 1001 | International Sureties, Ltd. | bond payment - June 27 invoice | 2300-000 | | $1,575.00 | $238,541.09 |
| 07/17/2018 | | Green Bank | Reverse bank fee - this is a Chapter 11 case | 2600-000 | | ($50.00) | $238,591.09 |
| 09/17/2018 | 1002 | Amy Martin Auctions | auctioneer fees and expenses - Order docket no 179 | * | | $48,102.99 | $190,488.10 |
| | | | auctioneer fees                                    ($37,377.25) | 6610-000 | | | $190,488.10 |
| | | | auctioneer expenses                              ($10,725.74) | 6620-000 | | | $190,488.10 |
| 03/05/2019 | (10) | Global Surety, LLC | Ch 11 bond refund | 1221-000 | $1,295.00 | | $191,783.10 |
| 04/02/2019 | (12) | United States Treasury | full payment of IRS preference | 1241-000 | $387.95 | | $192,171.05 |
| 04/16/2019 | (12) | United States Treasury | Full payment of IRS preference | 1241-000 | $47,955.96 | | $240,127.01 |
| 06/11/2019 | (12) | The Corbet Firm | preference settlement - order doc no 211 | 1241-000 | $3,000.00 | | $243,127.01 |
| 09/11/2019 | (12) | Fleetcor Tech Operating Co LLC | Fleetcore preference - order doc no 236 | 1241-000 | $5,000.00 | | $248,127.01 |
| 12/09/2019 | 1003 | Macey Wilensky & Hennings, LLC | Order, Doc 248 | 3210-000 | | $45,000.00 | $203,127.01 |
| 01/15/2020 | 1004 | Liberty Mutual Insurance Company | Bond Payment | 2300-000 | | $65.73 | $203,061.28 |
| 01/16/2020 | 1004 | VOID: Liberty Mutual Insurance Company | bond payment | 2300-003 | | ($65.73) | $203,127.01 |
| 01/16/2020 | 1005 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $65.73 | $203,061.28 |
| 05/18/2020 | (12) | Smart Building Systems | Check did not scan so it was redeposited the same day | 1241-000 | $2,625.00 | | $205,686.28 |
| 05/18/2020 | (12) | Smart Building Systems | Smart Building preference - Order doc no 280 | 1241-000 | $2,625.00 | | $208,311.28 |
| 05/20/2020 | (12) | DEP REVERSE: Smart Building Systems | Check did not scan so it was redeposited the same day | 1241-000 | ($2,625.00) | | $205,686.28 |
| 06/09/2020 | (12) | Smart Building Systems | Smart Building preference - order docket no 280 | 1241-000 | $2,625.00 | | $208,311.28 |
| 08/05/2020 | (12) | Smart Building Systems | Smart Building preference - order docket no 280 | 1241-000 | $2,625.00 | | $210,936.28 |
| 08/05/2020 | (12) | Smart Building Systems | Smart Building preference - order docket no 280 | 1241-000 | $2,625.00 | | $213,561.28 |
| 12/23/2020 | (12) | Wiggam & Geer | John Carter pmt | 1241-000 | $112,500.00 | | $326,061.28 |
| 01/20/2021 | 1006 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $133.86 | $325,927.42 |
| 01/22/2021 | (12) | Miller Electrical Contractors, Inc. | order doc no 298 | 1241-000 | $20,000.00 | | $345,927.42 |
| | | | **SUBTOTALS** | | **$440,805.00** | **$94,877.58** | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

