**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | **:** | CASE NO. 16-72113-JWC |
| | **:** | |
| D&N Electric, A Carter Brothers | **:** | CHAPTER 7 |
| Company | **:** | |
| | **:** | JUDGE CAVENDER |
| Debtor. | **:** | |
| | **:** | |

## TRUSTEE'S AUCTION PROPERTY REPORT

Tamara Miles Ogier as Chapter 7 trustee for Debtor D&N Electric, A Carter Brothers Company ("Trustee"), files this Auction Property Report (the "Report") pursuant to the Order of this Court dated September 17, 2018 and entered on the Docket at Docket No. 179 (the "Order"), and shows this Honorable Court the following:

## Introduction

The Trustee was appointed as a chapter 11 trustee in this case because of certain improprieties on the part of Debtor D&N Electric, A Carter Brothers Company ("Debtor") and its management/shareholders.  In particular, Debtor – through its majority owner – arranged for an auction (the "Auction") of property without first obtaining this Court's approval, and without noticing all parties in interest.  The Auction, which was alleged to have included property that did not belong to the Debtor, was conducted by Amy Martin Auctions ("AMA") and generated gross proceeds in the amount of $249,181.68, which included sales proceeds, sales taxes, and a buyer's premium. All of the auction proceeds were delivered to the Trustee, other than sales taxes, which were paid to the relevant taxing authorities with the consent of Trustee.

AMA asserted[1] that Debtor and its principal made a number of false representations to AMA in advance of the Auction, including that the inventory being sold was not owned by Debtor, was not subject to this Court's jurisdiction, and that no other authority was needed to conduct the Auction.  Based on these representations, which were oral and written, AMA proceeded with the Auction.

AMA's commission structure was above what the Trustee would normally have contracted for such an auction. So, after negotiation, the Trustee and AMA reached a settlement on the issue of its commission, which the Court approved by entry of the above-referenced Order.  Specifically, the Court approved a settlement, which included a payment of a commission to AMA (15% of the gross revenue), reimbursement of proven expenses, and a return of the proceeds that were generated from property that is determined not to have been owned by Debtor.  Pursuant to the Order, the Trustee paid AMA a total of $48,102.99.

The Order further provided:

> the Trustee shall file with this Court and serve on all parties-in-interest a report indicating what portion of the property sold at auction was determined to have been owned by an entity other than the Debtor. Said report should also state whether or not the Trustee believes the Estate has any claims against said non-Debtor owners of the property. Said report should also indicate the dollar amount allocated to each item of the property sold during the auction. If there are no objections to the report filed within 21 days after service and if the Trustee indicates that the Estate has no claims against the owners of the property, the Trustee is authorized to disburse the proceeds from the non-Debtor property to AMA, less the 15% commission previously disbursed pursuant to this Order.

The purpose of this Report is to satisfy the requirements of the Order.

---

[1] The Debtor disputed this assertion.

A true and correct list of the items sold and the amount received for said item as reported by AMA is attached hereto as Exhibit A.  Among the items auctioned was a van titled in the name of Carter Brothers Technology Group, Inc.[2] that sold for a total of $5,980.00 ("the Van").  A true and correct copy of said title is attached hereto as Exhibit B.  Based upon the name on the title, the Trustee has determined that the Van was not property of Debtor's bankruptcy estate and proposes to deliver the proceeds from the Van to AMA, less the 15% commission previously disbursed to it.

As to the balance of the property auctioned, following the entry of the Order, the Trustee received information from the Debtor and various parties regarding the ownership of the remaining items.  To date, however, nothing has persuaded the Trustee that any of the items auctioned other than the Van belonged to anyone other than the Debtor.

WHEREFORE, pursuant to the Order, if no objections are filed to this Report within 21 days from service, the Trustee will disburse the proceeds from the non-Debtor property to AMA and to retain the remainder for use in Debtor's bankruptcy estate.

Respectfully submitted this 10th day of April, 2023.

OGIER, ROTHSCHILD & ROSENFELD, P.C.


By: /s/ Tamara Miles Ogier
Tamara Miles Ogier
Georgia Bar No. 550355

P.O. Box 1547
Decatur, GA 30031
(404) 525-4000
tmo@orratl.com

---

[2] The Estate does not have further claims against Carter Brothers Technology Group, Inc.

# EXHIBIT A



# Settlement

#180607-CB-1
06/19/2018

Carter Brothers Technology Group
Carter Brothers Services / D & N Electric
3015 R N Martin ST                                                     Phone: 678-358-0620
East Point GA   30334                                       Email: gcherry@carterbrothers.com

| Bidder | Item | Qty | Description | Comm | Amount |
|---|---|---|---|---|---|
| 3382 | 2 | 1 | **Milwaukee Deep Cut Band Saw** <br><br> With charger and case; powers on. <br><br> Location: E2 | | 220.00 |
| 3386 | 3 | 1 | **Milwaukee Deep Cut Band Saw** <br><br> With charger and case. <br> Tested; powers on. <br><br> Location: E2 | | 170.00 |
| 3436 | 4 | 1 | **REVO Compact Magnetic Drilling System** <br><br> Revolution Magnetic Compact Drill <br> 6A 650V <br> 550 RPM <br> Powers on. <br><br> Location: E2 | | 120.00 |
| 3476 | 5 | 1 | **Hilti Te5 Electric Rotary Hammer Drill Corded** <br><br> With case; powers on. <br><br> Location: E2 | | 190.00 |
| 3476 | 6 | 1 | **DeWalt Hammer Drill D25600** <br><br> With case; powers on. <br><br> Location: E2 | | 105.00 |
| 3397 | 7 | 1 | **Button Tufted Brown Leather Sofa with Nail Head Trim** <br> Wingback settee with cabriole legs. <br> Measures approx: 55"W x41"H x 34"D <br><br> Location: Lobby | | 350.00 |
| 3436 | 8 | 1 | **Marble or Granite Conference Table** | | 700.00 |

Marked made in Brazil 11730
Measures approx: 10.5' x 4' x 32.5"

Please note: This table is very heavy and will require professional movers.
There is a crack on the one of the bases - see photo
Location:

| | | | | |
|---|---|---|---|---|
| 3436 | 9 | 1 | **Two Executive Chairs with Button Tufted Black Upholstery and Nailhead Trim** | 125.00 |

Location:

| | | | | |
|---|---|---|---|---|
| 3436 | 10 | 1 | **Four Executive Chairs with Button Tufted Black Upholstery and Nailhead Trim** | 575.00 |

Location:

| | | | | |
|---|---|---|---|---|
| 3436 | 11 | 1 | **Four Executive Chairs with Button Tufted Black Upholstery and Nailhead Trim** | 580.00 |

Location:

| | | | | |
|---|---|---|---|---|
| 2065 | 12 | 1 | **Upholstered Guest / Side Chairs with Black Upholstery and Nailhead Trim** | 125.00 |

Location:

| | | | | |
|---|---|---|---|---|
| 3444 | 13 | 1 | **PrimeScales - Floor Scale / Pallet Scale with Deck** | 105.00 |

- Model# PS-IN103
- Units: LB/ KG/ G / OZ
- 11 Button Operation
- Counting and Accumulation Function
- Animal Weighing Function

4x4 Deck PS-5000F
Missing Connectors from Deck to Scale

Location: E2 side

| | | | | |
|---|---|---|---|---|
| 3476 | 14 | 1 | **Sanborn Air Compressor Model# 500B60V** | 401.00 |

Serial # G2530244
5 horse power 230v
Single phase
60 gal tank
Very good running condition; no apparent leaks. Comes with hoses as shown.

Location: NE right

| | | | | |
|---|---|---|---|---|
| 3410 | 15 | 1 | **2010 Ford Econoline Van E-150** | 5200.00 |

Model 15V
Current mileage 171,648
VIN 1FTNE1EW0ADA69629
Inside cargo area has been outfitted for professional use; air is working.



| | | | | |
|---|---|---|---|---|
| 3476 | 16 | 1 | **The JoBox EXTRA Heavy-Duty Field Office Model # 1-674990** | 425.00 |

Heavy duty casters
Power outlets
Storage in doors
Slanted top desk with storage underneath
Side Door access for lower storage

Overall Width: 63 ½ in
Overall Depth: 42 in

Location: SE

| 3476 | 17 | 1 | **Delta JoBox Cabinet Model # 694990RO** | 300.00 |

2 door locking cabinet on heavy duty casters.
Measures approx: 60"W x 66"H

Location: SE

| 3407 | 18 | 1 | **JoBox Job Site Piano Box  Model # 1-682990** | 450.00 |

Includes electrical outlet and cord.
Measures 60"W x 55.5"H (when closed)

Location: SE

| 3436 | 19 | 1 | **Knnack Job Master Chest  #4830 Game Box with Tools** | 800.00 |

See photos for condition and tools.
Measures approx: 48"W x 40"H

Location: SE

| 1205 | 20 | 1 | **Two (2) Dayton Commercial Infrared Heater Units BtuH Input 90,000** | 140.00 |

Model 3E134E
120v-60Hz
Type C1 for use with natural gas

Location: SE2

| 1205 | 21 | 1 | **Mitsubishi Electric Mr. Slim R410A** | 155.00 |

Split System Heat Pump
Model: MUZ-A24NA
Phase 1
Approved for HACR Breakers or Timed Delay Fuses
Was being used in warehouse before removal.

Location: SE2

Lot 21 -MrSlim_R410A_MUZ-A24NA - service manual.pdf

| 3444 | 22 | 1 | **MovinCool Classic Plus 14** | 950.00 |

115V, 1PH, 60Hz
11.9 Ampers
Portable Special Purpose Air Conditioner
Weight 153 lbs
Powers on and blows cool air.

Location: SE2

| 3436 | 23 | 1 | **Ricoh Aticio Printer/Copier/Scanner** | 4000.00 |

Model number: MP W3601
3406WD GWD3006 LW426

We did not test.

Location: MBL

| 3381 | 24 | 1 | **HP ProLiant DL60 Gen9 Server** | 426.00 |

Serial Number: 2M262901P3
New - only taken out of box for pictures.

Location: OCL3

| 3444 | 25 | 1 | **Genie Superlift Contractor SLC-24** | 1000.00 |

According to Genie Website:
Max Lift Height 24'
Capacity 650 lb
Stowed Height 7'2"
Machine Weight 347 lb
Very good condition.

Location: SE2

| 3461 | 26 | 1 | **Genie Super Lift Contractor 18ft Lift SLC-18** | 275.00 |

Functional; in very used condition.

Location: SE2

| 3382 | 27 | 1 | **Maxis 10K Cable Puller** | 3500.00 |

Milwaukee Diamond Coring Motor
Maxis triggers (dual remote foot switches)
5 conduit adapters
Powers on and turns rotary puller.

Location: SE2



| 3449 | 28 | 1 | **Maxis 10K Cable Puller** | 2900.00 |

Milwaukee Diamond Coring Motor
2 cases) Maxis triggers (2 sets of dual remote foot switches)
3) Conduit adapters
Powers on and turns rotary puller.

Note: Has weld repair to body.

Location: SE2



| 3449 | 29 | 1 | **CMS4000by CN Nettest The CMA4000** | 325.00 |

An enhanced Optical Time Domain Reflectometer for use in the building, commissioning, maintenance, restoration, and recording keeping of optical fiber and cables.
Includes hardshell carrying case, powercable, 2 boxes of multiMode Fiber cord, manual, battery and bag of fiber cords and connectors.
Powers on - see pics.

Location: OCL3

| - | 30 | 1 | **Siemens Type P4 600 Amps Max Panel** | -    - |

New system: 208y/120v 30 4w

Location: NE right

| 3381 | 31 | 1 | **GE EST 3** | 50.00 |

GE EST 3 Fire Alarm and Security Subassembly 3X3M

Location: E4

| 3417 | 32 | 1 | **KEW Contractor Series Master Heavy Duty Gasoline Powered Pressure Washer** | 402.00 |

According to the website:
The Contractor line of heavy duty gasoline and diesel driven hot water pressure washers are ideal for intense cleaning applications in construction, public or industrial sectors.
The Master model runs on gasoline and boasts 3200 psi with a max flow rate of 4.8 GPM. It runs on a 13 HP Honda engine producing 1750 RPMs of torque. The burner can reach a maximum temperature of 176 degrees F at full pressure or 302 degrees F at reduced pressure with steam cleaning capabilities.
**Condition unknown.**

Location: E2

| 3422 | 33 | 1 | **Two (2) Welding Phoenix Dry Rod II Ovens** | 50.00 |

Location: E2

| 3449 | 34 | 1 | **Sunbelt Stud Welding CD 440 Machine** | 325.00 |

Location: E2

| 3468 | 35 | 1 | **Diagnostic Equipment SeeSnake Ridgid Kollmann** | 1800.00 |

Tested; powers on. Camera image is visible.

Location: E2

| 3464 | 36 | 1 | **Lot of Various Greenlee Swivels** | 375.00 |

Includes:
1) 00505-040 Line Swivel 30,000 lbs
2) New in packages - Greenlee Swivel 39109- 10k lbs
1) Greenlee 39904 Rope to Swivel Connector, 7000-Pound Capacity.

Location: E2

| 3417 | 37 | 1 | **Adrian Steel Roof Rack with Steel Storage Box** | 35.00 |

Box measures 10'8" long x 10' across x 6" high
Frame measures 6'2" +/-across x 87" long (measuring outside beam to outside beam).

Location: W5

| 3468 | 38 | 1 | **Ridgid 1224 Pipe Threader on cart** | 3800.00 |

Used working condition.
Comes with foot switch.

Location: W5



| 3461 | 39 | 1 | **CopperMine 500 - Copper Wire Stripping Machine** | 1600.00 |

Automatic powered industrial cable wire stripper.
Looks like new.

Location: SE2

| 3410 | 40 | 1 | **Caterpillar C6000 Forklift** | 8100.00 |

Hours: 822.4
Serial No. AT83f00554



| 3464 | 41 | 1 | **Wire Snagger Master Kit** | 1800.00 |

Includes:
Five) ws-1875 (600-750 MCM)
Five) ws-0875 (1/0-2/0)
Five) ws-1375 (250-350 MCM)
Five) ws-1625 (400-500 MCM)
Five) ws-1000 (4/0)

Location: OCL2

| 3464 | 42 | 1 | **Wire Snagger Master Kit** | 1450.00 |

Includes:
Four) ws-1875 (600-750 MCM)
Four) ws-0875 (1/0-2/0)
Four) ws-1375 (250-350 MCM)
Four) ws-1625 (400-500 MCM)
Four) ws-1000 (4/0)

Location: OCL2

| 3382 | 43 | 1 | **Fluke 97  50 MHz Scope Meter** | 375.00 |

Cased, with AC current probe, test accessories, charger. See photos.

Location: OCL3

| 3382 | 44 | 1 | **Power Analyzer (Ideal 61-805)** | 551.00 |

Includes: (3) CPR-1000 Clamps Charger Assorted Cords

Location: OCL2

| 3424 | 45 | 1 | **DeWalt Tool Lot** | 225.00 |

D25303 Hammer Drill
DW304P 10 Amp Reciprocating Saw
DWM120 Band Saw
DW317 JIg Saw
D28402 4.5" Angle Grinder

Location: E2

| 3386 | 46 | 1 | **Burndy Batool Batcut 14V Cable Cutter** | 501.00 |

Includes Makita  DC1439 high capacity battery charger and three 14.4V batteries.

Location: OCL2

| 3468 | 47 | 1 | **Burndy Stainless Crimper U Die** | 475.00 |

Various Index

Location: OCL2

| 3456 | 48 | 1 | **Group Lot of Harnesses** | 200.00 |

Includes:
10) New in the Package Miller Cross Arm Straps - Green
1) new in package SDSafety SafeEaze 209550-DX
1) SDSafety SafeEaze 209550-DX - used
3) Harnesses assorted lanyards

Location: E2

| 2114 | 49 | 1 | **Cart with 3/4" and 1/2" Conduit connectors** | 55.00 |

See photos.

Location: E2

| 3476 | 50 | 1 | **DeWalt Tool Lot** | 200.00 |

D2870 Band Saw
DW304P 10amp Reciprocating Saw
D25303 Hammer Drill
D28402 41/2" Angle grinder
DW124 1/2" Right Angle Drill

Location: E2

| 3476 | 51 | 1 | **Lot of 10 Angle Grinders** | 225.00 |

2) Makita 955PB - 7.5 amp
3) RYOBI AG4531G - 6.5 amp
1) Milwaukee 6146-31 - 11 amp
1) Melabo - 9.6 amp
1) Makita 9553NB - 6 amp
1) DeWalt  D28114 - 13 amp
1) DeWalt D28402 - 10 amp

Location: E2

| 3424 | 52 | 1 | **DeWalt Tool Lot** | 325.00 |

DW304P 10" Reciprocating Saw
DW130 1/2" Drill
D28402 41/2" angle Grinder
DWM120 Bandsaw
D-V563 Hammer Drill
DeWalt Demo Hammer

Location: E2

| 3463 | 53 | 1 | **Group Lot of Bits** | 75.00 |

(35) Hammer Drill Masonry Bits
(5) Demo bits 3/16" to 1 1/8" diameter 6" to 18" length

Location: E2

| 3382 | 54 | 1 | **Group Lot of Bits** | 150.00 |

(30) Hammer Drill Masonry Bits
(6) Demo Bits 1/4" - 1 1/8" diameters 6" - 18" lengths (One 1/2" by 18" bit is brand new!)

Location: E2

| 3382 | 55 | 1 | **Two Label Makers with Cases** | 60.00 |

Brother P-touch Edge 7500/ 7600, Rhino 5200 DYMO

Location: OCL3

| 1874 | 56 | 1 | **Group of Brady TLS2200 Thermal Labeling Systems and PermaSleeve Markers** | 250.00 |
|---|---|---|---|---|

Some work, some for parts.
Includes three boxes of Bulk PermaSleeve Markers.
One box is opened.

Location: OCL2

| 3382 | 57 | 1 | **Burndy Batool Batcut HCC Series Cable Cutter** | 0.00 |
|---|---|---|---|---|

HCC series cutter in metal case, 12V Burndy battery charger with Burndy battery.
In working condition.

Location: OCL2

| 3468 | 58 | 1 | **Group of Burndy U-Die for Hydraulic Crimpers** | 780.00 |
|---|---|---|---|---|

Includes various series, see photos.