| Case No. | 16-72113 | Trustee Name: | Tamara Miles Ogier |
|---|---|---|---|
| Case Name: | D & N ELECTRIC, A CARTER BROTHERS COMPANY | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***2399 | Checking Acct #: | ******1301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 07/01/2021 | Blanket bond (per case limit): | $31,475,000.00 |
| For Period Ending: | 06/30/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/28/2021 | (12) | MRP PARTNERS LLC | Order doc no 321 | 1241-000 | $27,846.45 | | $373,773.87 |
| 01/28/2021 | (12) | MRP PARTNERS LLC | double entry | 1241-000 | $27,846.45 | | $401,620.32 |
| 01/28/2021 | (12) | DEP REVERSE: MRP PARTNERS LLC | double entry | 1241-000 | ($27,846.45) | | $373,773.87 |
| 01/28/2021 | (12) | Bank of America | order doc no 319 | 1241-000 | $150,000.00 | | $523,773.87 |
| 01/28/2021 | (12) | MRP PARTNERS LLC | order doc no 321 | 1241-000 | $180,000.00 | | $703,773.87 |
| 01/28/2021 | 1007 | Macey Wilensky & Hennings, LLC | MRP -- $83,138.58 ($207,846.45 x .4) order docket no 321<br>BOA -- $60,000.00 ($150,000.00 x .4) order docket no 319<br>Harper -- $8,000.00 ($20,000.00 x .4) order docket no 298 | 3210-600 | | $151,138.58 | $552,635.29 |
| 04/30/2021 | (12) | Arrington Owoo PC | settlement - order docket no 330 | 1241-000 | $1,032.29 | | $553,667.58 |
| 04/30/2021 | (12) | Geiger Law | settlement - order docket no 332 | 1241-000 | $5,965.25 | | $559,632.83 |
| 05/28/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $844.81 | $558,788.02 |
| 06/17/2021 | (13) | Cowles Rinaldi | funds turned over from Debtor's prepetition retainer | 1221-000 | $4,700.00 | | $563,488.02 |
| 06/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $876.05 | $562,611.97 |
| 07/02/2021 | 1008 | Ganek, PC | Order, docket no 338 | 2990-000 | | $789.53 | $561,822.44 |
| 07/26/2021 | (12) | WILL B. GEER | carter payment | 1241-000 | $148,500.00 | | $710,322.44 |
| 07/26/2021 | 1008 | STOP PAYMENT: Ganek, PC | Order, docket no 338 | 2990-004 | | ($789.53) | $711,111.97 |
| 07/26/2021 | 1009 | Ganek, PC | Order, docket no 338 | 2990-000 | | $789.53 | $710,322.44 |
| 07/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $991.28 | $709,331.16 |
| 08/02/2021 | 1010 | Stonebridge Accounting & Forensics LLC | order doc no 344 | * | | $185,314.43 | $524,016.73 |
| | | | order doc no 344 - fees    ($184,671.00) | 3410-000 | | | $524,016.73 |
| | | | order doc no 344 - expenses    ($643.43) | 3420-000 | | | $524,016.73 |
| 08/03/2021 | 1011 | Macey Wilensky & Hennings, LLC | Order doc no 316 (contingency on funds from Will Geer $148,500) | 3210-600 | | $59,400.00 | $464,616.73 |
| 08/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $767.36 | $463,849.37 |
| | | | **SUBTOTALS** | | **$518,043.99** | **$400,122.04** | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3