Location: OCL1

| 3449 | 59 | 1 | **Panduit Compression Tool CT-2931** | 225.00 |
|---|---|---|---|---|

Comes in metal case with DC 1804 T battery charger and Makita 1234 battery.
Also includes:
1) Burndy Index 654 U-die
1) Panduit CRNP94 U-die
1) Burndy Index 10 U2CRT
1) Burndy Index 11 U1CRT

Location: OCL3

| 3468 | 60 | 1 | **Panduit Compression Tool CT-2931** | 625.00 |
|---|---|---|---|---|

Comes in metal case with DC 1804 T battery charger and Makita 1234 battery.
Also includes:
1) Burndy Index 10 U2CRT
1) Burndy Index 20-500 U34RT
1) Burndy Index 22 U36rt
1) Burndy Index 18-350 U31rt

Location: OCL3

| 3449 | 61 | 1 | **Two Panduit Ct-2931 Hydraulic Compression Tools** **Crimping Tool** | 225.00 |
|---|---|---|---|---|

Includes:
2) Makita 123 batteries
1) charger
1) case

Location: OCL3

| 3382 | 62 | 1 | **(17) Seventeen Panduit CD-2001 Crimping W die Hydaulic Crimp** | 225.00 |
|---|---|---|---|---|

Includes:
2) 3/0 P50 Orange
3) 250 P62 yellow
2) 350 P71 red
2) 4/0 P54 purple

4) 6 P24 blue
2) 500 P87 brown
2) 2/0 P45 grey

Location: OCL2

| | | | | |
|---|---|---|---|---|
| 3468 | 63 | 1 | **Burndy Electric Hydraulic Crimper** | 1450.00 |

Series: EPP
Model C
Serial # 391933
.5 Horse Power
115 V
12,000 RPM
12.5 AMPS
2) Burndy Y46C remote operated hydraulic crimping tool with U-Die adapter, One states refurbished.
1) Smaller Burndy hydraulic crimping tool
Powers on; cart included.
YOU ARE BUYING WHAT IS SHOWN.

Location: SE2

| | | | | |
|---|---|---|---|---|
| 3468 | 64 | 1 | **Burndy Electric Hydraulic Crimper** | 1450.00 |

Series: EPP
Model C
Serial # 391527
.5 Horse Power
115 V
12,000 RPMS
12.5 AMPS
5 Crimping tools:
1) Y46C Remote Operated Hydraulic Crimping Tool with U-Die Adapter
2) 750 Revolver High Press.
1) With no markings. Looks similar to the 750. Please Preview.
1) smaller one with no markings.
Powers on. Cart Included.
YOU ARE BUYING WHAT IS SHOWN.

Location: SE2

| | | | | |
|---|---|---|---|---|
| 3449 | 65 | 1 | **Hydraulic Pump and Crimper Tool** | 225.00 |

Includes:
1) Burndy Y644M Dieless Hydraulic Crimper Crimping Tool W/ Case
1) Enerpac P392 Hydraulic Hand Pump 700 Bar/10,000 PSI
1) Enerpac RSM-100 10 Ton Low Height Flat Jack Cylinder with Hose.
1) 4" Enerpac GA2 Pressure Gauge

Location: E2

| | | | | |
|---|---|---|---|---|
| 3456 | 66 | 1 | **Lot of Three MSA 30' Aptura™ LT30 Self-Retracting Lanyard With Lifeline Connection Swivel LS** | 250.00 |

One looks almost new, two appear to be in very good condition; two include carabiners.

Location: E2

| | | | | |
|---|---|---|---|---|
| 1874 | 67 | 1 | **Lot of Climbing Gear** | 200.00 |

6) Miller Turbo Lite Personal Fall Limiter - see photos for specifications.
2) Glyder 2 Sliding Beam Anchors.
1) 3m Beam Walk Anchor 4650-3
2) Elk River Lanyards - PenSafe PT Locking Carabiner

3) Misc Pieces

Location: E2

| | | | | |
|---|---|---|---|---|
| 3382 | 68 | 1 | **Welding Lot** | 275.00 |

1) Lincoln Electric WeldPak 125HD
2) Vice-Grips
1) Gloves
1) Welding Helmet
1) Radnor 30" Flame retardant Jacket - Size 2X with tags.
1) Welding Hammer
Also includes new .035" inner shield 10 lb spool. and partial spool of copper wire.

Location: E2

| | | | | |
|---|---|---|---|---|
| 2114 | 69 | 1 | **8' Louisville Fiberglass Step Ladder** | 0.00 |

Location: NE

| | | | | |
|---|---|---|---|---|
| 3463 | 70 | 1 | **(2) Louisville 8' Fiberglass Step Ladders, Type 1A** | 75.00 |

Location: NE

| | | | | |
|---|---|---|---|---|
| 3382 | 71 | 1 | **14' Double-Sided Fiberglass Step Ladder** | 300.00 |

Location: NE

| | | | | |
|---|---|---|---|---|
| 3461 | 72 | 1 | **Werner 32' Type 1A Fiberglass Extension Ladder** | 225.00 |

Location: NE

| | | | | |
|---|---|---|---|---|
| 3407 | 73 | 1 | **24' and 28' Fiberglass Extension Ladders** | 155.00 |

Location: NE

| | | | | |
|---|---|---|---|---|
| 3456 | 74 | 1 | **Two 8' Louisville Type 1A Fiberglass Step Ladders** | 120.00 |

Location: NE

| | | | | |
|---|---|---|---|---|
| 3461 | 75 | 1 | **12' Green Bull Fiberglass Step Ladder** | 175.00 |

Location: NE

| | | | | |
|---|---|---|---|---|
| 3418 | 76 | 1 | **Group Lot First Aid & Safety Items** | 10.00 |

Including boxes of disposable earplugs, safety and welding goggles, first aid kits, hand sanitizer & heavy duty cleanser and dust masks.

Location: Office

| | | | | |
|---|---|---|---|---|
| 3475 | 77 | 1 | **Group Lot Motorola Two-Way Radios & Chargers** | 230.00 |

As shown. Not tested.

Location: Office

| | | | | |
|---|---|---|---|---|
| 3484 | 78 | 1 | **Group Lot Misc. Office Supplies** | 20.00 |

Includes coffee carafes, large paper cutter, cords, cables, space heaters, paper trays and sorters, and more.

Location: Office

| 3435 | 79 | 1 | **On-Site Portable Gravity-Fed Emergency Eyewash Stations & Saline Solution** | 55.00 |

Bradley Corp Model S19-881; Fendall Flash Flood Model 400
Includes 3 boxes of Sperian Saline Solution.

Location: Office

| 3019 | 80 | 1 | **Group Lot Ryobi and DeWalt Wood/Metal Door Lock Installation Kits** | 70.00 |

Location: Office

| 3381 | 81 | 1 | **Lot of 5 Netgear ProSafe 8-Port Gigabit Desktop Switches NIB** | 50.00 |

Location: OCL2

| 3381 | 82 | 1 | **Lot of 16 Netgear ProSafe 8-Port Gigabit Desktop Switches NIB** | 161.00 |

Location: Office

| 3424 | 83 | 1 | **Group Lot Maintenance Pouches, Work Belts, Knee Pads & Wrist Lanyards** | 65.00 |

Includes Husky HD893876 9-Pocket Maintenance Pouches and work belts, OK1 fabric cap knee pads and Squids wrist lanyards by Ergodyne.

Location: Office

| 3424 | 84 | 1 | **Large Lot Personal Protection Items & Shelving Unit** | 70.00 |

Includes shelving unit, several boxes DuPont Tyvel coveralls in various sizes, DuPont SureStep and ProShield shoe covers, black overshoes in various sizes, cloth welding jacket and more.

Location: Office

| 3397 | 85 | 1 | **Group Lot Sperry Instruments TT64202 Cable Test Plus, Coax & UTP/STP Testers** | 51.00 |

Not tested.

Location: OCL1

| 3407 | 86 | 1 | **Group Lot Safety Helmets, Vests, Face Shields and Mounts** | 105.00 |

Including helmets with and without company logo.

Location: Office

| 3436 | 87 | 1 | **HP Designer 500** | 290.00 |

Model: C770B
Serial# SG57NB2014
Comes with extra rolls of paper.
Powers on - see photos - we did not test. it is stating that a cover needs to be closed.

Location: MB1W

| 3464 | 88 | 1 | **Lot of 2 Large Hand Benders** | 50.00 |

Location: W5

| 3449 | 89 | 1 | • **1) Greenlee Model 501 System The Tracker II.**<br>• **1) Progressive Electronics Inc. Model 501 System The Tracker II - missing part. see photos.** | 290.00 |

Location: OCR2

| 3449 | 90 | 1 | **Fluke Network Lot** | 1051.00 |

Includes**:**
Multiple test leads
4) DTX-SFM Single mode fiber module with case
2) cat6/class E channel adaptor
1)Fluke networks Jack rapid
3) bp7440 lithium iron rechargeable battery packs
4) bp7235 nickle metal hydride rechargeable batteries
1) charger bc7217
Several cords with connectors and adaptors

Location: OCR3

| 3422 | 91 | 1 | **Fiber Optic lot** | 60.00 |

1) GN Nettest Bare Fiber Adapter
2) FB-USC-USC-SM-300M
1) Micro Electronics percision stripping tool kit - MS-FOK -1
1) Fujikura CT-20 Fiber Cleaver Note: Missing Part
1) Panduit FSTMC6BL
2) Ideal Carbide Balde

Location: OCR3

| 3479 | 92 | 1 | **Corning Cable Systems Model TL-UCP** | 300.00 |

Comes with Corning crimp tool, fbc -001 fiber cleaver, Corning Premium Fiber Optic Cleaver and Case

Note: Kit may or may not be complete- see photos

Location: OCR2

| 3479 | 93 | 1 | **Corning Cable Systems Model TL-UCP with 2 cases** | 310.00 |

Comes with
2) Corning crimp tools
2) Corning Pretium Fiber Optic Cleaver

Note: Kit is not complete - see photos

Location: OCR2

| 3381 | 94 | 1 | **Misc Fluke Lot** | 205.00 |

Fluke 52 k/J thermometer with Hard Case and cables
Fluke DSP -2000 Cable Analyzer with DSP 2000SR Smart Remote and hard case ( kit is not complete) Note:on case states needs wire and calibration.
Fluke hard case with testing cables
Fluke 41B Power Harmonics Analyzer(very dirty) with soft case and AC current probe, optical interface and cords
Fluke 30 clamp meter
Fluke 36 clamp meter

4) tubes of 2.5mm fiber optic swabs
None of these items were tested.

Location: OCR2

| 1874 | 95 | 1 | **Enpac Overpack Spill Kit Universal Liquids** | 20.00 |

Location: Office

| 3435 | 96 | 1 | **Two (2) Enpac Overpack Spill Kits Universal Liquids** | 40.00 |

Location: Office

| 3435 | 97 | 1 | **Lot of Scaffolding** | 700.00 |

Yellow, Blue and Orange sets with both square and round poles.
Some Wheels, boards and Cablofil Baskets included

Location: NE

| 3397 | 98 | 1 | **Dayton 5,500 lb Capacity Hydraulic Manual Pallet Jack** | 225.00 |

Model 4YX97

Location: NE

| 3476 | 99 | 1 | **Gator ESG45GL Cable Cutter** | 301.00 |

Battery powered cable cutter.

Location: OCL2

| 3476 | 100 | 1 | **Bluerock 4" Z-1 Coring Drill** | 225.00 |

With water hose, carrying case, instruction manual.
Not tested

Location: OCL2

| 2032 | 101 | 1 | **GTCO CalComp Roll Up III Digitizer FCC ID—CTW-RD3 Model RD3-3648** | 80.00 |

Comes with one box of accessories, documentation guide.
Missing second box of accessories (transducer, power supply). Slightly used (if ever).

Location: Office

| 3397 | 102 | 1 | **Horizontal/Vertical Band Saw** | 375.00 |

Commercial grade Dayton 7" x 12" horizontal/vertical mobile band saw. Measures 42"H x 48"W
Condition: Did not power on.

Location: W5

| 3475 | 103 | 1 | **CORE BORE M-1 CORE DRILL STAND** | 155.00 |

- Vacuum pump powers on and runs.
- Core Bore Drill- 20 Amp, 115 volt Motor included - not working, hums when plugged in- by Diamond Products

Location: W5

| 3449 | 104 | 1 | **3) CORE BORE M-1 CORE DRILL Stands in various condition** | 200.00 |

Includes
1) Core Bore 748 Drill- 20 Amp, 120 volt Motor- condition unknown 1) Core Bore 758 two speed heavy duty power unit 15 Amp, 120 volt Motor- condition unknown
1) large bit

Location: W5

| 3386 | 105 | 1 | **Group Lot of Bits- Many Diamond cut** | 600.00 |

Approx 42 bits of various sizes and wear

Location: W5

| 1874 | 106 | 1 | **Adrian Steel Roof Rack with Steel Storage Box** | 66.00 |

Box Measures 10'8" long x 10 across x 6" high
Frame measure 6'2" +/-across x 87" long (measuring outside beam to outside beam)

Location: W5

| 3484 | 107 | 1 | **Adrian Steel Roof Rack** | 45.00 |

Frame measure 6'2" +/-across x 87" long (measuring outside beam to outside beam)

Location: W5

| 3417 | 108 | 1 | **Adrian Steel Roof Rack** | 35.00 |

Frame measure 6'2" +/-across x 87" long (measuring outside beam to outside beam)

Location: W5

| 2065 | 109 | 1 | **Two Rolls of Grey thick pile carpet in protective zipper pouch** | 100.00 |

Measures Approx 10ft w
Length unknown.
See Photos.

Location: W5

| 3464 | 110 | 1 | **Ridgid 1224 Pipe Threader on Cart** | 3300.00 |

Used working condition.
Comes with foot switch.

Location: W5

| 3449 | 111 | 1 | **Ridgid 535 Threading Machine on Cart** | 375.00 |

Used working condition.
Comes with foot switch.

Location: W5

| 3449 | 112 | 1 | **Ridgid 300 Compact Threading Machine  on Cart** | 1150.00 |

Used working condition.
Comes with foot switch.

Location: W5

| 3420 | 113 | 1 | **Ridgid 300 Threading Machine on Stand** | 1100.00 |

Used working condition.
Comes with foot switch.

Location: W5

| | | | | |
|---|---|---|---|---|
| 3420 | 114 | 1 | **Two Ridgid 300 and One Ridgid 535 Threading Machines for Parts** | 1150.00 |

Location: W5

| | | | | |
|---|---|---|---|---|
| 3461 | 115 | 1 | **Delta 16 1/2" Drill Press** | 145.00 |

Powers on.

Location: W5

| | | | | |
|---|---|---|---|---|
| 3476 | 116 | 1 | **Dayton 17" Drill Press** | 275.00 |

Powers on.

Location: W5

| | | | | |
|---|---|---|---|---|
| 3449 | 117 | 1 | **Greenlee 1810 Little Kicker Offset Bender For 1/2" Emt** | 71.00 |

Location: W3

| | | | | |
|---|---|---|---|---|
| 3464 | 118 | 1 | **Greenlee 1811 Little Kicker Offset Bender for 3/4" EMT** | 127.00 |

Location: W3

| | | | | |
|---|---|---|---|---|
| 3407 | 119 | 1 | **Jackhammer with Accessories** | 175.00 |

Not tested.

Location: W5

| | | | | |
|---|---|---|---|---|
| 3447 | 120 | 1 | **Greenlee 980 Hydraulic Power Pump** | 700.00 |

Location: W6

| | | | | |
|---|---|---|---|---|
| 3447 | 121 | 1 | **Greenlee 980 Hydraulic Power Pump** | 700.00 |

Location: W6

| | | | | |
|---|---|---|---|---|
| 3464 | 122 | 1 | **Greenlee 975 Hydraulic Power Pump** | 475.00 |

Location: W6

| | | | | |
|---|---|---|---|---|
| 3449 | 123 | 1 | **Greenlee 960 SA S Hydraulic Power Pump** | 350.00 |

Serial #: ks-23

Location: W6

| | | | | |
|---|---|---|---|---|
| 3449 | 124 | 1 | **Greenlee Hydraulic Power Pump** | 350.00 |

Location: W6

| | | | | |
|---|---|---|---|---|
| 3449 | 125 | 1 | **Bend Cart  #BC100  with a GreenLee 980 Hydraulic Power Pump, GreenLee Cam Track Hydraulic Bender, and Bender Adapter  #881A** | 2700.00 |

Location: W6

| 3382 | 126 | 1 | **GREENLEE 690 Vacuum - Blower Fishing System** | 125.00 |

Includes filters,hose and accessories. Powers On.
120 VAC / 60 CYCLES / 12A / 1440W

Location: W6

| 3437 | 127 | 1 | **GREENLEE 690 Vacuum - Blower Fishing System** | 85.00 |

Powers On; Blows Strong.
No Accessories

Location: W6

| 1806 | 128 | 1 | **GREENLEE 690 Vacuum - Blower Fishing System** | 125.00 |

Powers On; Blows Strong.
No Accessories

Location: W6

| 3468 | 129 | 1 | **Arc Fusion Splicer FSM-30S with High-Precision Fiber Cleaver** | 275.00 |

Comes with case and instruction manual
Not tested

Location: OCL3

| 1874 | 130 | 1 | **CM Shop star 600 LB Hoist with Chain and Hook**
**INSUL8 COB213 Push Button Switch** | 215.00 |

Location: W6

| 3476 | 131 | 1 | **Harrington CF-015 1.5 Ton Capacity Chain Hoist** | 90.00 |

Model# CF-4897  Serial # 706087 with Chain

Location: W6

| 1874 | 132 | 1 | **Harrington 6 Ton LB060 Manual Lever Operated Chain Hoist** | 200.00 |

Location: W6

| 3397 | 133 | 1 | **Three- 2 ton Chain Hoist** | 101.00 |

2) Northern 2 ton Lever Hoist with short chains and hooks.
1) 2 ton - Lift 20ft.

Location: W6

| 3482 | 134 | 1 | **Two Harrington CF015 1.5 ton Chain Hoist with Chain** | 175.00 |

1) Model # CF4- 882 Serial # 659840
1) Model # CF4-846 Serial # 590554

Location: W6

| 3456 | 135 | 1 | **3 Chain Hoist with Chain** | 100.00 |

1) 1-Ton Little Mule Model  LMHABW1
2) 2-Ton Northern Hoist with Chain

Location: W6

| | | | | |
|---|---|---|---|---|
| 3449 | 136 | 1 | **GREENLEE Bending Table with GreenLee 1534 Storage Box** | 550.00 |

Storage Box measure 15"H x 31"L 18"W
Capacity: 4.5 CU FT.
You are buying what is shown!
This set may or may not be complete.

Location: W6

| | | | | |
|---|---|---|---|---|
| 3449 | 137 | 1 | **GREENLEE Bending Table** | 550.00 |

You are buying what is shown.
This set may or may not be complete.

Location: W6

| | | | | |
|---|---|---|---|---|
| 3420 | 138 | 1 | **GREENLEE  881CT Cam Track Conduit Bender** | 7000.00 |

4) Follow Bars
8) Saddles
1) 980 Hydraulic Pump
1) Roller Unit
1) Connecting bar unit
1) Yoke with yoke pin and clip
1) Ram
1) 2.5 Shoe
1) 3 shoe
1) 3.5 Shoe
Assorted Pins and Chain
All come in GREENLEE 2460/2263 STORAGE BOX

you are buying what is shown!
This set may or may not be complete.
We believe we are missing 1- 4" shoe - but please preview.