| Case No. | 16-72113 | | Trustee Name: | Tamara Miles Ogier |
|---|---|---|---|---|
| Case Name: | D & N ELECTRIC, A CARTER BROTHERS COMPANY | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***2399 | | Checking Acct #: | ******1301 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 07/01/2021 | | Blanket bond (per case limit): | $31,475,000.00 |
| For Period Ending: | 06/30/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/16/2021 | (12) | WILL B. GEER | Carter payment | 1241-000 | $3,600.00 | | $467,449.37 |
| 09/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $728.41 | $466,720.96 |
| 10/19/2021 | 1012 | Macey Wilensky & Hennings, LLC | Order doc no 316 (contingency on funds from Will Geer on 9/16/21) | 3210-600 | | $1,440.00 | $465,280.96 |
| 10/21/2021 | (12) | Wiggam & Geer | carter payment | 1241-000 | $3,600.00 | | $468,880.96 |
| 10/27/2021 | 1013 | Macey Wilensky & Hennings, LLC | Order doc no 316 (contingency on funds from Will Geer on 10/21/21) | 3210-600 | | $1,440.00 | $467,440.96 |
| 10/28/2021 | 1009 | STOP PAYMENT: Ganek, PC | Order, docket no 338 | 2990-004 | | ($789.53) | $468,230.49 |
| 10/28/2021 | 1014 | Ganek, PC | Order, docket no 338 | 2990-000 | | $789.53 | $467,440.96 |
| 10/29/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $755.65 | $466,685.31 |
| 11/18/2021 | (12) | Macey Wilensky & Hennings, LLC | John Carter payment | 1241-000 | $3,600.00 | | $470,285.31 |
| 11/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $733.58 | $469,551.73 |
| 12/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $758.00 | $468,793.73 |
| 01/06/2022 | 1015 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $121.90 | $468,671.83 |
| 01/28/2022 | (12) | MACEY WILENSKY & HENNIOLTA ACCOUNT | John Carter payment | 1241-000 | $3,600.00 | | $472,271.83 |
| 01/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $757.20 | $471,514.63 |
| 02/07/2022 | (12) | MACEY WILENSKY & HENNIOLTA ACCOUNT | John Carter payment | 1241-000 | $10,350.00 | | $481,864.63 |
| 02/14/2022 | (12) | Macey Wilensky | John Carter payment | 1241-000 | $3,600.00 | | $485,464.63 |
| 02/14/2022 | 1016 | Macey Wilensky & Hennings, LLC | Order doc no 316 (contingency on funds from Will Geer on 11/18/21, 1/28/22 and 2/7/22) | 3210-600 | | $7,020.00 | $478,444.63 |
| 02/28/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $697.52 | $477,747.11 |
| 03/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $770.93 | $476,976.18 |
| 04/29/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $769.69 | $476,206.49 |
| 05/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $743.66 | $475,462.83 |
| 06/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $742.50 | $474,720.33 |
| | | | **SUBTOTALS** | | **$28,350.00** | **$17,479.04** | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 4

| | | |
|---|---|---|
| **Case No.** | 16-72113 | |
| **Case Name:** | D & N ELECTRIC, A CARTER BROTHERS COMPANY | |
| **Primary Taxpayer ID #:** | **-***2399 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 07/01/2021 | |
| **For Period Ending:** | 06/30/2022 | |

| | |
|---|---|
| **Trustee Name:** | Tamara Miles Ogier |
| **Bank Name:** | Veritex Community Bank |
| **Checking Acct #:** | ******1301 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $31,475,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | | **TOTALS:** | | $987,198.99 | $512,478.66 | $474,720.33 |
| | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | **Subtotal** | | $987,198.99 | $512,478.66 | |
| | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | **Net** | | $987,198.99 | $512,478.66 | |

| For the period of 07/01/2021 to 06/30/2022 | | For the entire history of the account between 06/27/2018 to 6/30/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $176,850.00 | Total Compensable Receipts: | $987,198.99 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $176,850.00 | Total Comp/Non Comp Receipts: | $987,198.99 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $264,741.64 | Total Compensable Disbursements: | $512,478.66 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $264,741.64 | Total Comp/Non Comp Disbursements: | $512,478.66 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 5

| Case No. | 16-72113 | Trustee Name: | Tamara Miles Ogier |
|---|---|---|---|
| Case Name: | D & N ELECTRIC, A CARTER BROTHERS COMPANY | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***2399 | Checking Acct #: | ******1301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 07/01/2021 | Blanket bond (per case limit): | $31,475,000.00 |
| For Period Ending: | 06/30/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $987,198.99 | $512,478.66 | $474,720.33 |

| For the period of 07/01/2021 to 06/30/2022 | | For the entire history of the account between 06/27/2018 to 6/30/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $176,850.00 | Total Compensable Receipts: | $987,198.99 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $176,850.00 | Total Comp/Non Comp Receipts: | $987,198.99 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $264,741.64 | Total Compensable Disbursements: | $512,478.66 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $264,741.64 | Total Comp/Non Comp Disbursements: | $512,478.66 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ TAMARA MILES OGIER

TAMARA MILES OGIER