Location: W6

| | | | | |
|---|---|---|---|---|
| 3410 | 139 | 1 | GREENLEE 1818 Mechanical Conduit Bender | 1201.00 |

Includes:
GREENLEE 1818 Bender and 1818 Storage box with Attachments.
1) GREENLEE 5018639
1) GREENLEE 5018659
1) GREENLEE 501632
1) GREENLEE 5018655
1) GREENLEE 5018665
1) GREENLEE 5018648
1) GREENLEE Follow Bar

You are buying what is shown.
Set may or may not be complete.

Location: W6

| | | | | |
|---|---|---|---|---|
| 3410 | 140 | 1 | GREENLEE 1818 Mechanical Conduit Bender | 1201.00 |

Includes:
GREENLEE 1818 Bender and 1818 Storage box with Attachments.
1) GREENLEE 5018639
1) GREENLEE 5018659
1) GREENLEE 5018632
1) GREENLEE 5018665
1) GREENLEE 5018648
1) GREENLEE Follow Bar 2"E.M.T. 6018636

You are buying what is shown.
Set may or may not be complete.

Location: W6

| 3449 | 141 | 1 | **Greenlee Power Cable Tugger/Puller System** | 225.00 |

catalog #5029500
Unit powers on. Motor seems strong - Wheel seem to be bumping against frame - Please Inspect! SOLD AS IS

Location: W6

| 3449 | 142 | 1 | **Two GREENLEE 690 Vacuum / Blower Fishing System** | 200.00 |

with hoses, power on.

Location: W6

| 3437 | 143 | 1 | **GREENLEE 855 Electric Bender** | 2700.00 |

Cart Reads Smart Bender
Serial # appears to read ZW04891B

NOT tested. You are buying what you see here. Please come preview.

Location: W7

| 3449 | 144 | 1 | **GREENLEE 855 Electric Smart Bender** | 2050.00 |

Serial # appears to read ZW2189NF
Cart/Stand Reads Smart Bender

You are buying what you see here.
Not tested.
As is, where is. Please come to preview.

Location: W7

| 3449 | 145 | 1 | **GREENLEE 855 Electric Bender** | 2450.00 |

Serial # appears to read ZW2185NF
Cart/Stand Reads Smart Bender

You are buying what you see here.
Not tested.
As is, where is. Please come to preview.

Location: W7

| 3449 | 146 | 1 | **GREENLEE  Electric Bender** | 1750.00 |

No nomenclature- Appears to be  an 855.
Cart has been painted.
Please see photos and inspect in person to make your own determination.

You are buying what you see here.
Not tested.
As is, where is. Please come to preview.

Location: W7

| 3456 | 147 | 1 | **GREENLEE 555C Electric Conduit Bender Classic With Shoe ( see photos)** | 1550.00 |

For 1/2" -2" conduit - 120 VAC 60Hz 18amps

Serial # appears to read AFB0540VG

You are buying what you see here.
Not tested.
As is, where is. Please come to preview.

Location: W7

| 3449 | 148 | 1 | **GREENLEE 555 Electric Conduit Bender** | 1050.00 |

For 1/2" -2" conduit - 115 V  AC/cycles 60/11 A

Serial # appears to read AAJ0554LL

You are buying what you see here.
Not tested.
As is, where is. Please come to preview.

Location: W7

| 3449 | 149 | 1 | **GREENLEE 555C Electric Conduit Bender Classic With Shoe ( see photos)** | 1150.00 |

For 1/2" -2" conduit - 120 VAC 60Hz 16amps

Serial # appears to read AAJ7132SC

You are buying what you see here.
Not tested.
As is, where is. Please come to preview.

Location: W7

| 3437 | 150 | 1 | **GREENLEE 555 Electric Conduit Bender With Shoe ( see photos)** | 1200.00 |

For 1/2" -2" conduit - 120 VAC 60Hz 16amps

Serial # appears to read AAJ7132SC

You are buying what you see here.
Not tested.
As is, where is. Please come to preview.

| 3381 | 151 | 1 | **Fiber Optics Tool Kit (Incomplete Kit, See Photos)** | 20.00 |

Includes: Shrinktube Kit Label Kit Wire strippers Micro Duster Disposal Unit Fiber Optic Wipes Thread-Lock Versa-Cleave tool Keystone Jack 100X Illuminated Microscope Connector Epoxy Matching Gel

Location: OCL3

| 3475 | 152 | 1 | **LM30 Laser Level** | 164.99 |

Includes: LM30 Rotary Laser LD-100N Laser Detector Protective Goggles Mount Target

Location: OCL3

| 3382 | 153 | 1 | **HILTI GX100-E GAS NAIL STUD GUN** | 155.00 |

Location: OCL1

| 3461 | 154 | 1 | **HILTI GX100-E GAS NAIL STUD GUN** | 225.00 |

Location: OCL1

| 3437 | 155 | 1 | **Hilti TE60 ATC Rotary Hammer Drill** | 375.00 |

Includes extra bits, case. Powers on; not tested.

Location: OCL1

| 1700 | 156 | 1 | **Hammer Drill Masonry Drill Bits** | 55.00 |

(12) Drill Bits, 1/2" to 1 1/2" diameter 12" to 36" lengths
(15) Demo Bits (One 3/4" by 16" Drill bit is brand new!)

Location: E4

| 3437 | 157 | 1 | **(19) Masonry Drill Bits** | 65.00 |

Spline Shaft 5/8" to 1 1/2" diameter 10" - 22" lengths

Location: E4

| 1964 | 158 | 1 | **Hammer Drill Masonry Bits** | 135.00 |

(13) Drill Bits, 1/2" - 2" diameter 12" - 36" length
(12) Demo Bits. 10" to 17" long

Location: E4

| 1964 | 159 | 1 | **Hammer Drill Masonry Drill Bits** | 225.00 |

Spline Shaft 10" to 27" lengths 1/2" to 2" widths 2 1/4 and 3" hole saws included among the (18) total.
(One 1" x 22" bit is brand new!)

Location: E4

| 2443 | 160 | 1 | **FiberWire Insertion Loss Test Kit and FiberWire Crimp & Cleave Termination Kit** | 115.00 |

Appears to be in like new/ barely used condition.

Location: OCL3

| 1964 | 161 | 1 | **CiPro Certified Insulated Products Hand Tools** | 375.00 |

Set of insulated hand tools: screw drivers, nut drivers, ratchet wrench with 9 sockets and 2 extension bars, allen wrenches, pliers, wire cutters, and tool box. Almost 60 pieces, plus carry pouches and tool box.

Location: OCL1

| 3468 | 162 | 1 | **Certified Insulated Products CiPro Set of Insulated Hand Tools** | 450.00 |

Including ratchet wrench and sockets, allen wrenches, 2 wire cutters, box end wrenches, carry pouches, tool box (one latch broken), and Wiha 5 piece screw driver set. Over 70 pieces.

Location: OCL1

| 3475 | 163 | 1 | **PLS5 Plumb Level Square** | 80.00 |

Runs on 4 AA BATTERIES.

Location: OCL3

| | | | | |
|---|---|---|---|---|
| 1874 | 164 | 1 | **Cannon Load Banks, Inc. Portable Load Banks Model L-48-500** | 1050.00 |

With shock absorbing carrying case

Location: OCL2

| | | | | |
|---|---|---|---|---|
| 3437 | 165 | 1 | **Group of Greenlee and CiPro Tools** | 425.00 |

Greenlee 774 Ratchet Cable Cutter
Greenlee 796 Ratchet Cable Bender
CiPro Insulated Ratchet, Socket, and Wrench Set - 20 pieces

Location: OCL2

| | | | | |
|---|---|---|---|---|
| 3378 | 166 | 1 | **Fluke Industrial ScopeMeter** | 325.00 |

125 industrial scope meter
40 MHz
In the box with accessories including chargers, current clamps and test leads. See Photos.
Needs Calibration update.

Location: OCL3

| | | | | |
|---|---|---|---|---|
| 3471 | 167 | 1 | **(8) JVC Digital Color Video Cameras and (11) Screw on Camera Lenses** | 30.00 |

Location: OCL2

| | | | | |
|---|---|---|---|---|
| 3381 | 168 | 1 | **3M Fibrlok II Universal Optical Fiber Splice 250 x 900 2529 Partial Box** | 44.44 |

3M ID# 80-6107-5589-6
Qty 48
W/ 5x FiberTron FPC MM50 10gB fiber optic cables
Location: OCL2

| | | | | |
|---|---|---|---|---|
| 3397 | 169 | 1 | **Nitroset NTS801 Heavy Duty Propellant Fastening System Tool** | 20.00 |

Includes everything in box as shown.

Location: OCL2

| | | | | |
|---|---|---|---|---|
| 3437 | 170 | 1 | **Lot of Three (3) Burndy Batool with Cases** | 100.00 |

2) Bat 750
1) Bat 35
*No Batteries
Includes 2 U-die
1)Panduit GRN P37 green
1)Burndy U-26 RT Index 13

Location: OCL2

| | | | | |
|---|---|---|---|---|
| 3437 | 171 | 1 | **Lot of Three (3) Burndy Batool 750** | 60.00 |

*No Batteries
Includes Two(2) Cases, Cap cover and Purple Die U654 250-2 STR cu

Location: OCL3

| | | | | |
|---|---|---|---|---|
| 1806 | 172 | 1 | **UEI Cable Length Meter CLM100** | 150.00 |

Key Features:

Measures copper and aluminum cables; covers the major wire gauges.
Automatic temperature compensation
Reads in feet and meters
Milliohm measurement capability
Measures 15 to 30,000'
Wire size: 26 ga – 4/0 ga
250 MCM – 5000 MCM
Resistance 65 ohm
Auto off
Two easy-to-attach Kelvin Clip leads connect to cable

Location: OCL3

| | | | | |
|---|---|---|---|---|
| 3449 | 173 | 1 | **AEMC Instruments Micro-Ohmmeter Model 5600** | 275.00 |

Includes user manual and set of 2 Kelvin probes.

Location: OCL1

| | | | | |
|---|---|---|---|---|
| 3449 | 174 | 1 | **Lot of 3 AMP Mi-1 229378-1 Butterfly 50pin Crimper Crimp Tools** | 125.00 |

Location: OCL1

| | | | | |
|---|---|---|---|---|
| 3449 | 175 | 1 | **AEMC Instruments Micro-Ohmmeter Model 5600** | 250.00 |

Powers on; not tested.

Location: OCL1

| | | | | |
|---|---|---|---|---|
| 3405 | 176 | 1 | **Greenlee Power Finder 2007 Circuit Tracer** | 100.00 |

Includes manual. Sold as shown; not tested.

Location: OCL1

| | | | | |
|---|---|---|---|---|
| 3449 | 177 | 1 | **AEMC Instruments Micro-Ohmmeter Model 5600** | 250.00 |

Powers on; not tested.

Location: OCL1

| | | | | |
|---|---|---|---|---|
| 3464 | 178 | 1 | **Greenlee Power Finder 2007 Circuit Tracer** | 60.00 |

Includes manual. Sold as shown; not tested.

Location: OCL1

| | | | | |
|---|---|---|---|---|
| 3449 | 179 | 1 | **AEMC Instruments Micro-Ohmmeter Model 5600** | 250.00 |

With 1KV CAT III leads. Powers on; not tested.

Location: OCL1

| | | | | |
|---|---|---|---|---|
| 3382 | 180 | 1 | **Ideal SureTest Open/Closed Circuit Tracer #61-954** | 85.00 |

Includes instruction manual. Sold as shown; not tested.

Location: OCL1

| | | | | |
|---|---|---|---|---|
| 3464 | 181 | 1 | **Ideal SureTest Open/Closed Circuit Tracer #61-954** | 225.00 |

Includes instruction manual. Sold as shown; not tested.

Location: OCL1

| 3422 | 182 | 1 | **Photonix Technologies Laser Fiberoptic Test Kit** | 50.00 |

Includes Optical Singlemode Light Source 1310 and 1550nm Model PX-C205, Optical Multimode Light Source 850 and 1300nm Model PX-C202 and Quad Wavelength MM/SM Power Meter Model PX-B200 and accessories as shown.
Not tested.

Location: OCL1

| 3381 | 183 | 1 | **Lot of 2 Apollo Security AIM-4SL - 4 Door Downloadable Reader Interface Modules** | 175.00 |

Items are sold as shown; not tested.
*From the manufacturer:*
Apollo's AIM-4SL Downloadable Reader Interface provides mission-critical performance for the most sensitive Access Control Systems throughout the world. With full hardware control for 4 doors, the AIM-4SL not only supports advanced features such as Precision Access and 38 Access Levels per card, but can maintain normal functions in off-line mode thanks to its up to 20,000 cardholder/7,000 event local database. That means you can be assured access to your site won't be compromised even in the most extreme circumstances and your records will be safely stored in memory until communication is restored to the system controller.

The AIM-4SL links door hardware with one of Apollo's AAN or AAM Series Controllers, providing inputs for a full range of reader types including proximity, smart card, and biometric. Up to 8 card formats are supported simultaneously allowing you to mix and match different reader types or easily migrate old card populations.

Location: OCL1

| 3381 | 184 | 1 | **Apollo AAM-80 Access and Alarm OEM Multiplexer** | 10.00 |

Item is sold as shown; not tested.

Location: OCL1

| 3422 | 185 | 1 | **Conbraco Backflow Prevention Test Kit Model 40-200-TK5** | 80.00 |

Includes test kit procedure sheets.
Item is sold as shown; not tested.

Location: OCL1

| 3422 | 186 | 1 | **Cuty Fil 9.6V Cordless Cable Tray Cutter Tool Model EBS 8** | 20.00 |

Sold as shown; not tested.

Location: OCL1

| 1874 | 187 | 1 | **Cased Lot of Hioki HiTesters and Detectors** | 90.00 |

Includes Hioki Digital Clamp On HiTester Model 3282, Hioki 3120 Non-Contact Voltage Detector, Hioki 3454-11 Digital Megohm HiTester and Hioki 3129 Phase Detector.
Items sold as shown. All items power on but have not been tested further.

Location:OCL1

| 3468 | 188 | 1 | **Cased Fluke 867B/ 863 Graphical Multimeter and Fluke i2000 Flex Flexible AC Current Probe** | 250.00 |

Item sold as shown; not tested.

Location: OCL1

| 3449 | 189 | 1 | **Three Eaton Products** | 416.36 |
|---|---|---|---|---|

1)Eaton EDR5000 Directional Overcurrent Relay
Cat: EDR-5000-2AOBA
2) Eaton PTX160 - Surge Protective Device
Cat: PTX160-3Y101

| 3461 | 190 | 1 | **Ramset Lot** | 200.00 |
|---|---|---|---|---|

1) Ramset T3 Mag Gas Fastening Tool with Case, 2 batteries and Charger
1) Ramset R150 with Case, charger, 1 battery and 3 boxes of powder fasteners
1) 1) Ramset TF1100 TraxFast Redhead automatic drywall nailgun with Case, charger and 1 battery
Bucket full of Ramset load/charges, small and large concrete fasteners, fuel cells, cartridge nails, ceiling clips and earplugs

Location: E2

| 3463 | 191 | 1 | **Two Hilti DX353 with cleaning Kits and cases** | 125.00 |
|---|---|---|---|---|

Also include sBucket with Hitli Cartridges, Hilti 386221 Threaded rod hanger, new cleaning kit, loads

Location: E2

| 3479 | 192 | 1 | Milwaukee Lot | 390.00 |
|---|---|---|---|---|

Includes
Milwaukee Cart
Milwaukee M18 1/2" Impact Drill 1560- powers on
Milwaukee 1679-01 (SER 915A) Electric Drill / Driver - powers on
Milwaukee 1 1/2" Rotary hammer 5321-21- powers on ( weak)
Milwaukee 2" Die Grinder 5192- powers on
Milwaukee HD Electric Sawzall 6527- powers on
Milwaukee 1" Rotary hammer Drill  5363-21- powers on( rough)
Milwaukee Electric Deep Cut Band Saw 6232-20 powers on
Milwaukee 1/2" Magnum Holeshooter - powers on
Milwaukee Heat Gun- powers on
Milwaukee 13pc Bi-Metal HoleSaw Kit 49-22-4025
Milwaukee Torque Lock
Milwaukee sawzall blades- pack of 5

Location: E2

| 3433 | 193 | 1 | **Perforated 24"W 11 Step Steel Rolling Ladder** | 180.00 |
|---|---|---|---|---|

17"D Top Step

Location: E5

| 3449 | 194 | 1 | Milwaukee Cart with Tools | 650.00 |
|---|---|---|---|---|

Includes

- Milwaukee Industrial Titan Work Cart
- Slug Buster Knockout Punch Set for 1/2" THR 4" conduit size
- Burndy Rotating Crimp Tool MRC840
- Greenlee Hydraulic Hand Pump 767
- Greenlee HD Cutter 758- 1/2' ehs guywire
- Greenlee ratchet 1804 kickout puller
- Welding Blankets
- Ideal Yard Dog
- Greenlee box with Misc punches
- Chain link with 2 ratchets

Lowes Bucket with PVC clamp, large drill bit and large eye hook

Location: E5

| 3449 | 195 | 1 | **Milwaukee Cart with Tools** | 380.00 |

Includes:

- Milwaukee Titan Industrial Work Cart
- Greenlee Quick Draw 90 Hydraulic Punch Drivers 7904SB-missing 2 items
- TechniWeld Welding Curtain
- Ridgid 2A Pipe Cutter
- Ridgid 18" Straight Pipe Wrench
- Ideal Yard Dog Fish Tape
- Greenlee1804 Kickout puller
- Greenlee Punch Driver #7904SB - Driver only
- Greenlee Knockout Punch Set with Ratcheting Box and Wrench- missing one item
- Itron Watt hour meter
- Metal Security Box
- Lowes Bucket with chain and screws
- 6' Metal tow bar
- Metal chain approx 20'
- Metal chain approx 10'
- Metal chain approx 10'

Location: E5

| 3464 | 196 | 1 | **Milwaukee Cart with Tools** | 125.00 |

- Milwaukee Titan Warehouse Wok Ccart
- Temco Hydraulic Knockout punch Set TH0004- looks like new with at least one item missing
- Greenlee 767 Hydraulic Hand pump
- Ridgid tool company 24" HD pipe Wrench
- 18" wire cutter
- Hilti Drill bit 14" in case
- Bucket of eye hooks 6.5"
- Saw blades and grinding wheel
- 3 spools of wire
- 5' chain
- 20' HD chain with eye hooks
- 1 chisel

Location: E5

| 1226 | 197 | 1 | **2 Floor Fans** | 150.00 |

1) Valu-Aire- base has dent but stands fine
1) Hampton Bay
Both in Working order.

Location: E5

| 3437 | 198 | 1 | **Dayton 42" Industrial Mobile Air Circulator** | 100.00 |

Adjustable Speed Warehouse Fan
1YNW6 in working order

Location: E5

| 3456 | 199 | 1 | **Dayton 42" Industrial Mobile Air Circulator** | 125.00 |

Adjustable Speed Warehouse Fan
1YNW6 in working order

Location: E5

| 3407 | 200 | 1 | **Three Industrial Fans in working condition** | 300.00 |

1) AirMaster EMC42D
2) Flow Pro High Velocity Drum FAn Air Circulators -19200

Location: E5

| 3437 | 201 | 1 | **Five Industrial Fans - None powered on** | 250.00 |

1) Maxx 42" Portable Air circulator
3) Sand P 38" Portable Air Circulators
1) Hampton bay 26"
2) 22"

Location: E5

| 3475 | 202 | 1 | **Wyco Electric Concrete Vibrator Universal Motor 992A** | 125.00 |

| 3437 | 203 | 1 | **DeWalt Portable Jobsite Security System** | 350.00 |
Includes:
7) DS100-  Portable Alarm System Base Unit ( 3 in boxes)
6) DS350- Container Sensor (4 New in Box)
7) DS210-DeWalt Site Lock / Indoor Motion Sensor (4 New in Box)
14) DS200- Keychain Remote controls (10 New in Box)
5)  DS390- Remote Siren (3 New in Box)
8) DS380- Sitelock Wireless Signal Booster (Repeater) (7 with Box- look new but can't tell)
5) DS001 - Mounting Bracket ( all in boxes0
plus
Stealth Labs GSM1650 (digital Patch) - with original paperwork(appears unused)

Location: E2

| 3381 | 204 | 1 | **Security Lot** | 255.00 |
includes:
20) WM2506-G 360 Occupancy Sensors
4) Optex Cx702 Passive Infrared Detectors
1) Legend Next Generation PTZ Dome Camera. Condition unknown. See Photos.
1) Bosh Day and Night Camera with casing and indoor/outdoor mount. Appears to be NIB. See Photos.
3) Yale Touch Screen Deadbolt. 1 appears to be NIB still in plastic. 2 condition unknown.
Assorted sensors and serins.
1) Aiphone - RA8 in box.
1) RC8230 Wireless P/T Network Camera.
2) Cisco Hp8.-100
1) DLS Battery 12V 27 watt
2) Iris OC821 ip camera

Location: E2

| 3424 | 205 | 1 | **Cabinet with contents:** | 70.00 |

Protective Gear
2) Tire Socks
Safety Vest
12 x 15 resealable bags approx:200
Belly Tarps
Safety tape
cones

Location:
E2

| 1874 | 206 | 1 | **Group lot of Ballast** | 50.00 |

Includes:
4) Emergi-lite 4pdl
2)Rapid Start
2) Advance Slim Line
4) Philips Bodine - B50
1)Advance ASB1240 Plastic Sign Ballast
1) Metal Halide Ballast Kits m59/400cWAH/4T/k
Hi-Lume Electronic Fluorescent Dimming Ballast - 13ct.
13) Bal500
1) Bal1400
C1400 by Chloride
10) Sylvania Quicktronic
14) Acustart Electronic Ballast B254PUNV-D
Emergie-Lite LXNNR-C-LP - Exit Sign LED.
YUASA Battery NP7-12
11)Optotronic OT DIM 10v - 24p LED Dimmer
3) Philips Bodine LP600STU
2) Iota 1-13-EM-A Series D
Damar Hid Core and Coil Ballast Replacement Kit
3) Damar 26880B
2) Light Guard L1400


please note all counts are + or -

| | | | | |
|---|---|---|---|---|
| 1874 | 207 | 1 | Group Lot of Ballast | 185.00 |

incudes but not limited to:

Philips Advance Power Line
Eco System EC3DT4MWKU1 By Lutron
Compact SE 5 % Lutron
Triad
Iota
Philips Advance Rapid Start
ProLume Magnetic Ballast
Universal Lighting Technologies Magnetic Ballast
Halco ProLume Ballast
Advance Type 1 outdoor
SEE PHOTOS
Many of these have several units of each.

Location: E1

| | | | | |
|---|---|---|---|---|
| 3381 | 208 | 1 | 3 Shelves of Sensors and Controls by GreenGate, Watts Stopper, Leviton, Bosch, and GE. | 2150.00 |

Location: E1 Center

| | | | | |
|---|---|---|---|---|
| 3437 | 209 | 1 | **Lot of Lutron Switches, Controllers, and Power Supplies** | 677.84 |

Including but not limited to:
12 Slide Dimmers
Three way dimmers
Grafikieye Grx-3104-A-WH
3) Dpspe1-120VAC
55) Power Pack PP2
7) Sensor Switch WVVR
7) PSSD
HB300 Power High Bay Motion Sensor

Location: E1

| | | | | |
|---|---|---|---|---|
| 3437 | 210 | 1 | **Storage Cubbies with Lock Out Supplies** | 15.00 |

Location : E1

| | | | | |
|---|---|---|---|---|
| 3436 | 211 | 1 | **Three Containers of WebSlings.** | 175.00 |

Location:
E1

3407    212    1    **A Frame Orange Barriers with Flag and Pole**                60.00

Includes
8) A Frames which fit together for easy transport
4) I-Beams
1) Flag
1) Pole

Location: E1

3433    213    1    **Lot of Thee Heaters**                                      160.00

2) ESA 125-170,00 BTU Propane Forced Air Heater with hose.
1) Warehouse Heater

Location: E1

3461    214    1    **Group of Fire Extinguishers**                              85.00

Approx: 28 total
9, at least appear to be "in the green"
Also includes Fire Extinguishers Signs.

Location: E1

3433    215    1    **2 Vintage PP-1659 A/G Military Battery Chargers**           60.00

Mounted on handtruck
Also includes a small battery charger

Location: E1

3381    216    1    **Six (in the box) Von Duprin Electric Door Strikes**        226.00

6211 US32D 12VDC FSE
028221-32

Location: E1

3381    217    1    **Eleven (in the box) Von Duprin Electric Door Strikes**      376.00
6210 US32D 12VDC FSE
028721-32

Location: E1

3381    218    1    **Thirteen (in the box) Von Duprin Electric Door Strikes**    426.00

6 (SIX) 6210 US32D 12VDC
028241-32 US32D

7(Seven) 6210 US32D 12VDC FSE
028721-32

Location: E1

3422    219    1    **Hand Tool Lot**                                            110.00

- GRIPPLE TORQ TENSIONING TOOL Wire Joining & Tension Tool
- Daniels DMC HX4 M22520/5-01 Frame Crimping Tool
- Stanley MR55 Heavy Duty Riveter
- Thomas & Betts SNSITB Snap-N-Seal Installation Tool
- Trompeter 010-0055 BNC Crimper 75 Ohm Center Contact Tool

- Trumpeter 010-0098 Crimper Crimping Tool
- Trumpeter Rivet Maker Tool
- 2) Flaring tools

Location: E1

| | | | | |
|---|---|---|---|---|
| 3461 | 220 | 1 | **JoBox** | 125.00 |

On heavy duty casters.
35.25" H x 24"W x 48"L

Location: E1

| | | | | |
|---|---|---|---|---|
| 3401 | 221 | 1 | **JoBox 656990 R4** | 100.00 |

On heavy duty casters.
40.5" H x 30"W x 48"L

Location: E1

| | | | | |
|---|---|---|---|---|
| 3462 | 222 | 1 | **GreenLee Storage Box** | 135.00 |

Measuring Aprrox: 33" H x48" L x 24" W
Storage Tray Inside.
On Heavy Caster

Location:E1

| | | | | |
|---|---|---|---|---|
| 3464 | 223 | 1 | **GreenLee 2460/23363 Storage box** | 100.00 |

24" H x 60" L x 24" W

Location:E1

| | | | | |
|---|---|---|---|---|
| 3401 | 224 | 1 | **GreenLee 2560/23363 Storage Box** | 101.00 |

24" H x 60" L x 24" W

Location: E1

| | | | | |
|---|---|---|---|---|
| 3463 | 225 | 1 | **Pallet Lot of Lithonia Lighting** | 20.00 |

16) Acrylic Conical Lens PR22C J4
18) Acrylic Reflector Only PA22CLD J4
4)Reflector - Lens Only Ballast Housing E17U
11) Glass lens. use with e17ld reflector and ballast housing
3) TH 400m TB HSG
2) RK2 175 M TB

Please note : counts are approximate

Location E4

| | | | | |
|---|---|---|---|---|
| 3444 | 226 | 1 | **12 Skates/ Equipment movers** | 375.00 |

Hilman Rollers, HMS and others
2) Multiton bars( not sure if they work with any of these skates)

Location: E4 floor

| | | | | |
|---|---|---|---|---|
| 3419 | 227 | 1 | **Three Industrial Flood Lights and Two 2x4 Lights** | 20.00 |

3) E-conolight 1000W MH Floodlight

| | | | | |
|---|---|---|---|---|
| 3421 | 228 | 1 | 1) PanduitF3X4LG6 type F base thin finger wiring duct slotted wall<br>1) Panduit RWMPV45E -Kit<br>7) Hoffman Barrier kits- f66BK60<br><br>Please note , we did not check these to see if the kits are  complete. see pics<br><br>Location E4 | 0.00 |
| 2798 | 229 | 1 | **15±) Philips Day-Brite WLR250PMT-PSC-LP**<br><br>Nite Brites™ 1-Light Vertical Mount<br><br>Location E4 top right | 50.00 |
| 2798 | 230 | 1 | **Lithonia Lighting Lot**<br><br>3) TE 400M 120 SCWA LC3P SF QRS HSG<br>2) TE 200M 120 SCWA LC3P SF HSG<br>1) A22U Reflector only<br>1) lens<br><br>Location: E4 | 20.00 |
| 3434 | 231 | 1 | **Two Pallets of Lithonia and Day-Brite Industrial Lighting**<br><br>8) 2TL2 40L FW MWSEZ1 EL14L<br>lp830<br><br>10)DRM250PXX-GE-LP Day-Brite<br><br>Location: E4 | 30.00 |
| 3019 | 232 | 1 | **Pallet Lot of Plasti- Bind Couplings**<br><br>2 sizes<br><br>Location: E4 | 20.00 |
| 3380 | 233 | 1 | **Wire Wagon drafting table by Maxis**<br><br>Plan table with material storage - easily moved around the project site.<br>D: 30 wide x 48 long x 42"( when flat) 59" ( at full extension)<br><br>Location E4 | 155.00 |
| 3437 | 234 | 1 | **Wire Wagon drafting table by Maxis**<br><br>Plan table with material storage - easily moved around the project site.<br>D: 30 wide x 48 long x 42"( when flat) 59" ( at full extension)<br>One of the two locking pins is missing.<br><br>Location E4 | 155.00 |
| 3461 | 235 | 1 | **Eight Tools**<br>Including :<br>2) Ridgid Chain Pipe Wrench C-36<br>Ridgid 24" HD Straight Wrench<br>Ridgid Heavy Duty 18" Pipe straight wrench<br>2) Ridgid HD 36" wrench<br>2) Blue handle Channel locks | 165.00 |

Location: E4

| 3422 | 236 | 1 | **Eleven Tools** | 160.00 |

Including :
Ridgid Chain Pipe Wrench C-36
Aluminum HD 36" wrench #836
Ridgid Heavy Duty 18" Pipe straight wrench
Reed Mfg Co Heavy duty pipe wrench 18"
Ridgid 818 Aluminum straight wrench 18"
2) Ridgid 24" HD Straight Wrench
4) Blue handle Channel locks

Location: E4

| 3422 | 237 | 1 | **Nine Heavy Duty Wrenches Tools** | 95.00 |

Including :
Ridgid Chain Pipe Wrench C-36
Ridgid Heavy Duty 24" Pipe straight wrench
Heavy duty pipe wrench 36"
Heavy duty Ridgid 24" Offset
Aluminum HD 18" wrench
4) Blue handle Channel locks

Location: E4

| 3444 | 238 | 1 | **Rol-A-Lifts Model M4 Heavy Duty Moving Dolly** | 450.00 |

2000lb capacity each for 4000lb total capacity

Location: E4

| 3407 | 239 | 1 | **Heavy Duty Milwaukee Trade Titan Industrial Work cart** | 65.00 |

51" L x 26" W x 38"T
with outlets and extension.

| 3397 | 240 | 1 | **Welding Lot with Cart** | 175.00 |

includes:
Welding Wire
Premium Welding Electrodes
Hand Held Welding Mask
Welding Hammers
Welding Vise Grips
MPC Connectors
Protective Sleeve
Hoses
Dry Rod
Electro Stabilizing Ovens

Location E4

| 3424 | 241 | 1 | **Pallet of Red and Gray Bins** | 600.00 |

Approx 75 count
24"x 19.5" x 10"H each

Location: E4

| 3422 | 242 | 1 | **Gaylord Box full of Harnesses, Straps and climbing gear** | 125.00 |

Location: E4

| 3019 | 243 | 1 | **Cart with Safety Tape and Supplies** | 80.00 |

Location: E4

| 3449 | 244 | 1 | **Milwaukee Cart with Dewalt and Milwaukee Corded Band Saws.** | 700.00 |

Approx:
**Milwaukee Band Saw:**
3) 6230
2) 6225
1) Uknown
 **DeWalt Band Saws:**
3) D28770
6) DMW120
1) DW328

Location: E4

| 3381 | 245 | 1 | **8 count of Simplex duct Sensor Housing, 4 Wire** | 300.00 |

Part no: 0631149
4098-9756

Location: E4

| 3381 | 246 | 1 | **Cart with Exit signs** | 176.52 |

Location: E4

| 3019 | 247 | 1 | **Pallet lot of Exit Signs and Lights** | 276.00 |

Includes :
Exitronics, Energi-lite, beghelli, Precise and other brands. many LED, Different styles
including aluminum, thermoplastic covers and green and red colors

Location: E4

| 3463 | 248 | 1 | **15 count Philips Day-Brite DRM250 -GE -LP TypeWM** | 60.00 |

Location: E4

| 3437 | 249 | 1 | **Pallet lot of Caddy Strips, clips, jim cables, quick mount box supports and more.** | 175.00 |

Location: E4

| 3418 | 250 | 1 | **12 boxes of Assorted Socket Sets** | 45.00 |

All sets are incomplete
Includes One extra empty husky box

Location: E4

| 3449 | 251 | 1 | **Husky SH-70M Punch and Die Hole Set and Nitro Set- Solid Propellant fastener with 4 boxes of fasteners** | 385.00 |

Location: E4

| 3468 | 252 | 1 | **Burndy Electric Hydraulic Pump EPP Series** | 575.00 |

Model C
Serial# 392438

Location: E4

| 3449 | 253 | 1 | **DeWalt 24v Fan Cooled Drill with 1 Battery and 2 Chargers** | 80.00 |

Location: E4

| 3424 | 254 | 1 | **Three DeWalt 36v Drills with 2 Batteries and 2 Chargers** | 205.00 |

Comes with Carrying Case

Location: E4

| 3461 | 255 | 1 | **Milwaukee Deep Cut Corded Band Saw with Case** | 210.00 |

Powers on and sounds good. no slipping felt or heard.

Location: E4

| 3397 | 256 | 1 | **DeWalt Deep Cut Band Saw Model # D28770 with case** | 100.00 |

Ground has been removed.
Powers on and did not hear or feel slipping.

Location: E4

| 3422 | 257 | 1 | **21 Piece Large Socket Wrench Set with Case, 3 Large Wrenches and 2 Torque Bars** | 50.00 |

- Mountain 16250 torque
- CDI Torque
- 1232 MASD 32mm
- Chrome Vanadium 1-1/2
- Williams 1190 2F - 26"

Location: E4

| 3407 | 258 | 1 | **DeWalt Tool Lot** | 130.00 |

Includes:

- 20V Dewalt kit including Reciprocating Saw, Drill, Table saw, and Battery
- DeWalt Electric 1/2" Impact Wrench Model DW290 with Case- Powers on
- 18V DC527 Area Light and DC385 Reciprocating Saw with Battery

Location: E4

| 3437 | 259 | 1 | **2) Milwaukee Corded Rotary Hammer Drills with Cases** | 305.00 |

Both Power on

Location: E4

| 3449 | 260 | 1 | **Hot Bend Propane Heat Gun with Gauge and Case** | 20.00 |

Location: E4

| 3454 | 261 | 1 | **Milwaukee M18 Fuel Brushless 18v Battery Operated Deep Cut Band Saw** | 180.00 |

Comes with 1 Battery, 1 Charge and Case
Powers on

Location: E4

| 3449 | 262 | 1 | **ProLink Electric Diamond Core Drill  Model Z1Z-CF06-80** | 65.00 |

3 Speed Diamond Hand-Held Core Drill

Comes as shown with Case. See photos.
some damage on handle - taped
powers on

Location: E4

| 3386 | 263 | 1 | **WEKA Diamond Core Drill 110 Volt** | 261.00 |
| | | | **Model # 051057** | |

Comes as shown with Case
Powers on

Location: E4

| 2025 | 264 | 1 | **Milwaukee 2729-20 M18 Fuel Deep Cut Band Saw** | 175.00 |

Comes with 1 Battery and 1 charger
Powers on

Location: E4

| 3468 | 265 | 1 | **Milwaukee 2729-20 M18 Fuel Deep Cut Band Saw** | 150.00 |

Comes with 1 Battery and 1 charger
Powers on

Location: E4

| 3424 | 266 | 1 | **AirFlow Fan Controlled Industrial Heater with Thermostat control** | 115.00 |

Model # IRKU2
Serial #  DK07111365
480 V, 60HZ, 3 Phase, 36AMPS, 30KW
comes with approx 30' ± cord

tires are flat, we did not try to refill with air.

Location: E1

| | | | | |
|---|---|---|---|---|
| 3424 | 267 | 1 | **AirFlow Fan Controlled Industrial Heater with Thermostat control** | 200.00 |

Model # IRKU2
Serial # DK07111356
480 V, 60HZ, 3 Phase, 36AMPS, 30KW
comes with approx 13' +  cord

tires are flat, we did not try to refill with air.
Location: E1

| | | | | |
|---|---|---|---|---|
| 3397 | 268 | 1 | **Metal Industrial Cart full of Saw blades, Cut-off Wheels and Brushes** | 75.00 |

Many are brand new and some slightly used.
Names include  Chicago, Porter Cable , DeWalt, Camel, Radnor and Others!
Cart included

Location: E2

| | | | | |
|---|---|---|---|---|
| 2065 | 269 | 1 | **Electronics in Storage Room** | 230.00 |

Contents of shelves including computers( hard drives removed), (optiplex 360, 755 ,
Prescion T1500, dimension e520, Lenovo think center and inspiron).
Monitors( Samsung, Sony, dell, han spree, lenovo and others),
Printers (Brother, epson and hp)and other office equipment.

Please Note: Electronics Only, Shelving NOT included

Location:MB1WR

| | | | | |
|---|---|---|---|---|
| 1629 | 270 | 1 | **Six Metro Shelves** | 125.00 |

Please Note: Shelves Only, Contents not included

Location:MBWR

| | | | | |
|---|---|---|---|---|
| 2477 | 271 | 1 | **Lot of 2 Paper cutters, Two 3-hole punches and Lamp** | 10.00 |

1) Xacto Model #26312
1) Swingline #9312
1)heavy duty 3-hole punch
1) Swingline adjustable 3-hole punch
1) Electrix k609 desk light

| | | | | |
|---|---|---|---|---|
| 3381 | 272 | 1 | 1) Adtran Total Access TA 908E 2nd Gen IP Business Gateway Router 4242908L1 | 25.00 |

1) Cisco 2801
1) Cisco Catalyst 3560 Series
1) Cisco Catalyst 2950 Series
1) Cisco SF302-08Pp 8port 10/100 PoE + Managed Switch
1) Dell71PXP
1) Avocent Outlook Model 180 ES

| | | | | |
|---|---|---|---|---|
| 3381 | 273 | 1 | **Group Lot 5 Cisco Systems Catalyst Network Switches** | 25.00 |

Includes:
3) Cisco Systems Catalyst WS-C2950C-24 24 Port Managed Switches
2) Cisco Catalyst Express WS-CE520-24PC-K9 24-Port POE Network Switches.
Sold as shown.

| 3381 | 274 | 1 | **12 Cisco phones with two expansion modules** | 90.00 |

Five) 7945 Model
Two) 7965
Two) 7970
One) 7975
Two) 7916 Expansion Modules

| 3381 | 275 | 1 | **Lot of 32 Nortel Network** | 40.00 |

21) T7208 Charcoal Avaya phones two without handsets.
11) T7316e Carcoal Avaya phones One without headset

| 3397 | 275A | 1 | Yamaha Home Cinema Projector LPX - 500 | 36.00 |

| 2032 | 276 | 1 | **8 IBM think Pads** | 55.00 |

1) A31
3) T42s
1) R60 with extra battery
2) T60 1)T61

Condition unknown. No cords. Hard drives removed

| 1964 | 277 | 1 | **Three Dell Optiplex Computers** | 40.00 |

2) Optiplex 745's
1) Optiplex 755
Hard Drives Removed
No cords.

| 2682 | 278 | 1 | **Dell Inspiron All in One** | 0.00 |
Refurbished
Hard Drive removed.
Powers on.
No cord.

| 3424 | 279 | 1 | **HP color lastejet M452dn** | 100.00 |

Powers on. See photos for printed pages.

| 3019 | 280 | 1 | **POLYCOM Group Lot** | 227.22 |

Includes:
1) in the box sound station 2w with accessories
1) sound station 2 with wall module and miscellaneous cords.
1) Sound station 2w console.
1) sound station 2 console.
1) sound station 2 base and wall module.

| 3463 | 281 | 1 | **Two Dell XPS All in One Personal Computers** | 85.00 |

1) 20"- see photos for details
1) 23" monitor size
Both Power on
ard Drives Removed.

| 1226 | 282 | 1 | **Two metro shelves on wheels** | 150.00 |

Each unit measures approx : 76"h x 48"w x 18"d Includes several shelf liners

| - | 283 | 1 | **Wooden handcrafted drafting table** | - | - |

73" x 37.5" x 33"

| 3401 | 284 | 1 | **U-desk** | 351.00 |

With Shelving pull-out keyboard tray and overhead light

D: Total height 70" Desk 29" Total length 70" Total width 104"

| 3401 | 285 | 1 | **Conference Room Table** | 51.00 |

Approx. 12' L x 4' across at widest and 41" at each end.
Heavy Table

Location: MO2M

| 3424 | 286 | 1 | **Two La-Z-Boy Chairs** | 205.00 |

| 2065 | 287 | 1 | **Executive Desk** | 145.00 |

73" x 37"d x 30.5 " h

| 2697 | 288 | 1 | Junior executive desk with complementary cabinet | 55.00 |

Desk: 66.75 w x 24" d x 30.5 h

Cabinet: 78.5" h x 32" w x 12.5" d

| 2065 | 289 | 1 | **Two double drawer file cabinets** | 40.00 |

| 3397 | 290 | 1 | **Book Case** | 30.00 |

Measuring approx: 78.5"h x 32"w x 12.5"d

| 2065 | 291 | 1 | **Desk** | 70.00 |

| 2697 | 292 | 1 | **Desk with Hutch** | 85.00 |

Measuring approx: 81"h x 67"w x 24"d

| 3485 | 293 | 1 | **GLOBAL 3 drawer lateral file with wood grain top** | 80.00 |

| 3397 | 294 | 1 | **Two black Global File Cabinets** | 20.00 |

Each unit measures approx: 36"w x 65.5"h x 18"d

| 2065 | 295 | 1 | **Two-drawer lateral file** | 30.00 |

D:30.5" x 36" x 24"
Similar to lot 296

| 2065 | 296 | 1 | **Desk** | 60.00 |

D:30" x 72" x 36"

| 2065 | 297 | 1 | **Lateral File** | 30.00 |

With lock
Wear on top
Printer Shown in photo not included
D: 30.5" x 42" x 32"

| 3401 | 298 | 1 | **Cherry Color Bookcase** | 40.00 |

Particle board backing and adjustable shelves.

D : 72"h x 35.5"w x 14"d.

| 2065 | 299 | 1 | **Executive U-desk With Hutch** | 553.00 |

Please see photos for minor damage
D: 69.5" x 84" x 25" Whole unit measuring 112" Desk measuring 29" x 36"

| 3424 | 300 | 1 | **4' x6' Quartet Dry-erase Board** | 30.00 |

| 3401 | 301 | 1 | **Three Shelves** | 201.00 |

| 3463 | 302 | 1 | **Two 8' Fiberglass Step Ladders** | 150.00 |

Type 1A
1) Werner
1) Louisville

Location: NE

| 3424 | 303 | 1 | **Two Double-sided Fiberglass Step Ladders** | 125.00 |

One 8' Werner type 1A
One 6' Louisville yellow.

| 1795 | 304 | 1 | **Three Louisville double-sided fiberglass step ladders** | 170.00 |

One) 6'
One) 8'
One) 10'

Location: NE

| 1795 | 305 | 1 | **8' Werner Type 1A Double-Sided Fiberglass Ladder** | 65.00 |

Location: NE

| 1226 | 306 | 1 | **10' Louisville Double-Sided Fiberglass Step Ladder** | 100.00 |

Location: NE

| 3461 | 307 | 1 | **12' Louisville Double Sided Fiberglass Step Ladder** | 100.00 |

Location: NE

| 3463 | 308 | 1 | **Six Fiberglass Step Ladders** | 300.00 |

(2) 8' Werner Type 1A
(2) 10' Louisville and Werner
(2) 12' Louisville and Werner

Location: NE

| 2114 | 309 | 1 | **Five 12' Fiberglass Step Ladders** | 300.00 |

Location: NE

| 3463 | 310 | 1 | **Five 10' Fiberglass Step Ladders** | 200.00 |

Husky, Werner, and Louisville brands.

Location: NE

| | | | | |
|---|---|---|---|---|
| 3461 | 311 | 1 | **Six Fiberglass Step Ladders - Werner and Louisville brands** | 190.00 |

- Two 8'
- Two 10'
- Two 12'

Location: NE

| 3476 | 312 | 1 | Four Fiberglass Step Ladders | 185.00 |
|---|---|---|---|---|

- 6' Werner
- 8' Louisville
- 10' Werner
- 12' Louisville

Location: NE

| 3397 | 313 | 1 | **Two 8' Louisville Type 1A Fiberglass Step Ladders** | 85.00 |
|---|---|---|---|---|

Location: NE

| 3463 | 314 | 1 | **Four 8' Fiberglass Step Ladders** | 225.00 |
|---|---|---|---|---|

Location: NE

| 2798 | 315 | 1 | **28' Louisville Fiberglass Extension Ladder** | 131.00 |
|---|---|---|---|---|

Location: NE

| 3463 | 316 | 1 | **Four 8' Fiberglass Ladders** | 175.00 |
|---|---|---|---|---|

(2) Werner
(2) Louisville brands

Location: NE

| 1226 | 317 | 1 | **12' Werner Fiberglass Step Ladder** | 100.00 |
|---|---|---|---|---|

Location: NE

| 3397 | 318 | 1 | **Three Fiberglass Step Ladders** | 185.00 |
|---|---|---|---|---|

- 8' Louisville Type 1A
- 10' Husky
- 12' Werner

Location: NE

| 3462 | 319 | 1 | **Two 12" Step Ladders** | 200.00 |
|---|---|---|---|---|

1) Green Bull Fiberglass
1) Louisville Double Sided

Location: NE

| 3463 | 320 | 1 | **Three 12' Fiberglass Step Ladders** | 205.00 |
|---|---|---|---|---|

1) Louisville Double Sided
1) Werner
1) Bauer

Location: NE

| | | | | |
|---|---|---|---|---|
| 3461 | 321 | 1 | **Seven 8' Fiberglass Step Ladders - Type 1A** | 250.00 |

1) Werner Double-Sided
3) Werner
3) Louisville

Location: NE

| | | | | |
|---|---|---|---|---|
| 3463 | 322 | 1 | **Twelve 8' Fiberglass Step Ladders** | 351.00 |

4) Husky Type 1
3) Louisville Type 1A
5) Werner

Location: NE

| | | | | |
|---|---|---|---|---|
| 3461 | 323 | 1 | **Twelve 8' Fiberglass Step Ladders** | 205.00 |

Green Bull, Louisville, and Werner brands

Location: NE

| | | | | |
|---|---|---|---|---|
| 3463 | 324 | 1 | **Twelve 8' Fiberglass Ladders** | 425.00 |

5) Werner brand
3) Louisville brand
2) Green Bull Brand
2) Husky brand

Location: NE

| | | | | |
|---|---|---|---|---|
| 3438 | 325 | 1 | **8' Louisville Type 1A Double-Sided Fiberglass Trestle Extension Ladder** | 155.00 |

Location: NE

| | | | | |
|---|---|---|---|---|
| 3424 | 326 | 1 | **Four Double-Sided Fiberglass Step Ladders** | 285.00 |

- 12' Louisville Type 1A
- 10' Louisville
- 8' Werner Type 1A
- 6' Louisville

Location: NE

| | | | | |
|---|---|---|---|---|
| 3461 | 327 | 1 | **Three Double Sided Fiberglass Step Ladders** | 185.00 |

- 12' Werner brand-Type 1A
- 8' Werner brand
- 6' Louisville brand

Location: NE

| | | | | |
|---|---|---|---|---|
| 1541 | 328 | 1 | Two Double-Sided Fiberglass Step Ladders, Type 1A | 95.00 |

- 6'
- 4'

Location: NE

| | | | | |
|---|---|---|---|---|
| 2639 | 329 | 1 | **Greenlee Job Box** | 110.00 |

model # 2448/06326, 16 cuft, 2' x 2' x 4', on casters. #4745 on front

Location: SE

| | | | | |
|---|---|---|---|---|
| 3462 | 330 | 1 | **Greenlee Job Box, model# 2448/23273** | 80.00 |

16 cuft, 2' x 2' x 4',
on casters.
#3326 on top

Location: SE

| 3449 | 331 | 1 | **Greenlee Job Box, 2' x 2' × 5', 20 sqft.** | 90.00 |
|---|---|---|---|---|

Location: SE

| 3449 | 332 | 1 | **JOBOX, 16 cuft, 2' x 2' x 4', on casters, forklift compatible.** | 90.00 |
|---|---|---|---|---|

Location: SE

| 3397 | 333 | 1 | **Job Box with shelves** | 125.00 |
|---|---|---|---|---|

5' long x 4' high x 33"w at bottom, 19"w at top, two doors open 180 degrees, 3 shelves, on casters.

Location: SE

| 3476 | 334 | 1 | Knaack Job Box | 325.00 |
|---|---|---|---|---|

61"w x 31"d x 46"h, pneumatic assist on folding lid, two shelves, on casters, lots of storage.

Location: SE

| 2025 | 335 | 1 | **(2) large Job Boxes and contents** | 325.00 |
|---|---|---|---|---|

Approximately 61"w x 31"d x 46"h, folding lid, two shelves, on casters, lots of storage.
Missing gas shocks to assist in lifting lids and holding them in the open position. The lids are VERY heavy and extreme caution should be used when lifting and lowering them.

Location: SE

| 3407 | 336 | 1 | **JOBOX model # 1-688990** | 375.00 |
|---|---|---|---|---|

60"w by 30.5"d by 35"h, about 45 cuft, on casters, forklift compatible, strong pneumatic lift on folding lid, 1 shelf, 2 cubbies.

Location: SE

| 3397 | 337 | 1 | **JOBOX, 20 cuft.** | 80.00 |
|---|---|---|---|---|

60" x 24" x 24", on casters, auxiliary lock strap.

Location: SE

| 3397 | 338 | 1 | **Greenlee Job Box and contents** | 95.00 |
|---|---|---|---|---|

16 cuft, 4' x 2' x 2', on casters.

Location: SE

| 2114 | 339 | 1 | **JOBOX and contents** | 75.00 |
|---|---|---|---|---|

25 cuft, 48" x 30" x 30", on casters, stuffed full of tire sox.

Location: SE

| 3476 | 340 | 1 | **Large JOBOX** | 215.00 |

50 cuft, 5'w x 4'h x 30"d, 2 shelves, 2 side bins, strong pneumatic lift on hinger lid, on casters.

Location: SE

| 3476 | 341 | 1 | **Large JOBOX and contents** | 225.00 |

50 cuft, 5'w x 4'h x 30"d, 2 dhelved, 2 side bins, strong pneumatic lift on hinger lid, on casters.

Location: SE

| 3437 | 342 | 1 | **Large JOBOX** | 275.00 |

50 cuft, 60" w by 24"d by 60"h, 3 shelves, 3 bins in each door, doors open 180 degrees, on casters.

Location: SE

| 3444 | 343 | 1 | **Large JOBOX, Model # 694990** | 425.00 |

50 cuft, 60" w by 24"d by 60"h, 3 shelves, 3 bins in each door, doors open 180 degrees, on casters.

Location: SE

| 2114 | 344 | 1 | **JOBOX and contents** | 75.00 |

16 cuft, 2' x 2' x 4', on casters, forklift compatible, auxiliary locking strip.

Location: SE

| 1964 | 345 | 1 | **Small JoBox and Contents** | 125.00 |

42" x 20" x 20"

Location: SE

| 1964 | 346 | 1 | **Metal Junction Boxes and Trim Rings** | 20.00 |

Location: W6

| 1661 | 347 | 1 | **Assorted Metal Junction Boxes and Trim Rings** | 10.00 |

Location: W6

| 3397 | 348 | 1 | **Various lengths + gauges of wire + cable** | 35.00 |

Location: W1

| 3397 | 348A | 1 | **Various lengths + gauges of wire + cable** | 35.00 |

Location: W1

| 3397 | 348B | 1 | **Various lengths of cable** | 35.00 |

Location: W1

| 3395 | 349 | 1 | **Two (2) Burndy Batool Batcut Cable Cutters with Greenlee ESG50GL Battery Cable Cutter** | 125.00 |

1 Burndy states refurbished and other one may be in need of repair
Greenlee comes with Maktia battery charger in need of repair

Location: OCL2

| 3476 | 350 | 1 | Large JOBOX, Model # 690990, LOCKED, who knows what's inside!?? (rolls like it's empty) 50 cuft, 60" w by 24"d by 60"h, doors open 180 degrees, on casters. Extra 30" x 20" x 8" storsge compartment bolted on to the side. | 235.00 |
|---|---|---|---|---|
| 3476 | 351 | 1 | Large Job Box and contents, 60"w by 57"h x 24"w, on casters. | 300.00 |
| 2025 | 352 | 1 | Large Knaack Tool Box, 48"w by 47"h by 30"d, almost 40cuft, strong pneumatic lift on hinged lid, three shelves, on casters. | 150.00 |
| 3449 | 353 | 1 | JOBOX model # 656990 R4, 48" x 30" x 30", 25cuft, on casters. | 100.00 |
| 3476 | 354 | 1 | The JoBox EXTRA Heavy-Duty Field Office Model # 1-674990; Heavy duty casters; Power outlets; Storage in doors; Slanted top desk with storage underneath; Side Door access for lower storage; Overall Width: 63 ½ in, Overall Depth: 42 in, Overall Height: 85" | 350.00 |
| 3437 | 355 | 1 | The JoBox EXTRA Heavy-Duty Field Office Model # 1-674990; Heavy duty casters; Power outlets; Storage in doors; Slanted top desk with storage underneath; Side Door access for lower storage; Overall Width: 63 ½ in, Overall Depth: 42 in, Overall Height: 85" | 450.00 |
| 3476 | 356 | 1 | The JoBox EXTRA Heavy-Duty Field Office Model # 1-674990; Heavy duty casters; Power outlets; Storage in doors; Slanted top desk with storage underneath; Side Door access for lower storage; Overall Width: 63 ½ in, Overall Depth: 42 in, Overall Height: 85" | 350.00 |
| 3485 | 357 | 1 | The JoBox EXTRA Heavy-Duty Field Office Model # 1-674990; Heavy duty casters; Power outlets; Storage in doors; Slanted top desk with storage underneath; Side Door access for lower storage; Overall Width: 63 ½ in, Overall Depth: 42 in, Overall Height: 85" | 305.00 |
| 3476 | 358 | 1 | The JoBox EXTRA Heavy-Duty Field Office; Heavy duty casters; Power outlets; Storage in doors; Slanted top desk with storage underneath; Side Door access for lower storage; Overall Width: 60 in plus handles, Overall Depth: 43 in, Overall Height: 90 in. | 230.00 |
| 3476 | 359 | 1 | The JoBox EXTRA Heavy-Duty Field Office; Heavy duty casters; Power outlets; Storage in doors; Slanted top desk with storage underneath; Side Door access for lower storage; Overall Width: 60 in plus handles, Overall Depth: 43 in, Overall Height: 90 in. | 230.00 |
| 3437 | 360 | 1 | JOBOX model # 1-656990, 48" x 30" x 30", 25cuft. | 150.00 |
| 3437 | 361 | 1 | JOBOX model # 656990 R4, 48" x 30" x 30", 25cuft, on casters. | 125.00 |
| 3476 | 362 | 1 | JOBOX model # 1-688990, 60"w by 30.5"d by 35"h, about 45 cuft, on casters, forklift compatible, strong pneumatic lift on folding lid, 1 shelf, 2 cubbies. | 305.00 |
| 3407 | 363 | 1 | **Wacker Electric Breaker Typ EH27/115** | 425.00 |
| | | | Art.-Nr. 0008396 Powers on. | |
| | | | Location: W5 | |
| 3381 | 364 | 1 | **Siemens P4 Box P4E75ML800ETS** System: 480/277V 30 4W Siemens PB75 ITE P4 32X10X75 Panelboard Box 3) 30 amp breaker 2) 50 amp breakers 4) 60 amp breakers | 245.00 |

Unwrapped for photos

| 3381 | 365 | 1 | **Cutler Hammer Pow-R-Line C with Breakers** | 100.00 |

Panel Type: PRL-4B
PNL.AMPS:250
Volts 480y/277v
Phase 3
wire 4w

| 3381 | 366 | 1 | **Seimens P4 E75ML800EBS** | 200.00 |

S.O. 300 514 8609
Cat. No. PB75
Enclosure type 1
System:480Y/277V 30 4W

| 3434 | 367 | 1 | **Cutler-Hammer Dry Type Distribution Transformer** | 100.00 |

Cat No. V48M28T30EE

| 3443 | 368 | 1 | **Two ACME Transformer Cat.No. T-2-53648-1S and a Federal Pacific Cat. No. P27GF21-3** | 20.00 |

| 3434 | 369 | 1 | **Square D 3 Phase General Purpose Transformer Cat. No. EE30T1814HISCU** | 100.00 |

| 3434 | 370 | 1 | **Square D  Sorgel 3 Phase Insulated Transformer Cat. No. 15T3HIS** | 100.00 |

| 3484 | 371 | 1 | Rope ! Muletape! Lubricant! | 220.00 |

| 3476 | 372 | 1 | Contents of the "Cage"
Tools, Tools and more tools.
Tons of power tools, many tested and running.
Drills, sawzalls, hammer drills and many more
Electric and battery, many with cases.
welder, parts, cabinet , hand tools.
Please preview. This could be the one to buy! | 1275.00 |

| 3449 | 373 | 1 | **Two Greenlee Bender 6" PVC Heater Model 848 and 847** | 200.00 |

Not tested; one missing power cord.

Location:  W5

| 3476 | 374 | 1 | **Greenlee Bender PVC Heater Model 849** | 190.00 |

Powers on.

Location: W5

| 3476 | 375 | 1 | **Greenlee Bender PVC Heater Model 849** | 190.00 |

Powers on.

Location: W5

| 3464 | 376 | 1 | **Greenlee Bender PVC Heater Model 849 with Additional Heating Element in Box** | 151.00 |

Powers on.

Location: W5

| 3464 | 377 | 1 | **EZ Bend PVC Bender Model EZ-4** | 10.00 |

Powers on.

Location: W5

| 3378 | 378 | 1 | **Ensley Electric PVC Bender Model 19-E37** | 20.00 |

Powers on.

Location:  W5

| 3438 | 379 | 1 | **Greenlee 1/2" - 4" Electric PVC Heater/Bender Model 851 with Greenlee 35592 Heating Element** | 170.00 |

Powers on.
Heating element in box, not tested.

Location: W5

| 3437 | 380 | 1 | **Current Tools 505 1000lb Conduit Rack** | 100.00 |

Location: NW2

| 3437 | 381 | 1 | **Current Tools 505 1000lb Conduit Rack** | 100.00 |

Location: NW2

| 3476 | 382 | 1 | **Current Tools 505 1000lb Conduit Rack** | 105.00 |

Location: NW2

| 2154 | 383 | 1 | **Current Tools 505 1000lb Conduit Rack** | 100.00 |

Location: NW2

| 3437 | 384 | 1 | **Current Tools 505 1000lb Conduit Rack Note: This is ONE cart.** | 100.00 |

Location: NW2

| 3448 | 385 | 1 | **Current Tools 505 1000lb Conduit Rack** | 80.00 |

Location: NW2

| 3448 | 386 | 1 | **Current Tools 505 1000lb Conduit Rack** | 90.00 |

Location: NW2

| 3437 | 387 | 1 | **Mac Rack Conduit Rack** | 70.00 |

Location: NW2

| 3389 | 388 | 1 | **Current Tools Wire Tree Rack Model 503** | 40.00 |

Location: NW2

| 3482 | 389 | 1 | **Current Tools Wire Tree Rack Model 503** | 40.00 |

Location: NW2

| | | | | |
|---|---|---|---|---|
| 3464 | 390 | 1 | **Greenlee Wire Spool Cart Model 909** | 30.00 |

225 lb. Load Capacity

Location: NW2

| | | | | |
|---|---|---|---|---|
| 3473 | 391 | 1 | **Greenlee Wire Spool Cart Model 909** | 30.00 |

225 lb. Load Capacity

Location: NW2

| | | | | |
|---|---|---|---|---|
| 3437 | 392 | 1 | **Mac Rack Conduit Rack** | 100.00 |

Location: NW2

| | | | | |
|---|---|---|---|---|
| 3464 | 393 | 1 | **Greenlee Wire Spool Cart Model 909** | 20.00 |

225 lb. Load Capacity

Location: NW2

| | | | | |
|---|---|---|---|---|
| 3436 | 394 | 1 | **Lot of 2 Drywall Carts by Perry Model PD-3** | 126.00 |

Location: W6

| | | | | |
|---|---|---|---|---|
| 3438 | 395 | 1 | **Greenlee Wire Cart Model 911** | 90.00 |

Location: W6

| | | | | |
|---|---|---|---|---|
| 3437 | 396 | 1 | **Greenlee Wire Cart Model 911** | 40.00 |

Location: W6

| | | | | |
|---|---|---|---|---|
| 3437 | 397 | 1 | **Greenlee Wire Cart Model 911** | 35.00 |

Location: W6

| | | | | |
|---|---|---|---|---|
| 3437 | 398 | 1 | **Maxis Wire Wagon Model 535 with Smaller Cart** | 100.00 |

Location: NW1

| | | | | |
|---|---|---|---|---|
| 3462 | 399 | 1 | **Maxis Wire Wagon Model 535** | 110.00 |

Location: NW1

| | | | | |
|---|---|---|---|---|
| 1806 | 400 | 1 | **Miscellaneous lighting lot** | 125.00 |

Includes: Contents of 4 sections of pallet racking.-
Omni Surge Protection devices, bulbs from Philips, damar, Sylvania, GE, many common
industrial and commercial uses.
Fixtures, Exit Signs, under cabinet fixtures, Can Recessed Lghting, transformers, and more!
Racking NOT included.

| | | | | |
|---|---|---|---|---|
| 3444 | 401 | 1 | **Faultless Nutting Industrial Cart on Casters** | 125.00 |

Location: NW3

| | | | | |
|---|---|---|---|---|
| 3444 | 402 | 1 | **Faultless Nutting Industrial Cart on Casters** | 50.00 |

Location: NW3

| 3424 | 403 | 1 | **Faultless Nutting Industrial Cart on Casters** | 100.00 |

Location: NW3

| 3424 | 404 | 1 | **Faultless Nutting Industrial Cart on Casters** | 100.00 |

Location: NW3

| 3444 | 405 | 1 | **Faultless Nutting Industrial Cart on Casters** | 50.00 |

Location: NW3

| 3424 | 406 | 1 | **Faultless Nutting Industrial Cart on Casters** | 100.00 |

Contents NOT included.

Location: W3

| 1874 | 407 | 1 | **Ratchet Soil Pipe Cutter** | 41.00 |

Photos coming soon
Location: W3

| 3424 | 408 | 1 | **Group Lot of 4 Milwaukee Tools** | 125.00 |

Location: Office

| 3424 | 409 | 1 | **Group Lot of 3 DeWalt Tools** | 125.00 |

Location: Office

| 3476 | 410 | 1 | **Group Lot of 4 DeWalt Tools** | 150.00 |

Location: Office

| 1700 | 411 | 1 | **Group Lot of 3 Milwaukee Tools** | 177.00 |

Location: Office

| 3463 | 412 | 1 | Cart of 12 metal and plastic gas cans, 2 milk crates and a garbage pail full of digging tools, sledge hammers, etc., at least 55 pieces.. | 195.00 |
| 3449 | 413 | 1 | Greenlee Slug Cutter, Hydraulic Punch Driver Set - Lot | 475.00 |
| 3449 | 414 | 1 | Greenlee Slug Cutter, Hydraulic Punch Driver Set - Lot | 650.00 |
| 3449 | 415 | 1 | Greenlee Slug Cutter, Hydraulic Punch Driver Set - Lot, everything on cart, and cart. | 1060.00 |
| 3476 | 416 | 1 | GREENLEE Slug Buster Knockout Punch Set | 275.00 |
| 3436 | 417 | 1 | Hole Saw Lot and Cart | 125.00 |

| 3454 | 418 | 1 | **Cart full of large crimpers, wire cutters, drill bits, fish tape, and measuring devices ( some new)** | 150.00 |

| 3019 | 419 | 1 | **Cart and Electronics lot** | 30.00 |

| 2032 | 420 | 1 | **The contents of (5) carts. And the carts.** | 90.00 |

Includes :
several Veris H6811-400A-5A Split Core Current Transformers
spring channel nuts emerson product, hubbell
body fluids barrier kits, big black tarp, rings, clamps,  connectors, lugs, switch boxes, lutron , panduit.. so much more

| 3443 | 421 | 1 | **Bulk Lot Flexible Steel Conduit in Various Sizes and Lengths** | 30.00 |

Location: W5

| 1250 | 422 | 1 | **(5) GE TRANQUELL - Series Wall Mounted Low and Medium Exposure Surge Protection Devices (SPD's)** | 201.00 |

Includes cart.

| 3449 | 423 | 1 | • **GRIP (Grand Rapids Industrial Products) Ratchet + Sockets set (complete)**<br>• **Huskie hydraulic punching tool set w/ metal box Model SH-70F** | 226.00 |

| 1964 | 424 | 1 | **Stay warm while you work**<br>**Includes** | 175.00 |

- GreenLee knockout punch set
- Ratcheting box end wrench 7238SB
- Case Marley movable heater 402A (works)
- AirKing heater (power light on but won't run)
- Hilti TE50 CombHammer (works)

| 3397 | 425 | 1 | **DeWalt Batteries and chargers Plus Grinding wheels** | 150.00 |

- 4 DeWalt 36V batteries w/ 2 chargers (works)
- 3 boxes of CGW grinding wheels
- One box Bluetire grinding wheels
- One box Brill-Tex grinding wheels
- One box Suhner grinding wheels

| 3407 | 426 | 1 | **Hilti TE706 chiseling tool w/ case runs** | 250.00 |

| 3476 | 427 | 1 | **Hammer time** | 275.00 |

- Bosch 0611245739 electric hammer (powers on)
- DeWalt electric 19/16" rotary hammer 10451 (powers on)
- DeWalt electric 19/16" rotary hammer D25550 (powers on)

| 1964 | 428 | 1 | Drills and saw | 150.00 |

- Hilti TE 55 electric power drill (works)
- DeWalt D25303 rotary hammer steel drilling
- Skill saw electric (works)

| 3484 | 429 | 1 | **Three Drills** | 200.00 |

- Bosch SDS-plus electric hammer drill w/ case 0611236739 (runs)
- Hilti TE 804 hammer drill-electric (runs)
- DeWalt D25313 electric drill (works)

| 1964 | 430 | 1 | **Drill, Bits, Cutters, Chisels and fire strobes** | 225.00 |

- Hilti TE 5 electric power drill w/ case (works)
- Greenlee 7306SB knockout punch + hydraulic driver set w/ case (not complete)
- Hilti case full of drillbits + 2 way cutters (Milwaukee and other brands) + two chisels
- Four brand new Cooper Wheelock fire strobe speaker 113166

| 3449 | 431 | 1 | **Dewalt and Greenlee lot** | 435.00 |

- Greenlee slug buster set w/ hydraulic hand pump in metal case
- DeWalt 18V battery cordless drill/driver/hammer drill w/ battery + charger in case 117776 (works)
- DeWalt electric 1/2 " right angle drill DW120, looks almost new w/ case (works)

sold as shown, sets may not be complete

| 3397 | 432 | 1 | **DeWalt Saw and Drill with Z Tap** | 90.00 |

- DeWalt cordless 18V band saw DSC370 w/ 2 batteries + charger (works)
- Z Tap ceramic hole cutter in metal box
- DeWalt cordless 18V drill/driver DW959 in case with battery + charger (works)

| 3424 | 433 | 1 | **(2) DeWalt 18v Cordless Driills with batteries and cases.** | 125.00 |

| 3485 | 434 | 1 | **(3) DeWalt 18v Cordless Drills with batteries and cases.** | 185.00 |

| 3463 | 435 | 1 | **(3) Dewalt Cordless 18v drills with battery charger, and cases** | 160.00 |

- Hammer Drill
- XRP Drill
- Impact Drill/Driver

| 1874 | 436 | 1 | **Ideal Power Blade Cable Cutter and case** | 101.00 |
| | | | **DeWalt 18v 1/2" cordless drill with battery charger and case** | |

| 3407 | 437 | 1 | **(23) Masonry Drill Bits** | 80.00 |

Mostly DeWalt spline base 3/8", 1/2", 5/8" by 10".
Hilti 1" x 13", New
Powers 3/4" by 12".

| 3434 | 438 | 1 | 38 pieces of Perma-Cote 400-CON approx 12' each | 200.00 |

| 3434 | 438A | 1 | Over 100 pieces of galvanized pipe variety of sizes approx 12' each | 200.00 |

| 3436 | 439 | 1 | **Cart with something Every Truck needs** | 135.00 |

Rope, Straps, Winches, Come-alongs, Basket of Truck tire Chains and Trailer hitches.

| 1964 | 440 | 1 | **Cart Full of Drill Bits and Electrical Parts** | 105.00 |

| 1806 | 441 | 1 | **Entire contents of shelf Including but not limited to:** | 175.00 |

Bond Brushings
4" connectors
4" Lock Rings Seal Tight Connectors
Lock Nuts Various Size Couplings
3" Fiber Bushing
3" Insulated Lock Rings
And more. See Photos

Location: NW1

| 3436 | 442 | 1 | **Lot of 2 carts** | 175.00 |

Plus an opened box of packing tape.

Location: NW1

| 3397 | 443 | 1 | **Section Lot of IMC and Western Conduit and PVC** | 10.00 |

| 3382 | 444 | 1 | **Lot of conduit and pvc** | 50.00 |

| 3434 | 445 | 1 | **Entire Contents of 3 sections of Pallet racking** | 200.00 |

Including but not limited to:
 Various sizes of bushings, Enclosures Lock rings, Compression couplings, Compression connectors, Pushbottom enclosures breaker boxes and switch boxes

Please preview or ask questions before bidding.
Racking is NOT included,
But, bins, buckets and boxes in this section are yours to use.

| 3434 | 446 | 1 | **Contents of 4 shelves in one section of Pallet racking** | 150.00 |

See Photos
Includes:
Bins and boxes of pipe and conduit clamps, chain link, beam clamps, fixture wires, connectors, end clamps and more.

Please preview or ask questions before bidding.
Racking is NOT included,
But, bins, buckets and boxes in this section are yours to use.

| 3382 | 447 | 1 | **Contents of 3 shelves and underneath One Section of Pallet Racking - See Photos** | 250.00 |

Includes:
Several Boxes of Tork 5440 4 Contactors, 40AMP, 24V Coil 120-480V
Several Boxes of Pushbutton Enclosure  cr104pes 12b
Several Boxes of Square d 9001ky4 Enclosures
Bunches of Brackets, Boxes, washers, plastic and metal electrical gang boxes, rings, clamps, and more.

Please preview or ask questions before bidding.
Racking is NOT included,
But, bins, buckets and boxes in this section are yours to use.

| 2114 | 448 | 1 | **Contents of  Section of Pallet Racking** | 100.00 |

Includes:
Wire mold 881 PvC outlet boxes
Crouse-Hinds TP543 tile wall covers

Caddy Products - clamps, covers, brackets, hangers clips, supports, and more
Brands include Thomas and Betts, Cooper B-line, Steel City, Old Work

**Please preview or ask questions before bidding.**
**Racking is NOT included,**
**But, bins, buckets and boxes in this section are yours to use.**

| | | | | |
|---|---|---|---|---|
| 3019 | 449 | 1 | Contents on 3 shelves + 2 overhang shelves ( side by side) | 128.00 |

Includes:
Caddy Products and misc items
See Plcs.

**Please preview or ask questions before bidding.**
**Racking is NOT included,**
**But, bins, buckets and boxes in this section are yours to use.**

| | | | | |
|---|---|---|---|---|
| 3462 | 450 | 1 | **Contents of Lower shelf and Underneath** | 110.00 |

Includes:
Polaris insulated  connectors ( variety of wire entry numbers)
WireMold products
Lugs
Transformer connectors
Seimens supplies
Boxes

**Please preview or ask questions before bidding.**
**Racking is NOT included,**
**But, bins, buckets and boxes in this section are yours to use.**

| | | | | |
|---|---|---|---|---|
| 1874 | 451 | 1 | **Group Lot of Commercial Breakers** | 20.00 |

Location: W2

| | | | | |
|---|---|---|---|---|
| 1874 | 452 | 1 | **Group Lot of Commercial Breakers** | 20.00 |

Location: W2

| | | | | |
|---|---|---|---|---|
| 2696 | 453 | 1 | **Group Lot of Commercial Breakers** | 0.00 |

Location: W2

| | | | | |
|---|---|---|---|---|
| 2696 | 454 | 1 | **Group Lot of Commercial Breakers** | 0.00 |

Location: W2

| | | | | |
|---|---|---|---|---|
| 2696 | 455 | 1 | **Group Lot of Commercial Breakers** | 0.00 |

Location: W2

| | | | | |
|---|---|---|---|---|
| 1874 | 456 | 1 | **Group Lot of Commercial Breakers** | 20.00 |

Location: W2

| | | | | |
|---|---|---|---|---|
| 1874 | 457 | 1 | **Group Lot of Commercial Breakers** | 20.00 |

Location: W2

| | | | | |
|---|---|---|---|---|
| 1874 | 458 | 1 | **Group Lot of Commercial Breakers** | 20.00 |

Location: W2

| 1874 | 459 | 1 | **Group Lot of Commercial Breakers** | 20.00 |
|---|---|---|---|---|

Location: W2

| 1874 | 460 | 1 | **Group Lot of Commercial Breakers** | 20.00 |
|---|---|---|---|---|

Location: W2

| 3464 | 461 | 1 | **Group Lot Ferraz Shawmut Tri-Onic Fuses TRS-200-R** | 10.00 |
|---|---|---|---|---|

Location: W2

| 2032 | 462 | 1 | **Panduit FSTMC6BL ST OptiCam Pre-Polished Cam Style Simplex MultiMode Fiber Optic Connector** | 50.00 |
|---|---|---|---|---|

8x 10pc boxes, 80 pcs Total, sealed bags.

Location: W2

| 3464 | 463 | 1 | **Metal 2 tiered industrial cart w/ Greenlee 796 ratchet cable bender in box (not complete) + 2 plastic trays** | 85.00 |
|---|---|---|---|---|

Location: W8

| 3449 | 464 | 1 | **2 rolling carts w/ hydraulic hand pump + multiple punch die cuts** <br> **10 empty plastic + metal Greenlee boxes** | 700.00 |
|---|---|---|---|---|

Location: W8

| 3449 | 465 | 1 | **Lot of rigid shop vacs, hoses, Shop-Vac and Greenlee** <br> 690 power fishing systems <br> Also includes plastic tubs of Greenlee conduit piston in various sizes and 1 Hoover portable vac | 350.00 |
|---|---|---|---|---|

Location: W8

| 3482 | 466 | 1 | **Greenlee UT-2 cable puller 2000 lbs pulling capacity** | 860.00 |
|---|---|---|---|---|

Location: W8

| 3449 | 467 | 1 | **Greenlee 654 rope reel stand, 3 smaller sizes + Greenlee wheeled stand** | 85.00 |
|---|---|---|---|---|

Location: W8

| 3410 | 468 | 1 | **Greenlee 6805 cable puller wheeled box w/ contents** <br> Includes ultra cable puller, pipe adapter, sheave, puller pin, cable feeding sheave | 475.00 |
|---|---|---|---|---|

You are buying what is shown - set may or may not be complete

Location: W8

| 3449 | 469 | 1 | **2 Greenlee #777 bender, 1 1/4 thru 4 inch in metal box** | 200.00 |
|---|---|---|---|---|

You are buying what is shown- sets may or may not be complete

Location: W8

| 3449 | 470 | 1 | **5 Greenlee metal boxes for 555 bender, Greenlee 6037 floor mount, one shoe, 3 pulleys + attachments** | 1050.00 |
|---|---|---|---|---|

Location: W8

| 3449 | 471 | 1 | **26 rigid die heads, self-opening** | 2350.00 |

Location: W8

| 3449 | 472 | 1 | **Four Tristands with 5 pans** | 450.00 |

2) #450 rigid Tristands
2) #460 Tristands w/ 5 plastic shavings and oil drain pans

Location: W9

| 3449 | 473 | 1 | **4 Tristands** | 475.00 |

3 Rigids (460 + 40A) and one Berkley
5 rigid oil/shavings drain pans

Location: W9

| 3449 | 473A | 1 | **4 rigid TrisTawds (404, 450, 460, 460)** **2 rigid oil/shavings drain paw and 14 (no brand) drip paws** | 400.00 |

Location: W9

| 3449 | 473B | 1 | **Four #460 rigid Tristands + one Berkley Tristand, one rigid oil/shavings drain pan + 3 regular drip pans** | 375.00 |

Location: W9

| 3463 | 474 | 1 | **Partner K 700 Active II concrete cutter w/ 2 blades** | 285.00 |

| 3485 | 475 | 1 | **Lot of 2 Simplex Reel Jacks Model 322** | 300.00 |

Location: W7

| 3482 | 476 | 1 | **Lot of 2 Greenlee Hook Sheave Tugger Cable Pulleys** | 175.00 |

Location: W7

| 3464 | 477 | 1 | **Lot of 2 Greenlee Hook Sheave Tugger Cable Pulleys** | 60.00 |

Location: W7

| 3464 | 478 | 1 | **Lot of 3 Greenlee Hook Sheave Tugger Cable Pulleys** | 80.00 |

Location: W7

| 3476 | 479 | 1 | **Lot of 2 Greenlee Hook Sheave Tugger Cable Pulleys** | 200.00 |

Location: W7

| 3482 | 480 | 1 | **Greenlee Cable Puller Model 640** | 600.00 |

Sold as shown; not tested.

Location: W7

| 3449 | 481 | 1 | **Greenlee Super Tugger Cable Puller Model 6001** | 975.00 |

Sold as shown; not tested.

Location: W7

| 3462 | 482 | 1 | **Gardner Bender Powerhead Assembly CP800** | 335.00 |

Sold as shown; powers on.

Location: W7

| 3468 | 483 | 1 | **Lot of 4 Greenlee Reel Stands** | 350.00 |

Location: W7

| 3476 | 484 | 1 | **Lot of 3 Hook Sheave Tugger Cable Pullers with 2 Add'l Wheels** | 195.00 |

Location: W7

| 3485 | 485 | 1 | **Lot of 4 Ensley Tray Type Sheaves** | 30.00 |

Location: W7

| 3447 | 486 | 1 | **Triangle Sheave Cable Guide** | 70.00 |

Location: W7

| 3447 | 487 | 1 | **Triangle Sheave Cable Guide** | 70.00 |

Location: W7

| 3447 | 488 | 1 | **Triangle Sheave Cable Guide** | 70.00 |

Location: W7

| 3476 | 489 | 1 | **Group Lot of 5 Cable Pulling Flexible Mandrels in Various Sizes** | 115.00 |

| 3437 | 490 | 1 | **Group Lot of 5 Cable Pulling Flexible Mandrels in Various Sizes** | 130.00 |

Location: W7

| 1874 | 491 | 1 | **Group Lot of 5 Cable Pulling Flexible Mandrels in Various Sizes** | 125.00 |

Location: W7

| 1874 | 492 | 1 | **Group Lot of 4 Cable Pulling Flexible Mandrels in Various Sizes** | 20.00 |

Location: W7

| - | 493 | 1 | **Group Lot of Lube Speader Swabs and More** | - | - |

Location: W7

| 3437 | 494 | 1 | **Group Lot of Wire Duct Brushes in Various Sizes** | 10.00 |

Location: W7

| 3449 | 495 | 1 | **Maxis Pull It 3000 X** | 750.00 |

Not assembled, sold as shown.

Location: W7

| 3485 | 496 | 1 | **Lot of 6 Rigid Pipe Threaders in Ascending Sizes** | 225.00 |

Includes sizes 1/2", 3/4", 1", 1 1/4", 1 1/2", and 2"

Location: W6

| 3454 | 497 | 1 | **Lot of 6 Rigid Pipe Threaders in Ascending Sizes** | 235.00 |

Includes sizes 1/2", 3/4", 1", 1 1/4", 1 1/2", and 2"

Location: W6

| 3444 | 498 | 1 | **Lot of 6 Rigid Pipe Threaders in Ascending Sizes** | 210.00 |

Includes sizes 1/2", 3/4", 1", 1 1/4", 1 1/2", and 2"

Location: W6

| 3437 | 499 | 1 | **Lot of 6 Rigid Pipe Threaders in Ascending Sizes** | 235.00 |

Includes sizes 1/2", 3/4", 1", 1 1/4", 1 1/2", and 2"

Location: W6

| 2114 | 500 | 1 | **44 Foot Great Dane Trailer** | 1000.00 |

Refrigeration (condition unknown)
Stainless Sides
Side Door
*Trailers would make a great Tiny House project.*

Please NOTE:
Trailers are sold as, where is with the contents.
Trailers are NOT road worthy- they will be sold with Bill of Sale.
The condition of the Refrigeration Unit is unknown.

| 2114 | 501 | 1 | **40 + Foot Trailer** | 1000.00 |

Refrigeration (condition unknown)
*Trailers would make a great Tiny House project.*
Please NOTE:
Trailers are sold as, where is with the contents.
Trailers are **NOT** road worthy- they will be sold with Bill of Sale.
The condition of the Refrigeration Unit is unknown.

| 1301 | 502 | 1 | **40+ Foot Trailer** | 850.00 |
*Trailers would make a great Tiny House project.*

Please NOTE:
Trailers are sold as, where is with the contents.
Trailers are **NOT** road worthy- they will be sold with Bill of Sale.

| 3449 | 503 | 1 | **Lot of 6 Rigid Pipe Threaders in Ascending Sizes** | 80.00 |

Includes sizes 1/2", 3/4", 1", 1 1/4", 1 1/2", and 2"

Photos coming soon
Location: W6

| 3449 | 504 | 1 | **Lot of 6 Rigid Pipe Threaders in Ascending Sizes** | 90.00 |

Includes sizes 1/2", 3/4", 1", 1 1/4", 1 1/2", and 2"

Location: W6

| 3386 | 505 | 1 | **Lot of 6 Rigid Pipe Threaders in Ascending Sizes** | 110.00 |

Includes sizes 1/2", 3/4", 1", 1 1/4", 1 1/2", and 2"

Location: W6

| 3461 | 506 | 1 | **Lot of 6 Rigid Pipe Threaders in Ascending Sizes** | 135.00 |

Includes sizes 1/2", 3/4", 1", 1 1/4", 1 1/2", and 2"

Location: W6

| 3461 | 507 | 1 | **Lot of 6 Rigid Pipe Threaders in Ascending Sizes** | 180.00 |

Includes sizes 1/2", 3/4", 1", 1 1/4", 1 1/2", and 2"

Location: W6

| 3461 | 508 | 1 | **Lot of 6 Rigid Pipe Threaders in Ascending Sizes** | 150.00 |

Includes sizes 1/2", 3/4", 1", 1 1/4", 1 1/2", and 2"

Location: W6

| 3386 | 509 | 1 | **Lot of 6 Rigid Pipe Threaders in Ascending Sizes** | 150.00 |

Includes sizes 1/2", 3/4", 1", 1 1/4", 1 1/2", and 2"

Location: W6

| 3437 | 510 | 1 | **Lot of 6 Rigid Pipe Threaders in Ascending Sizes** | 150.00 |

Includes sizes 1/2", 3/4", 1", 1 1/4", 1 1/2", and 2"

Location: W6

| 3449 | 511 | 1 | Ridgid 700 Pipe Threader with Ridgid 460 Stand, Geared Threader with Adapter and Oiler Bucket | 1001.00 |

Location: W6

| 3454 | 512 | 1 | Ridgid 700 Pipe Threader with Ridgid 460 Stand, Geared Threader with Adapter and Oiler Bucket | 1201.00 |

Location: W6

| 3437 | 513 | 1 | Ridgid 700 Pipe Threader with Ridgid 460 Stand, Geared Threader with Adapter and Oiler Bucket | 1051.00 |

Location: W6

| 3386 | 514 | 1 | Ridgid 700 Pipe Threader with Ridgid 460 Stand, Geared Threader with Adapter and Oiler Bucket | 1051.00 |

Location: W6

| 3410 | 515 | 1 | Ridgid 700 Pipe Threader with Ridgid 460 Stand, Geared Threader with Adapter and Oiler Bucket | 1001.00 |

Location: W6

| 3410 | 516 | 1 | Ridgid 700 Pipe Threader with Ridgid 460 Stand, Geared Threader with Adapter and Oiler Bucket | 1001.00 |
|------|-----|---|----|---------|

Location: W6

| 3422 | 517 | 1 | **Enerpac Model P-39 1 Stage Hydraulic Hand Pump with 2 Hydraulic Cylinders Model RC102** | 45.00 |
|------|-----|---|----|---------|

Includes Enerpac 23-1/32" x 5-1/4" x 4-11/16" 1 Stage Hydraulic Hand Pump Model P-39 plus two 10 tons Single Acting General Purpose Steel Hydraulic Cylinders, 2-1/8" Stroke Length Model RC-102
Sold as shown.

Location: W7

| 3437 | 518 | 1 | Rolling cart lot with Thermoweld + Cadweld electrical welding molds Different sizes + some w/ holders/clamps | 70.00 |
|------|-----|---|----|---------|

| 3437 | 519 | 1 | Shelf lot of ERICO Cadweld electrical welding molds Different sizes, some in boxes, w/ some holders/clamps | 70.00 |
|------|-----|---|----|---------|

| 3443 | 520 | 1 | Shelf lot of ERICO Cadweld electrical welding molds Different sizes, some holders/clamps One ULTRA weld mold | 20.00 |
|------|-----|---|----|---------|

| 3443 | 521 | 1 | Shelf lot w/ Thermoweld + ERICO Cadweld electrical welding molds Different sizes, some w/ holders/clamps | 10.00 |
|------|-----|---|----|---------|

| 3019 | 522 | 1 | Shelf lot of ERICO Cadweld, Thermoweld electrical welding molds in boxes in different sizes Some w/ holders/clamps | 101.00 |
|------|-----|---|----|---------|

| 3422 | 523 | 1 | Shelf lot of several Thermoweld, ERICO Cadweld + one ULTRA weld electrical welding molds W/ some holders/clamps Also several boxes of Cadweld welding + starting materials | 55.00 |
|------|-----|---|----|---------|

| 3437 | 524 | 1 | Shelf lot brand new in box ERICO Cadweld welding molds, welding material, clamps/holders, and one battery pack | 125.00 |
|------|-----|---|----|---------|

| 1874 | 525 | 1 | Tub lot of welding holders/clamps + ERICO Cadweld Plus Control Unit PLUSCU | 40.00 |
|------|-----|---|----|---------|

| 3417 | 525A | 1 | Bristol compressor part 706445-26-1553 Model # H25A62QDBLA | 10.00 |
|------|-----|---|----|---------|

Location: W12

| 3019 | 526 | 1 | Hermetic compressor by Maneurop #LT28JH3A Serial # 15663063 | 20.00 |
|------|-----|---|----|---------|

| 3449 | 527 | 1 | • Greenlee 73100SB Slugbuster knockout punch set<br>• W/ hydraulic drive in metal box<br>• Greenlee - 7310 Knockout punch driver set in metal box<br>• Greenlee - 7310SB Slugbuster knockout punch set w/ metal box | 475.00 |
|------|-----|---|----|---------|

| 3449 | 528 | 1 | Greenlee mechanical bender for rigid conduit A160 5024528 | 125.00 |
|------|-----|---|----|---------|

Location: W12

| 3449 | 529 | 1 | Greenlee mechanical bender for rigid conduit E255 5024528 | 125.00 |
|------|-----|---|----|---------|

Location: W12

| | | | | |
|---|---|---|---|---|
| 3449 | 530 | 1 | Greenlee mechanical bender for rigid conduit 1801<br>501-2315 | 30.00 |

Location: W12

| 3449 | 531 | 1 | Greenlee mechanical bender for rigid conduit 1801<br>501-2315 | 55.00 |
|---|---|---|---|---|

Location: W12

| 3449 | 532 | 1 | Greenlee mechanical bender for rigid conduit 1801 | 30.00 |
|---|---|---|---|---|

Location: W12

| 3449 | 533 | 1 | Pallet load of Greenlee shoes (various sizes) for Greenlee mechanical benders for rigid<br>conduit | 550.00 |
|---|---|---|---|---|

| 3449 | 534 | 1 | Greenlee mechanical bender for rigid conduit I242<br>5024528 | 125.00 |
|---|---|---|---|---|

Location: W12

| 3449 | 535 | 1 | Greenlee mechanical bender for rigid conduit 1801<br>5024530 | 60.00 |
|---|---|---|---|---|

Location: W12

| 3449 | 536 | 1 | Greenlee mechanical bender for rigid conduit 5024528 | 30.00 |
|---|---|---|---|---|

Location: W12

| 3485 | 537 | 1 | Greenlee mechanical bender for rigid conduit 1800 | 50.00 |
|---|---|---|---|---|

Location: W12

| 3454 | 538 | 1 | Greenlee mechanical bender for rigid conduit 1801<br>5024530 | 155.00 |
|---|---|---|---|---|

Location: W12

| 3438 | 539 | 1 | **Chain Hoists** | 160.00 |
|---|---|---|---|---|

1) Harrington 3/4 Ton   LB008
1) Harrington 1.5 Ton  LB015

| 3422 | 540 | 1 | Bucket of iron tools | 40.00 |
|---|---|---|---|---|

Pulleys with hook, clamps and more

| 3422 | 541 | 1 | **Anchor D ring shackle hooks of various sizes Plus chain** | 70.00 |
|---|---|---|---|---|
| 3422 | 541A | 1 | **Bucket of misc tools including Rdgid No 5 strap wrenches and more**- see photos | 30.00 |
| 3424 | 542 | 1 | Six spider boxes | 350.00 |
| 3386 | 542A | 1 | | 130.00 |

**Three pipe cutters**

Ridgid  No 4 HD 2" to 4" Pipe cutter
small ridgid pipe cutter
vulcan superior chain pipe cutter

| 3424 | 543 | 1 | Five spider boxes | 400.00 |
|---|---|---|---|---|
| 3437 | 543A | 1 | Ten Spider boxes | 800.00 |
| 3397 | 543B | 1 | **Two Heavy duty Jacks** | 75.00 |
| 3446 | 544 | 1 | Four (4) temporary power distribution boxes | 275.00 |
| 3424 | 545 | 1 | **Six Temporary power distribution Boxes** | 325.00 |
| | | | spider boxes | |
| 3437 | 546 | 1 | **Lot of 5 Hand Benders** | 21.00 |
| | | | Location: W5 | |
| 3479 | 547 | 1 | **Lot of 5 Hand Benders** | 50.00 |
| | | | Location: W5 | |
| 3461 | 548 | 1 | **Lot of 5 Hand Benders** | 50.00 |
| | | | Location: W5 | |
| 3382 | 549 | 1 | **Lot of 5 Hand Benders** | 35.00 |
| | | | Location: W5 | |
| 3461 | 550 | 1 | **Lot of 5 Hand Benders** | 20.00 |
| | | | Location: W3 | |
| 3461 | 551 | 1 | **Lot of 6 Hand Benders** | 31.00 |
| | | | Location: W3 | |
| 3461 | 552 | 1 | **Lot of 6 Hand Benders** | 20.00 |
| | | | Location: W3 | |
| 3437 | 553 | 1 | **Lot of 6 Hand Benders** | 40.00 |
| | | | Location: W3 | |
| 3461 | 554 | 1 | **Lot of 9 Hand Benders** | 120.00 |
| | | | Location: W3 | |
| 2114 | 555 | 1 | **Heavy Duty Long Lever Dolly Pry Bar** | 82.00 |
| | | | Location: W3 | |
| 3397 | 556 | 1 | **Heavy Duty Long Lever Dolly Pry Bar** | 92.00 |

Location: W3

| 3397 | 557 | 1 | **Heavy Duty Long Lever Dolly Pry Bar** | 90.00 |

Location: W3

| 3461 | 558 | 1 | **Lot of 8 Hand Benders** | 31.00 |

Location: W3

| 3461 | 559 | 1 | **Lot of 8 Hand Benders** | 41.00 |

Location: W3

| 3437 | 560 | 1 | **Lot of 8 Hand Benders** | 50.00 |

Location: W3

| 3437 | 561 | 1 | **Lot of 8 Hand Benders** | 70.00 |

Location: W3

| 3461 | 562 | 1 | **Lot of 12 Hand Benders** | 65.00 |

Location: W3

| 2114 | 563 | 1 | **Lot of 6 Hand Benders** | 25.00 |

Location: W3

| 3461 | 564 | 1 | **Lot of 9 Hand Benders** | 20.00 |

Location: W3

| 3461 | 565 | 1 | **Lot of 6 Hand Benders** | 20.00 |

Location: W3

| 2114 | 566 | 1 | **Lot of 9 Hand Benders** | 25.00 |

Location: W3

| 3482 | 567 | 1 | **Lot of 5 Hand Benders** | 20.00 |

Location: W3

| 1301 | 568 | 1 | **Lot of 6 Hand Benders** | 10.00 |

Location: W3

| 3461 | 569 | 1 | **Lot of 5 Hand Benders** | 24.00 |

Location: W3

| 1301 | 570 | 1 | **Lot of 5 Hand Benders** | 10.00 |

Location: W3

| 3386 | 571 | 1 | **Lot of 5 Hand Benders** | 20.00 |

Location: W3

| 3437 | 572 | 1 | **Lot of 6 Hand Benders** | 11.00 |

Location: W3

| 1874 | 573 | 1 | **Group Lot Hand Benders, Sledge Hammers, prybars and More** | 145.00 |

Location: W5

| 1874 | 574 | 1 | **Contents of Enclosed Area** | 10.00 |

Location: W3

| 3485 | 575 | 1 | **Bulk Lot American Fittings Corp. 1" EMT Compression Coupling** | 650.00 |

Location: W5

| 3449 | 576 | 1 | **Greenlee Box with Contents** | 151.00 |

Location: W5

| 3482 | 577 | 1 | **Greenlee Hand Truck Wire Cart Model 38733** | 60.00 |

Location: W5

| 3381 | 578 | 1 | **40 pcs Allen-Bradley Mini Circuit Breakers Cat# 1492-SP2C200 20A, C, 2 Pole** | 185.00 |

Location: W2

| 3381 | 579 | 1 | **Group Lot of Splitters**Blonder Tongue Coax Splitters Outdoor | 10.00 |

26pcs SRT-4A 4-way splitter #1944-8
4pcs SRT-4A Splitter #1944-11
25pcs SRT-8A 8-way splitter #1948

Location: W2

| 3381 | 580 | 1 | **Ethernet Connectors Lot** | 10.00 |

Various brands (Leviton, Ortronics, Hubbell, Panduit) CAT 5E+ and CAT 6 snap-in Jack connectors in bags example model#: 5G110 RL5, 5G108 RI5, HXJW6W25 +36 pcs AMP Twist-6S SL Die Cast Metal CAT 6 Keystone Jack

Location: W2

| 3381 | 581 | 1 | Networking CAT 5 face mount boxes, various brands (Ortronix, Leviton, NetKey) 70x 4-port, 160x 2-Port, 40x 1-Port, 9x 12-Port. Individual bag kits w/screws | 10.00 |

Location: W2

| 3397 | 582 | 1 | Network and Video Cabling bin w/ 8x Stellar Labs Professional Series 9ft S-Video/Audio Connectors NIB + Assorted Network, phone and Video cables, patch length. Lot contains: 21x coax cables, 16x BNC, 6x DVI, 10 VGA, 3x USB | 45.00 |

Location: W2

| 3381 | 583 | 1 | LUTRON dimmer switches, assorted colors. 4x PP-20 Power Pack, 16x Slide dimmer wall switches, 1 SeeTouch QS 2-button programmable switch, 1 GrafikEye PHPM-3F-DV power module. | 225.00 |

Location: W2

| 3397 | 584 | 1 | **200 pcs Nordx/CDT telecomm BIX Connectors QCBIX1A NIB** | 20.00 |

Location: W2

| 3437 | 585 | 1 | **Lot of Cubbyholes** | 200.00 |

Location: W1

| 3381 | 586 | 1 | **Contents of 3 Shelves** | 335.00 |

Including but not limited to light switches, outlets, covers, switchplates, lampholders, dryer receptacles, GFCI covers, duct seal and more.

Location: W2

| 3485 | 587 | 1 | **Group Lot Safety Switches and Interior Panelboard** | 150.00 |

Location: W8

| 3397 | 588 | 1 | **Group Lot Gotham Architectural Downlights** | 20.00 |

Sold as shown.

Location: W7

| 3382 | 589 | 1 | **Group Lot of Safety Switches** | 30.00 |

Location: W7

| 3397 | 590 | 1 | **Contents of Shelf Bay** | 55.00 |

Including but not limited to Wireway cable connecting blocks, fiber patch panels, insulated ground jumper kits, horizontal patch cord organizers and much more.

Location: W1

| 3382 | 591 | 1 | **Group Lot Wire Management Slack Pulling Grips in Various Sizes** | 50.00 |

Location: W4

| 3397 | 592 | 1 | **Large Lot Thomas & Betts OCAL Blue Conduit Couplers and Grounding Hubs and More** | 30.00 |

Sold as shown.

Location: W2

| 3449 | 593 | 1 | **Cutting and Crimping Tools** | 310.00 |

Thomas and Betts TBM6 Compression tool
Greenlee compression tool
Burndy

| 3397 | 594 | 1 | **Dewalt DW079 Rotary Laser in case** | 225.00 |

| 3397 | 595 | 1 | **Momentum Laser Chalk Line**
**Hotshot Rotary Laser Level kit- model 40-0917** | 125.00 |

Kits may or may not be complete

location: OCR2

| 3381 | 596 | 1 | 6pcs Toshiba T-FC28-Y toner rolls NIB 2x Red, 2x Yellow, 2x Cyan LOC w1 $350 | 60.00 |

| 3381 | 597 | 1 | **Group Lot Duct and Motion Sensors, Fire Alarm Assembly and More** | 475.00 |

Location: W1

| 3019 | 598 | 1 | **Lot of various locksets** | 201.00 |

see photos

location OC1

| 3381 | 599 | 1 | DataLogic bar code scanner  and 2) Motorola  hand held computers | 319.14 |

| - | 600 | 1 | **Two Desks with File cabinets** | - | - |

1) desk with two 2-drawer files ( one has lots of scratches on top)
D: 66" across x 29" tall x 30" deep
1) desk (66" across x 30" deepx 300 high) with return (48"× 23.5" deep) and 2 drawer file

| 2065 | 601 | 1 | **Helikon 2 drawer lateral file** | 253.00 |

D: 36" across x 30" tall x 24" deep

| 3397 | 602 | 1 | Light up drafting table | 42.00 |

| 2065 | 603 | 1 | Bookshelf | 151.00 |

| 2065 | 604 | 1 | Shelf with contents and two dry easrse boards. | 150.00 |

| 2065 | 605 | 1 | **Lot of office furniture** | 204.00 |

1) Drafting Table
1) Square Table
1) Desk
1) Bookshelf
4) Chairs

| 3401 | 606 | 1 | Office furniture lot 1) L shaped desk Desk measures approx : 78"w (with return) x 66" d x 29" h 1) office chair 1) bookcase measures approx : 36" w x 49" h x 13" d 1) file cabinet 1) side table | 50.00 |

| 2065 | 607 | 1 | Office funiture lot Desk measures approx: 73" w x 37" d x 30" h Book shelf meausres approx 72" h x 36" w x 12" d. Storage table measures approx: 66" w x 22" d x 29" h | 275.00 |

| 2065 | 608 | 1 | U desk with hutch and Lateral file Lateral file measures 36"w x 30"h x 24" d | 607.00 |

| 2065 | 609 | 1 | Shelf . contents not included | 60.00 |

| 2065 | 610 | 1 | U desk with storage Please note: damange to one drawer | 457.00 |

| 3436 | 611 | 1 | Lot of 6 office chairs | 51.00 |

| 2065 | 612 | 1 | Lot of 4 chairs | 30.00 |

| 2065 | 613 | 1 | Lot of 4 chairs | 30.00 |

| 1629 | 614 | 1 | Lot of 9 office chairs | 150.00 |

| 3440 | 615 | 1 | **Lot of 9 Blue Chairs** | 0.00 |

| 2682 | 616 | 1 | **Dell Inspiron One** | 0.00 |

Hard drive has been removed. No power cord.

| 1629 | 617 | 1 | **Dell XPS with Keyboard** | 125.00 |

Hard drive has been removed. No power cord.

| 2696 | 618 | 1 | **Gateway LP2417 Monitor** | 0.00 |

| - | 619 | 1 | **Cherry Color Executive Conference Room Cabinet Style White Board** | - - |

4' tall x 4'2" across x 4.5" deep

| 3401 | 620 | 1 | **Cherry Color Executive Conference Room Cabinet Style White Board** | 10.00 |

4' tall x 4'2" across x 5" deep

| 3448 | 621 | 1 | **Cabinet Style White Board with Display Board** | 10.00 |

Approx: 4 x 4 x 3"

| 3440 | 622 | 1 | **7) 6 ft Folding Tables & 18 +/- Metal Chairs** | 0.00 |

| 3464 | 625 | 1 | **Lot of 7 New Bussmann KLU 1200 Amp Class L Fuses Limitron Cooper** | 291.30 |

Location: W2

| 1250 | 626 | 1 | **Lot of 7 New Gould Shawmut Fuses** | 775.00 |

Includes:
5) A4BY3500 3500 Amp Fuse Class L KRP C 3500 600 Volts NIB
1) A4BY2500 Type 55AL Shawmut AmpTrap Fuse 2500A NIB
1) A4BY800 800 Amp 600 Volt

Location: W2

| 3438 | 627 | 1 | **Cart** | 30.00 |

Location: W2

| 3438 | 628 | 1 | **Cart** | 30.00 |

Location: W2

| 3462 | 629 | 1 | **Cart** | 25.00 |

Contents not included.

Location: W2

| 2065 | 630 | 1 | **Lot of Side Chairs** | 53.00 |

Location: W1

| 3422 | 631 | 1 | **Group Lot of Safety Gear, Harnesses, Anchors, etc.** | 70.00 |

Sold as shown, in two plastic tubs.

Location: W2

| 3422 | 632 | 1 | **Group Lot of Safety Gear, Harnesses, Lanyards, etc.** | 50.00 |

Sold as shown, in two plastic tubs.

Location: W2

| 3422 | 633 | 1 | **Lot of Safety Gear** | 150.00 |

Location: W2

| 3437 | 634 | 1 | **Lot of 3 24" x 24" Lay-In Fixtures by Lithonia Lighting** | 20.00 |

Location: W2

| 3437 | 635 | 1 | **Group Lot Metal Stud Punches** | 425.00 |

Location: W8

| 3437 | 636 | 1 | **Group Lot Metal Stud Punches** | 450.00 |

Location: W8

| 3462 | 637 | 1 | **Group Lot of Ratchet Pullers** | 60.00 |

Location: W8

| 3397 | 638 | 1 | **Lot of 4 Hubbell 2 x 2 Troffer Lighting Fixtures** | 20.00 |

Location: W7

| 3397 | 639 | 1 | **Lot of 4 Hubbell 2 x 2 Troffer Lighting Fixtures** | 20.00 |

Location: W7

| 3434 | 640 | 1 | **Huge Lot of Circuit Breakers** | 300.00 |

Location: W3

| 3464 | 641 | 1 | **Lot of Ferraz Shawmut TRS175R Fuses** | 10.00 |

Location: W2

| 3464 | 642 | 1 | **Lot of Bussmann  Fusetron FRS-R-300 Fuses** | 10.00 |

Location: W2

| 3464 | 643 | 1 | **Lot of Bussmann Fusetron FRS-R-225 Fuses** | 10.00 |

Location: W2

| 3464 | 644 | 1 | **Lot of Gould Shawmut A4J400 Fuses** | 50.00 |

Location: W2

| 3464 | 645 | 1 | **Lot of Ferraz Shawmut A6D350R Fuses** | 40.00 |

Location: W2

| 3461 | 646 | 1 | **Lot of Littelfuse JTD 20 ID Fuses** | 100.00 |

Location: W2

| 3422 | 647 | 1 | **Greenlee 1731 1 Shot K.O. Driver** | 35.00 |

Sold as shown; not tested.

Location: W8

| 3434 | 648 | 1 | **Huge Lot of Fuses** | 250.00 |

Various types ans manufacturers, containers included.

Location: W1

| 3461 | 649 | 1 | **Huge Lot of Fuses** | 175.00 |

Various types ans manufacturers, containers included.

Location: W1

| 3449 | 650 | 1 | 3 Ridgid power cord pipe threaders come as is. For plumbing and electrical use. | 1150.00 |

Location: W9

| 3485 | 651 | 1 | **2 Ridgid Power Cord Pipe Pipe Threaders** | 900.00 |

For plumbing and electrical use.

Location: W9

| 3397 | 652 | 1 | Assorted Ridgid Pipe and fittings wrenches .5 adjustable chain pipe wrenches and standard pipe wrenches. | 135.00 |

Location: W10

| 3438 | 653 | 1 | Adjustable Pipe Rolling Stands - Screw type reel stands | 375.00 |

Location w12

| 3461 | 653A | 1 | **Adjustable Pipe Rolling Stands** | 375.00 |

Location: W12

| 3397 | 654 | 1 | | 90.00 |

**Screw Type Reel Stands**

Location: W12

| 3481 | 654A | 1 | **Greenlee Screw Type Reel Stands** | 225.00 |

Location: W12

| 3449 | 655 | 1 | **Lot of Greenlee Mechanical Rigid Steel and Aluminum Benders** | 225.00 |

Location:

| 3449 | 656 | 1 | **Lot of Greenlee Mechanical Rigid Steel and Aluminum Benders** | 325.00 |

Location:

| 3438 | 657 | 1 | **Rolling Cable Dispensers** | 50.00 |

Location:

| 3449 | 658 | 1 | **Shelf Lot of Misc Greenlee and Other Parts** | 1650.00 |

Including misc shoes and various parts - see photos.

| | | | | |
|---|---|---|---|---|
| | | | Location: | |
| 3449 | 659 | 1 | **Greenlee Hook Sheave, Current Tools Hook Sheave 412, Plus Other Parts on Pallet** | 300.00 |
| | | | See photos. | |
| | | | Location: | |
| 3397 | 660 | 1 | **2 Simplex Jacks** | 50.00 |
| | | | Location: W13 | |
| 3447 | 661 | 1 | **Pallet Lot of Ridgid Tools, Parts and Pieces Plus Threading Oil** | 1500.00 |
| | | | Location: | |
| 3449 | 662 | 1 | **GreenLee, JetLine and Other Parts on Pallet** | 250.00 |
| | | | Location: | |
| 2114 | 690 | 1 | **Contents of Pallet Racking** | 175.00 |
| | | | 3 sections of full of items including but not limited to: connectors, seals, couplings, bushings, and much more! | |
| | | | Location: | |
| 2114 | 1000 | 1 | 2 spider box | 100.00 |
| 2114 | 1001 | 1 | Jobox | 125.00 |
| 2114 | 1002 | 1 | Jobox | 125.00 |
| 2114 | 1003 | 1 | Jobox | 150.00 |
| 2114 | 1004 | 1 | Jobbox | 135.00 |
| 2114 | 1005 | 1 | Jobox | 125.00 |
| 2114 | 1006 | 1 | Jobox | 125.00 |
| 2114 | 1007 | 1 | Jobox | 125.00 |
| 2114 | 1008 | 1 | Jobox | 125.00 |
| 2114 | 1010 | 1 | Jobox | 125.00 |
| 2114 | 1011 | 1 | Jobbox | 125.00 |
| 2114 | 1009 | 1 | Jobox | 125.00 |
| 3386 | 1012 | 1 | Threader Parts, switches, wrench, couplings and lighting accessories | 345.00 |
| 3382 | 1013 | 1 | misc wire cutter | 50.00 |
| 2443 | 1014 | 1 | labels | 110.00 |
| 3422 | 1015 | 1 | dies bender | 242.11 |
| 3397 | 1016 | 1 | file drawers | 200.00 |
| 3397 | 1017 | 1 | hoist | 150.00 |
| 3397 | 1018 | 1 | Spider Boxes | 250.00 |
| 3397 | 1019 | 1 | Drills | 120.00 |
| 3462 | 1020 | 1 | Misc Hand Tools | 100.00 |
| 3462 | 1021 | 1 | Heater | 50.00 |
| 3397 | 1022 | 1 | 2 Hoist | 40.00 |
| 1806 | 1023 | 1 | Lot of misc parts and clips | 150.00 |
| 3436 | 1024 | 1 | Group of testers, lable makers | 300.00 |
| 1874 | 2025 | 1 | Hoist | 50.00 |

| 1874 | 2026 | 1 | Pump | 10.00 |
| 1874 | 1027 | 1 | Box of Lights | 50.00 |
| 3433 | 1028 | 1 | File Cabinet | 50.00 |
| 3433 | 1029 | 1 | Fork Lift Extension | 100.00 |
| 3433 | 1030 | 1 | Rolling Case - Broken Wheel | 50.00 |
| 3381 | 1031 | 1 | lot 30 siemens panel | 25.00 |
| 3019 | 1032 | 1 | old boxes with orion meter | 50.00 |
| 2114 | 1033 | 1 | connectors on back shelves | 500.00 |
| 2114 | 1034 | 1 | pallet of misc boxes- small gang boxes and straps | 50.00 |
| 3462 | 1035 | 1 | straps | 100.00 |
| 3397 | 1036 | 1 | 2 small job boxes | 300.00 |
| 1205 | 1037 | 1 | chair | 10.00 |
| 2114 | 1038 | 1 | 3 lever jacks | 87.00 |
| 3397 | 1039 | 1 | misc couplings on shelf, window, shop vacs, screws and lights | 690.00 |
| 3397 | 1040 | 1 | fridge | 50.00 |
| 3418 | 1041 | 1 | Cables | 10.00 |
| 3418 | 1042 | 1 | Brother Printer | 30.00 |
| 2477 | 1043 | 1 | Rolling Cart | 40.00 |
| 2065 | 1044 | 1 | smoke bucket | 10.00 |
| 3381 | 1045 | 1 | raychem | 40.00 |
| 3381 | 1046 | 1 | Ge parts | 20.00 |
| 3381 | 1047 | 1 | shelf lot misc lighting parts | 50.00 |
| 3381 | 1048 | 1 | GE parts - dated home security | 50.00 |
| 3381 | 1049 | 1 | cables | 10.00 |
| 3381 | 1050 | 1 | Panel | 20.00 |
| 1469 | 1051 | 1 | cig stands | 20.00 |
| 1469 | 1052 | 1 | step ladder with dent | 7.50 |
| 1205 | 1054 | 1 | 3) retractable displays, terminal strips,caulk, ceiling tiles and miscpaint, | 100.00 |
| 3418 | 1055 | 1 | bucket of misc tools without chargers or batteries, plus chargers and batteries for other tools | 25.00 |
| 3434 | 1056 | 1 | broken edger and 3) ladders and black rack | 80.55 |

|  |  |  | **Items: 724 (+5 unsold) / Bid total:** | 209547.97 |
|  |  |  | 40%commission up to $30,000: | -12000.00 |
| 30% of 179, 547.97 ( remaining high bids after initial $30k) | | | 30%commission $30,000.01 and above: | -53864.39 |
|  |  |  | **Total:** | 143683.58 |
|  |  |  | **Balance Due To Seller:** | 143683.58 |

# EXHIBIT B



